Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 3

| | |
|---|---|
| **The Mosaic Company**<br><br>                                          **Plaintiff,**<br>    **v.**<br>**UNITED STATES,**<br>                                          **Defendant.** | **SUMMONS**<br>Court No. 21-00116 |

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　Clerk of the Court

1. The Mosaic Company ("Mosaic") is a U.S. producer of the domestic like product and therefore an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C).  Mosaic participated as the Petitioner in the U.S. Department of Commerce's countervailing duty investigation of phosphate fertilizers from the Kingdom of Morocco and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   (Name and standing of plaintiff)

2. Mosaic contests certain aspects of the final determination of the U.S. Department of Commerce in the countervailing duty investigation of phosphate fertilizers from the Kingdom of Morocco.  *See Phosphate Fertilizers From the Kingdom of Morocco: Final Affirmative Countervailing Duty Determination*, 86 Fed. Reg. 9482 (Int'l Trade Admin. Feb. 16, 2021).

   (Brief description of contested determination)

3. The U.S. Department of Commerce's final determination was signed on February 8, 2021.

   (Date of determination)

4. The U.S. Department of Commerce's final determination was published in the Federal Register on February 16, 2021.  *Phosphate Fertilizers from the Kingdom of Morocco: Final Affirmative Countervailing Duty Determination*, 86 Fed. Reg. 9482 (Int'l Trade Admin. Feb. 16, 2021)

Form 3-2

_____
(If applicable, date of publication in Federal Register of notice of contested determination)

| | |
|---|---|
| /s/ Stephanie E. Hartmann | Patrick J. McLain |
| Signature of Plaintiff's Attorney | Stephanie E. Hartmann |
| | WILMER CUTLER PICKERING |
| March 18, 2021 |   HALE and DORR LLP |
| Date | 1875 Pennsylvania Avenue, N.W. |
| | Washington, DC 20006 |
| | (202) 663-6393 |
| | patrick.mclain@wilmerhale.com |
| | *Counsel to The Mosaic Company* |

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
**U.S. Department of Justice**
Civil Division 26 Federal Plaza
Room 346, Third Floor
New York, NY 10278

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20530

General Counsel
Attn: Office of the Chief Counsel for Trade Enforcement & Compliance
**U.S. Department of Commerce**
1401 Constitution Ave. NW
Washington, DC 20230