UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| **THE MOSAIC COMPANY,** | |
| Plaintiff, | |
| and | |
| **OCP S.A.,** | |
| Consolidated Plaintiff, | Consol. Court No. 21-00116 |
| v. | |
| **UNITED STATES,** | |
| Defendant, | |
| and | |
| **OCP S.A.,** | |
| Defendant-Intervenor, | |
| and | |
| **THE MOSAIC COMPANY,** | |
| Consolidated Defendant-Intervenor. | |

### NOTICE OF WITHDRAWAL OF ATTORNEY ELIOT KIM

PLEASE TAKE NOTICE that Eliot Kim should be removed as attorney of record in the above referenced case. Mr. Kim will soon resign from Wilmer Cutler Pickering Hale and Dorr LLP and will no longer participate in this matter. Plaintiff The Mosaic Company will continue to be represented by David J. Ross, Patrick J. McLain, Stephanie E. Hartmann, Nathan P.L.

Tubman, Julian M. Beach and Alexandra S. Maurer of Wilmer Cutler Pickering Hale and Dorr LLP.

        Respectfully submitted,

        /s/ Eliot Kim
        Eliot Kim
        Wilmer Cutler Pickering Hale and Dorr LLP
        7 World Trade Center
        250 Greenwich Street
        45th Floor
        New York, NY 10007
        Telephone: (212) 295-6833
        Facsimile: (212) 230-8888
        Email: eliot.kim@wilmerhale.com

        *Counsel for The Mosaic Company*

Dated: February 1, 2022