## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| The Mosaic Company,<br><br>                      Plaintiff,<br><br>  v.<br><br>United States,<br><br>                      Defendant. | Court No:   21-00116 |

### NOTICE OF WITHDRAWAL OF ATTORNEY OF JULIAN M. BEACH

PLEASE TAKE NOTICE that Julian M. Beach should be removed as attorney of record in the above referenced case. Mr. Beach resigned from Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale LLP"), effective September 30, 2022, and will no longer participate in this matter. Plaintiff will continue to be represented by Patrick McLain, David Ross, Natan Tubman and Stephanie Hartmann of WilmerHale LLP.

September 27, 2022

Sincerely,

s/ Julian M. Beach
Julian M. Beach
Wilmer Cutler Pickering Hale
and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6447
Fax: (202) 663-6363
Julian.Beach@wilmerhale.com

*Counsel for The Mosaic Company*