Form18-1

**Form 18**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| The Mosaic Company<br><br>                               Plaintiff,<br><br>         v.<br><br>United States<br><br>                               Defendant. | Consol. Court No. 21-116 |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

 Natan P.L. Tubman                                    declares that (check one)

1)      TERMINATION BY AN INDIVIDUAL

☑      I am an attorney/consultant representing or retained on behalf of The Mosaic Company
_____  in this action.  I hereby give notice that I am no longer involved in
the litigation in this action and, therefore, I have terminated my access to Business
Proprietary Information in such actions.   I certify that I have not  retained  any
documents,  including  copies  of  documents,  work papers,  notes or records in
electronic media, containing Business Proprietary Information, except as may be
authorized by the court or agency for use in the following action(s) or administrative
proceeding(s):


    _____                    _____
      [Name of proceeding]                          [Case or investigation no.]



OR

Form18-2

2)      TERMINATION BY A FIRM

☐      I am an attorney representing _____ in this action
[and the parties indicated in the actions listed on the attached schedule].  I hereby
give notice that, because of the termination of all litigation in this action [and those
actions listed on the attached schedule] or otherwise, I have terminated the access
to Business Proprietary Information by myself, the other attorneys and staff of my
firm, and any consultants whose access to Business Proprietary Information under
Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and
control of myself or a member of my firm. I certify that all documents, including
copies of documents, work papers, notes, and records in electronic media,
containing Business Proprietary Information subject to Rule 73.2(c) and
Administrative Order No. 02-01 in this action [and those actions listed on the
attached schedule] have been destroyed, except as may be authorized by the court
or agency for use in the following action(s) or administrative proceeding(s):

_____          _____
      [Name of proceeding]                      [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the
United States Court of International Trade, and that I may not divulge the Business
Proprietary Information that I learned during this action [and those actions listed on the
attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to
any person.


Natan P.L. Tubman
_____
      [Attorney ]

Wilmer Cutler Pickering Hale and Dorr LLP
_____
2100 Pennsylvania Ave., NW
_____
Washington, DC 20037
_____
202-663-6437
natan.tubman@wilmerhale.com

Date: December 11, 2023
      _____