FORM 18A-1

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

|  |  |
|---|---|
| THE MOSAIC COMPANY, *et al.*, ) | |
| *Plaintiffs*, ) | |
| v. ) | Consol. Court No. 21-00116 |
| THE UNITED STATES, ) | |
| *Defendant*, ) | |
| and ) | |
| OCP, S.A., *et al*. ) | |
| *Defendant-Intervenors*. ) | |

**NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)**

**PLEASE TAKE NOTICE** that Ashlande Gelin, an attorney with the U.S. Department of Commerce, who previously entered an appearance on behalf of defendant United states in this action and the related actions listed in the attached schedule, is no longer participating in this action.  Please remove her CM/ECF access to business proprietary information and assure that he/she is no longer served with business proprietary information.

Date: April 25, 2025                                s/Ashlande Gelin
                                                    Ashlande Gelin
                                                    Office of the Chief Counsel
                                                    for Trade Enforcement & Compliance
                                                    U.S. Department of Commerce
                                                    1401 Constitution Avenue N.W.
                                                    Washington, D.C. 20230
                                                    Tel:  (202) 306-7302

Schedule to Notification of Termination of Government Attorney
Access to Business Proprietary Information

| Court Number(s) | Case Name |
|---|---|
| 21-246 | Assan Aluminyum Sanayi ve Ticaret A.S. v. United States |
| 23-1 | Officine Tecnosider Srl v. United States |
| 23-160 | Wabtec Corporation v. United States |
| 23-246 | The Mosaic Company v. United States |
| 24-118 | Bio-Lab, Inc. et al v. United States |
| 24-227 | OCP S.A. v. United States |
| 24-53 | Jindal Poly Films Limited v. United States |

(As added Dec. 4, 2012, eff. Jan. 1, 2013.)