UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

|  |  |
|---|---|
| THE MOSAIC COMPANY,<br><br>      *Plaintiff*,<br><br>   v.<br><br>UNITED STATES,<br><br>      *Defendant*,<br><br>  and<br><br>OCP S.A.,<br><br>      *Defendant-Intervenor*. | Court No. 21-00116 |

DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR THE PARTIES
TO FILE THEIR SUPPLEMENTAL BRIEFS

Pursuant to Rules 6(b) and 7(b) of the Rules of this Court, defendant, the United States, respectfully requests that the Court grant a fourteen-day extension of time, from May 21, 2026, to and including June 4, 2026, for the parties to file their supplemental briefs following the April 21, 2026 oral argument.  This is our first request for an extension of time for this purpose.  In accordance with Rules 7(b)(1)(C) and 7(f) of this Court, undersigned counsel contacted counsel of record for the various parties regarding this motion on May 19, 2026.  In an email dated May 19, 2026, Stephanie Harmann consented on behalf of plaintiff The Mosaic Company.  In an email dated May 20, 2026, Hardeep Josan responded on behalf of defendant-intervenor OCP S.A., stating: "We can agree to a 5-day extension of time until Tuesday, May 26, 2026 if no further extensions are requested. Therefore, our consent to a 5-day extension is conditioned upon the proposed order explicitly stating that no further extensions will be granted."  For the reasons

explained below, the United States needs an additional 14 days. Therefore, it is our understanding that OCP opposes this motion.

Pursuant to Rule 6(b)(1) of this Court, good cause exists for this motion. Although we have been working diligently to complete our supplemental brief, we will be unable to complete it by the current May 21, 2026 deadline. As noted at the April 21, 2026 oral argument, due to the nature and importance of the issues being addressed in the supplemental brief, as well as the potential implications for other CVD cases, undersigned counsel and counsel for Commerce have needed to consult additional people at both Commerce and the Department of Justice. *See* Oral Argument Transcript, dated April 21, 2026 (ECF No. 187) (Tr.) at 86. To inform these discussions we required the transcript of the oral argument, which the United States received on April 30, 2026. These discussions delayed the preparation of the supplemental brief.

Additionally, since the April 21, 2026 oral argument, both undersigned counsel and counsel for Commerce have been occupied by other competing deadlines.[1] Among other things, counsel for Commerce has been engaged in various concurrent administrative and remand proceedings, including: the third administrative review of Softwood Lumber from Canada, USMCA Binational Panel (response briefing due May 1, 2026), and remand proceedings in

---

[1] Since the April 21, 2026 oral argument, both undersigned counsel and counsel for Commerce have worked to prepare the public version of Attachment 1, "OCP Subsidy Rate Calculations," to the 2nd Final Remand Redetermination Calculations for OCP S.A. (April 29, 2025) ("*2nd Remand Calculation Memo*") C.2.R.R. Doc. 7-8, ECF 170 Part 2, CMECF pages 2408-2636 of 2636 (Attachment 1) in response to the Court's request at oral argument, as well as the accompanying Notice of Filing. *See* Tr. at 23-24. On May 20, 2026, we sent the draft public version of Attachment 1 to plaintiff's counsel and defendant-intervenor's counsel to obtain their consent on the redactions before filing with the Court. We are currently waiting on their responses. We intend to file the public version of Attachment 1 and the Notice of Filing as soon as we have obtained their consent.

*China Cornici v. United States*, CIT 23-00216, Slip Op. 25-118 (Ct. Int'l Trade Sept. 5, 2025) (due May 1, 2026).

Undersigned counsel has been, and will be, occupied by deadlines in other cases before this Court, as well as the U.S. Court of Appeals for the Federal Circuit and the U.S. Court of Federal Claims, including: *Ryno v. Army*, Fed. Cir. Case No. 24-1758 (oral argument held May 8, 2026); *R2C v. United States*, Fed. Cl. 25-1020 (initial ADR conference held May 15, 2026); *28 Trans, Inc. v. United States*, COFC No. 26-204 (reply brief in support of motion to dismiss filed May 16, 2026); *Monbo v. United States*, Fed. Cir. No. 26-1065 (informal response brief due May 20, 2026); *American Vet Works v. United States*, Fed. Cl. 21-2185 (joint response to Court's jurisdictional questions due May 22, 2026); *Lentz v. Department of the Interior*, Fed. Cir. No. 26-1288 (informal response brief due May 26, 2026).  Additionally, undersigned counsel was out of the office with a respiratory illness most of the week of May 4, 2026.  Upon her return to the office, she was then focused on an oral argument before the Federal Circuit, which was held on Friday, May 8, 2026, in *Ryno v. Army*, Fed. Cir. Case No. 24-1758.  Undersigned counsel is still recovering from her illness and catching up from her absence.  Therefore, the Government requires a limited extension of time to finish preparing its supplemental brief and to obtain the necessary supervisory review at both Commerce and the Department of Justice.

For these reasons, we respectfully request that the Court grant our motion for a 14-day extension of time which the parties shall file their supplemental briefs.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

TARA K. HOGAN
Assistant Director

OF COUNSEL

LESLIE LEWIS
Senior Attorney
Office of the Chief Counsel for Trade
    Enforcement & Compliance
U.S. Department of Commerce

s/ Kristin E. Olson
KRISTIN E. OLSON
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-6299
kristin.olson@usdoj.gov

Date: May 20, 2026

*Attorneys for the United States*

4