UNITED STATES COURT OF INTERNATIONAL TRADE

THE MOSAIC COMPANY,

        *Plaintiff*,

    v.

UNITED STATES,

        *Defendant*,

   and

OCP S.A.,

        *Defendant-Intervenor*.

Ct. No. 21-00116

Before: Timothy C. Stanceu, Judge

ORDER

Upon consideration of the defendant's motion for extension of time, it is hereby

ORDERED that defendant's motion is granted, and it is further

ORDERED that the parties shall file their supplemental briefs on or before June 4, 2026.

Dated: _____
     New York, New York

_____
TIMOTHY C. STANCEU, SENIOR JUDGE