**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE**

|  |  |
|---|---|
| THE MOSAIC COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant,<br><br>　　　　and<br><br>OCP S.A.,<br><br>　　　　　　Defendant-Intervenor. | Consol. Court No. 21-00116<br><br>__NON-CONFIDENTIAL VERSION__<br><br>**Business Proprietary Information**<br>**Removed From Pages 5, 16-17, 21-23** |

__PLAINTIFF THE MOSAIC COMPANY'S POST-ARGUMENT SUBMISSION__

David J. Ross
Stephanie E. Hartmann
Alexandra S. Maurer
Jacob A. Laband

Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6300
Facsimile: (202) 663-6363
stephanie.hartmann@wilmerhale.com

Dated: June 4, 2026

*Counsel for The Mosaic Company*

**Post-Argument Submission**
**Consol. Court No. 21-00116**

## <u>TABLE OF CONTENTS</u>

I.    Introduction ............................................................................................................ 1

II.   The Court Should Not Disturb Commerce's Tier Three Methodology ............................. 2

    A.    Commerce's Tier Three Methodology Is Reasonable and in
        Accordance with Law ....................................................................................... 2

    B.    Commerce Did Not Construct an Average World Cost for
        Phosphate Rock ................................................................................................. 8

    C.    The Court's Proposed Alternative Methodology Is
        Fundamentally Flawed .................................................................................... 15

III.  The Court Should Either Affirm Commerce's Second Remand
    Determination or Remand with Instructions for Commerce to Remove
    Categories of Unrelated Costs from the Phosphate Rock Cost Build-Up ........................ 21

**Post-Argument Submission**
**Consol. Court No. 21-00116**

<div align="center">

**TABLE OF AUTHORITIES**

</div>

**Page(s)**

**Statutes**

19 U.S.C. § 1677(5)(E) ...............................................................................................2, 3

**Regulations**

19 C.F.R. § 351.511(a)(2)(iii) ..................................................................................5, 6, 13

**Cases**

*Acciai Speciali Terni, S.p.A. v. United States*, 217 F. Supp. 2d 1345 (CIT 2002)...............3

*Apex Frozen Foods Priv. Ltd. v. United States*, 862 F.3d 1322 (Fed. Cir. 2017)..............13

*Astellas Pharma, Inc. v. Sandoz Inc.*, 117 F.4th 1371 (Fed. Cir. 2024) ............................14

*Borusan Mannesmann Boru Sanayi Ve Ticaret A.S. v. Am. Cast Iron Pipe Co.*,
5 F.4th 1367 (Fed. Cir. 2021) ...................................................................................20

*Brit. Steel PLC v. United States*, 127 F.3d 1471 (Fed. Cir. 1997)...................................20

*Canadian Solar Inc. v. United States*, 537 F. Supp. 3d 1380 (CIT 2021) .......................6, 7

*Fujitsu General Ltd. v. United States*, 88 F.3d 1034 (Fed. Cir. 1996)...............................20

*Greenlaw v. United States*, 554 U.S. 237 (2008)..............................................................14

*Inland Steel Bar Co. v. United States*, 155 F.3d 1370 (Fed. Cir. 1998) ...........................21

*Koyo Seiko Co. v. United States*, 36 F.3d 1565 (Fed. Cir. 1994).....................................21

*Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024) ............................................3

*Mid-Continent Steel & Wire, Inc. v. United States*, 940 F.3d 662 (Fed. Cir. 2019)............3

*Mosaic Co. v. United States*, 589 F. Supp. 3d 1298 (CIT 2022) .....................................6, 7

*Mosaic Co. v. United States*, 659 F. Supp. 3d 1285 (CIT 2023) ................................18, 22

*Mosaic Co. v. United States*, 160 F.4th 1340 (Fed. Cir. 2025).....................................6, 14

*Mosaic Co. v. United States*, Consol. Ct. No. 21-00116, Slip Op. 25-3
(CIT 2025) ..........................................................................................................18, 22

*Nippon Steel Corp. v. United States*, 458 F.3d 1345 (Fed. Cir. 2006)................................3

*Nucor Corp. v. United States*, 927 F.3d 1243 (Fed. Cir. 2019) ..................................4, 6, 8

*Nucor Corp. v. United States*, 633 F. Supp. 3d 1302 (CIT 2023).............................6, 7, 13

*Saarstahl AG v. United States*, 78 F.3d 1539 (Fed. Cir. 1996)........................................21

*Shandong Rongxin Imp. & Exp. Co. v. United States*, 203 F. Supp. 3d 1327
(CIT 2017) .................................................................................................................3

*SolarWorld Americas, Inc. v. United States*, 910 F.3d 1216 (Fed. Cir. 2018) ..................13

**Post-Argument Submission**
**Consol. Court No. 21-00116**

*Thai Plastic Bags Indus. Co. v. United States*, 746 F.3d 1358 (Fed. Cir. 2014) ...............20

*U.S. Steel Grp. v. United States*, 225 F.3d 1284 (Fed. Cir. 2000) .....................................21

**Administrative Materials**

*Certain Corrosion-Resistant Steel Products From Mexico*: Final Affirmative
Countervailing Duty Determination, 90 Fed. Reg. 42,229 (Dep't Commerce
Aug. 29, 2025), and accompanying Issues and Decision Memorandum............................9

*Certain Uncoated Paper From Indonesia*: Preliminary Results of Countervailing
Duty Administrative Review; 2015-2016, 83 Fed. Reg. 15,370 (Dep't Commerce
Apr. 10, 2018), and accompanying Preliminary Determination Memorandum ..........10, 11

*Certain Uncoated Paper From Indonesia*: Final Results of Countervailing Duty
Administrative Review; 2015-2016, 83 Fed. Reg. 52,383 (Dep't Commerce Oct. 17,
2018), and accompanying Issues and Decision Memorandum........................................11

*Certain Softwood Lumber Products From Canada*: Final Affirmative
Countervailing Duty Determination, and Final Negative Determination of Critical
Circumstances, 82 Fed. Reg. 51,814 (Dep't Commerce Nov. 8, 2017), and
accompanying Issues and Decision Memorandum.............................................................12

*Certain Softwood Lumber Products From Canada*: Final Results of the
Countervailing Duty Administrative Review, 2017-2018, 85 Fed. Reg. 77,163
(Dep't Commerce Dec. 1, 2020), and accompanying Issues and Decision
Memorandum....................................................................................................................12

*Certain Softwood Lumber Products From Canada*: Final Results of the
Countervailing Duty Administrative Review, 2019, 86 Fed. Reg. 68,467
(Dep't Commerce Dec. 2, 2021), and accompanying Issues and Decision
Memorandum....................................................................................................................12

*Certain Softwood Lumber Products From Canada*: Final Results and Final
Rescission, in Part, of the Countervailing Duty Administrative Review, 2020,
87 Fed. Reg. 48,455 (Dep't Commerce Aug. 9, 2022), and accompanying Issues
and Decision Memorandum...............................................................................................12

*Certain Softwood Lumber Products From Canada*: Final Results and Final
Rescission, in Part, of the Countervailing Duty Administrative Review; 2021,
88 Fed. Reg. 50,103 (Dep't Commerce Aug. 1, 2023), and accompanying Issues
and Decision Memorandum...............................................................................................12

*Coated Free Sheet Paper from Indonesia*: Final Affirmative Countervailing Duty
Determination, 72 Fed. Reg. 60,642 (Dep't Commerce Oct. 25, 2007), and
accompanying Issues and Decision Memorandum............................................................11

*Countervailing Duty Investigation of Certain Cold-Rolled Steel Flat Products
From the Russian Federation*: Final Affirmative Countervailing Duty
Determination and Final Negative Critical Circumstances Determination,
81 Fed. Reg. 49,935 (Dep't Commerce July 29, 2016), and accompanying
Issues and Decision Memorandum ...............................................................................9, 10

**Post-Argument Submission**
**Consol. Court No. 21-00116**

*Countervailing Duty Investigation of Certain Corrosion-Resistant Steel Products from Mexico*: Post-Preliminary Analysis (Dep't Commerce July 31, 2025) (Access Barcode 4804214-01)......................................................................................9

Final Affirmative Countervailing Duty Determination and Final Negative Critical Circumstances Determination: *Certain Lined Paper Products from Indonesia*, 71 Fed. Reg. 47,174 (Dep't Commerce Aug. 16, 2006), and accompanying Issues and Decision Memorandum ...............................................................11, 12

*Silicon Metal From Australia*: Final Affirmative Countervailing Duty Determination, 83 Fed. Reg. 9,834 (Dep't Commerce Mar. 8, 2018), and accompanying Issues and Decision Memorandum...........................................................10

Post-Argument Submission
Consol. Court No. 21-00116

## I.    Introduction

Plaintiff The Mosaic Company respectfully submits this post-argument submission in response to the two questions the Court presented during oral argument on April 21, 2026.  As explained below, Commerce's tier three methodology for measuring the adequacy of remuneration for phosphate mining rights is reasonable and supported by substantial record evidence.  By contrast, the Court's proposed alternatives are fundamentally flawed and cannot be reconciled with the record or Commerce's standard tier three methodology.

As an initial matter, the $78 per metric ton average export price for phosphate rock is unusable as a starting point for a tier three benchmarking calculation because it is derived from OCP's consolidated financial statements, which reflect production and sales by both OCP S.A. and its wholly-owned subsidiary Phosboucraa.  OCP refused to provide questionnaire responses for Phosboucraa, but the limited information available on the record demonstrates that Phosboucraa accounts for a significant portion of OCP's phosphate rock production and exports. As a result, the $78 figure does not accurately represent the value of the phosphate rock that OCP S.A. produces (a significant portion of which OCP S.A. consumes internally).  Moreover, this approach would necessitate adjustments to the world market benchmark price for phosphate rock because of differences between the bone phosphate of lime ("BPL") of Phosboucraa's rock and that produced at OCP S.A.'s facilities in Khouribga and Gantour.

More fundamentally, the Court's proposal to develop an entirely new approach to measuring the adequacy of remuneration OCP S.A. paid for its mining rights would supplant Commerce's chosen methodology with a Court-imposed methodology.  The Federal Circuit has repeatedly held that Commerce's methodological choices in administering the antidumping and countervailing duty laws are entitled to substantial deference and must be sustained so long as

**Post-Argument Submission**
**Consol. Court No. 21-00116**

they are reasonable and supported by the record. Substituting a judicially constructed methodology for Commerce's would be inconsistent with that well-established principle.

Finally, the Court has asked how these proceedings should most appropriately be brought to a close. The answer is not for the Court to devise its own methodology. If the Court continues to find that it would be unreasonable to exclude any of OCP's HQ/Support costs, then the Court should affirm Commerce's Second Remand Determination as supported by substantial evidence and in accordance with law. However, if the Court decides to remand, it should instruct Commerce to address the deficiencies in its current methodology. As explained below, certain categories of HQ/Support and Debt costs included in Commerce's cost build-up are clearly unrelated to phosphate mining and rock beneficiation and can easily be identified and removed from the cost build-up. A remand with instructions for Commerce to remove those categories of costs would resolve the remaining issues in a manner consistent with the standard of review and bring these proceedings to a proper conclusion.

II.    **The Court Should Not Disturb Commerce's Tier Three Methodology**

A.    **Commerce's Tier Three Methodology Is Reasonable and in Accordance with Law**

Whether Commerce's tier three LTAR methodology is lawful is a mixed question of law and fact, and thus subject to the deferential substantial evidence standard. Section 771(5)(E) of the Tariff Act of 1930, as amended ("the Act"), provides that "{a} benefit shall normally be treated as conferred where there is a benefit to the recipient, including … in the case where goods or services are provided, if such goods or services are provided for less than adequate remuneration …." 19 U.S.C. § 1677(5)(E)(iv). The statute does not define what constitutes "less than adequate remuneration," or how Commerce is to measure the "adequacy of remuneration," other than that it must be "determined in relation to prevailing market conditions

**Post-Argument Submission**
**Consol. Court No. 21-00116**

for the good or service being provided." *See* 19 U.S.C. § 1677(5)(E).  Thus, in the words of

*Loper Bright*, the statute delegates authority to Commerce, and "empower{s} {Commerce} to

prescribe rules to 'fill up the details' of {the} statutory scheme," *Loper Bright Enters. v.

Raimondo*, 603 U.S. 369, 395 (2024) (*quoting Wayman v. Southard*, 10 Wheat. 1, 43).  Further,

because the statute delegates authority to Commerce, "courts must respect the delegation."  *Id.* at

413.  Under Federal Circuit precedent, where the statute gives Commerce such broad discretion

to make methodological choices, Commerce's choice need only be "reasonable," not necessarily

"the best" in the eyes of this Court.  *See Mid-Continent Steel & Wire, Inc. v. United States*, 940

F.3d 662 (Fed. Cir. 2019).

Commerce's decision must also be supported by substantial evidence, meaning, "more

than a mere scintilla" and "such relevant evidence as a reasonable mind might accept as adequate

to support a conclusion."  *Acciai Speciali Terni, S.p.A. v. United States*, 217 F. Supp. 2d 1345,

1346-47 (CIT 2002) (quoting *Universal Camera Corp. v. NLRB*, 340 U.S. 474, 477 (1951)

(internal quotations omitted)).  The substantial evidence standard is highly deferential and

presents "a high barrier to reversal."  *Nippon Steel Corp. v. United States*, 458 F.3d 1345, 1352

(Fed. Cir. 2006) (citation omitted).  The party challenging Commerce's decision bears the burden

of establishing that "no reasonable factfinder could reach" Commerce's decision.  *Shandong

Rongxin Imp. & Exp. Co. v. United States*, 203 F. Supp. 3d 1327, 1340 (CIT 2017).

It is undisputed that the Government of Morocco provided OCP a perpetual monopoly on

the right to access phosphate ore in Morocco *for free*, with no licensing requirement or fee.  *See

Phosphate Fertilizers From the Kingdom of Morocco*: Preliminary Affirmative Countervailing

Duty Determination, 85 Fed. Reg. 76,522 (Dep't Commerce Nov. 30, 2020), P.R. 404, and

accompanying Preliminary Decision Memorandum ("PDM") at 11, P.R. 386 ("OCP was

**Post-Argument Submission**
**Consol. Court No. 21-00116**

originally created in 1920 to be an office within the GOM (Office Cherifien des Phosphates) which would 'make use of' Morocco's phosphate reserves, which belong to the state (along with all subsoil minerals) under Moroccan law.  In 1951, the GOM established its 'exclusive authority' to mine the country's phosphate reserves. . . .  {I}n 2015, the GOM enacted a law related to mining . . . in which it repealed the provisions of the 1951 law, but which preserved the state (*i.e.*, OCP's) monopoly with regard to the extraction of phosphates. . . .  OCP does not have to apply for, or obtain, phosphate mining rights because it is already assigned those rights under Moroccan law.") (citations omitted); *Phosphate Fertilizers From the Kingdom of Morocco: Phosphate Fertilizers From the Kingdom of Morocco*: Final Affirmative Countervailing Duty Determination, 86 Fed. Reg. 9,482 (Dep't Commerce Feb. 16, 2021), P.R. 480, and accompanying Issues and Decision Memorandum ("IDM") at 31, P.R. 473 ("{T}he GOM admits in its argument that it granted OCP the monopoly to mine phosphate ore.  Thus, the GOM provided OCP with access to a good, that is 'phosphate ore.'").  The provision of a good or service for free is necessarily for less than adequate remuneration.  *See Nucor Corp. v. United States*, 927 F.3d 1243, 1249-50 (Fed. Cir. 2019) (explaining that the dictionary definition of "remuneration" "convey{s} a familiar notion of payment of an amount that reflects the value of what is being paid for (*e.g.*, what was received, lost, or taken)"); *id.* at 1251 ("the command that adequacy be determined 'in relation to prevailing market conditions' . . . does not endorse the charging of consistently low prices that no market participant could sustain, i.e., prices that would not constitute 'adequate remuneration' under the ordinary meaning of those words.").  Therefore, as Commerce explained in the Final Results, the ultimate purpose of constructing a benchmark for the phosphate mining rights for LTAR program is to measure the *amount* of the benefit that OCP has received.

4

NON-CONFIDENTIAL VERSION

**Post-Argument Submission
Consol. Court No. 21-00116**

Further, although the GOM charges a nominal extraction tax per ton of phosphate ore that OCP mines, the amount of the tax is insignificant. *See* PDM at 11 ("OCP pays taxes on a per ton basis for the amount of phosphate ore which it extracts, and the tax rate is set by regional authorities. Consistent with the law, the applicable taxes are collected annually on a per-ton basis and are set between 1 and 3 MAD per ton."). As this record evidence demonstrates, OCP paid the GOM just *ten to thirty cents* per ton in extraction taxes for the [            ] tons of phosphate rock that it produced during the POI, which OCP sold at an average *78 dollars* per ton for exported rock, according to its financial statements. *See Phosphate Fertilizers From the Kingdom of Morocco*: OCP S.A. Section III Questionnaire Response (Sept. 17, 2020) ("OCP Sec. III QR"), Exhibit GEN-8(j) at 18, P.R. 133, C.R. 45 ("{T}he prices remained stable year-on-year at $ 78 / T FOB on the international market"); *see also* Hearing Tr. at 7 ("Mr. Isasi: OCP Group sold export rock for $78 per metric ton."). Phosphate rock is the principal raw material input into the subject merchandise.

In the underlying proceeding, Commerce properly found that there are no tier one or tier two benchmarks available for phosphate mining rights. *See* PDM at 12; IDM at 32. Commerce therefore resorted to constructing a benchmark under tier three of its LTAR regulation, which states that "{i}f there is no world market price available to purchasers in the country in question, the Secretary will normally measure the adequacy of remuneration by assessing whether the government price is consistent with market principles." 19 C.F.R. § 351.511(a)(2)(iii).

Commerce's tier three regulation also provides that "{i}n making an assessment of whether a government price is consistent with market principles under this provision, {Commerce} may assess such factors as costs (including rates of return sufficient to ensure future operations), the government's price setting methodology, possible price discrimination, or

5

Post-Argument Submission
Consol. Court No. 21-00116

a government price derived from actual sales from competitively run government auctions …."

*See* 19 C.F.R. § 351.511(a)(2)(iii).  However, in this case, there is no "government price" for

phosphate mining rights, because the GOM granted OCP its perpetual monopoly right to all

phosphate ore in Morocco *for free*, as discussed above.  *See* PDM at 11; IDM at 31.

Commerce therefore constructed a government price, and selected a world market

benchmark, for the downstream product that OCP obtains with its mining rights—that is,

beneficiated phosphate rock.  The tier three LTAR regulation does not prescribe any particular

benchmarking methodology—as the Court and Commerce agree—and Commerce thus has

discretion to make a reasonable methodological choice in determining the benefit of a

government program.  The Federal Circuit has upheld Commerce's discretion in making

reasonable methodological choices, explaining that the "statutory standard of adequate

remuneration . . . leaves a large range of potential implementation choices."  *Nucor Corp.*, 927

F.3d at 1254.  The Court continued to explain that, when evaluating the adequacy of

remuneration under tier three, "Commerce has considerable prima facie leeway to make a

reasonable choice within the permissible range, and properly justify its choice, based on the

language and policies of the countervailing-duty statute as well as practicality and other relevant

considerations."  *Id.* at 1255.  *See also Nucor Corp. v. United States*, 633 F. Supp. 3d 1302, 1309

(CIT 2023) ("Nucor does not dispute Commerce's discretion to develop a suitable methodology

for carrying out a Tier 3 analysis."); *Mosaic Co. v. United States*, 589 F. Supp. 3d 1298, 1314

(CIT 2022); *Canadian Solar Inc. v. United States*, 537 F. Supp. 3d 1380, 1389-92 (CIT 2021).

Moreover, the courts have affirmed Commerce's tier three methodology as reasonable and in

accordance with law.  *See Mosaic Co. v. United States*, 160 F.4th 1340, 1349-50 (Fed. Cir.

NON-CONFIDENTIAL VERSION

**Post-Argument Submission**
**Consol. Court No. 21-00116**

2025); *Mosaic Co.*, 589 F. Supp. 3d at 1314; *Canadian Solar Inc.*, 537 F. Supp. 3d at 1389-92;

*Nucor Corp.*, 633 F. Supp. 3d at 1309.

Commerce thoroughly explained its methodological choices under the three tier LTAR

regulation in the Final Results and on remand.  In the Final Results, Commerce explained that its

"benefit calculation at Tier 3 is based on a comparison of the actual per-unit cost build-up of

OCP's beneficiated phosphate rock with a market price of phosphate rock."  IDM at 23.  It

continued to elaborate that the "rationale behind this {tier three} methodology is that we are

investigating the provision of mining rights for LTAR and we cannot find a market price of

mining rights with which we can make a direct comparison."  *Id*.  Accordingly, Commerce

explained that it was conducting its benefit analysis "not on mining rights *per se*, but on the

value of the underlying good conveyed via the mining rights.  Therefore, when considering cost

adjustments, we will take into consideration the *relevant production costs* associated with

producing the phosphate rock from the minerals in the ground as well as the *pricing of the*

*phosphate rock*."  *Id.* at 23-24.  Then, on remand, Commerce added to the cost build-up an

allocated amount of OCP's HQ/Support and Debt costs as well as an amount for profit.  *See*

Final Results of Redetermination Pursuant to Second Court Remand (Apr. 29, 2025) ("Second

Remand Determination"), P.2.R.R. 8, C.2.R.R. 6, ECF No. 148-1.

Although Mosaic continues to object to Commerce's decision to add an allocated portion

of the entirety of OCP's HQ/Support and Debt costs to the cost build-up, Commerce's overall

tier three approach is reasonable and within the bounds of discretion afforded to it under the

statute.  Further, Commerce's cost build-up approach reflects the information OCP submitted

regarding OCP S.A.'s phosphate mining and rock beneficiation operations in multiple

questionnaire responses totaling nearly eleven thousand pages of record evidence.  *See, e.g.*,

Post-Argument Submission
Consol. Court No. 21-00116

OCP Sec. III QR, P.R. 130-142, C.R. 39-58 ("Total Number of Pages: 9,501"); *Phosphate*

*Fertilizers From the Kingdom of Morocco*: OCP S.A. Supplemental Questionnaire Response

(Nov. 3, 2020), P.R. 254, C.R. 149-163 ("OCP Supp. QR") ("Total Number of Pages: 1,448").

### B.    Commerce Did Not Construct an Average World Cost for Phosphate Rock

The Court asked whether it can "impliedly be presumed that Commerce would consider

an average world cost for producing phosphate rock to be obtainable by subtracting from the

world {benchmark} price {for phosphate rock} the profit rate that Commerce used."[1]  The

answer to the Court's question is no.

As an initial matter, it would be inconsistent with the statute and Commerce's regulations

to compare the OCP cost build-up to an average world *cost* for producing phosphate rock.  As

the Federal Circuit stated in *Nucor*, the requirement that the adequacy of remuneration be

determined "in relation to prevailing market conditions" directs attention to "competitive-market

prices, as reflected in Commerce's regulation making market prices the primary tool of analysis

if available . . . ."  *Nucor Corp. v. United States*, 927 F.3d at 1251.  Plainly stated, a "world

market cost" is not a market-determined price, and thus is not suitable for use as a benchmark.

Further, Commerce stated explicitly in the Final Results that it "add{ed} a profit

component to OCP's phosphate rock production cost build-up in order to properly compare it to

the benchmark prices which are inclusive of profit"—specifically, that it "multipl{ied} {OCP's}

profit rate by OCP's total phosphate rock production costs and then add{ed} the resulting

amount to OCP's cost build-up to create a total cost inclusive of profit."  IDM at 27.  It cannot

impliedly be presumed that an average world cost for producing phosphate rock is obtainable by

subtracting the profit *amount* Commerce used from the world benchmark price.  This is because

---

[1] Letter from Judge Timothy Stanceu to Counsel for the Parties Re: *The Mosaic Company v. United States*, Consol. Court No. 21-116: Upcoming Oral Argument, at 5, ECF No. 183.

8

Post-Argument Submission
Consol. Court No. 21-00116

OCP's profit *amount* is a factor of both its profit *rate* and its cost build-up to produce beneficiated phosphate rock. It cannot reasonably be inferred that subtracting the OCP profit *amount*—which reflects the significant subsidies OCP receives from the GOM—from the world benchmark price for phosphate rock results in a world market cost to produce phosphate rock.

In addition, Commerce's additive approach to constructing a cost build-up plus profit amount to which it compared the world benchmark price for phosphate rock is consistent with its tier three methodology in other mining rights for LTAR cases. Most recently, Commerce adopted a tier three approach in *Certain Corrosion-Resistant Steel Products From Mexico*, where it explained that its benefit analysis compared the respondent's "price build-up for iron ore it extracted from GOM mines," which included "the production cost of the iron ore, the extraction taxes/fees paid, and profit." *Countervailing Duty Investigation of Certain Corrosion-Resistant Steel Products From Mexico*: Post-Preliminary Analysis at 14 (Dep't Commerce July 31, 2025) (Access Barcode 4804214-01); *see also Certain Corrosion-Resistant Steel Products From Mexico*: Final Affirmative Countervailing Duty Determination, 90 Fed. Reg. 42,229 (Dep't Commerce Aug. 29, 2025), and accompanying Issues and Decision Memorandum at 19, 21.

Similarly, in *Cold-Rolled Steel Flat Products From the Russian Federation*, Commerce adopted a tier three methodology in evaluating the provision of coal mining rights for LTAR. *Countervailing Duty Investigation of Certain Cold-Rolled Steel Flat Products From the Russian Federation*: Final Affirmative Countervailing Duty Determination and Final Negative Critical Circumstances Determination, 81 Fed. Reg. 49,935 (Dep't Commerce July 29, 2016), and accompanying Issues and Decision Memorandum at 31. There, Commerce explained that it "calculated a per-unit price for the coal based on the costs the {respondent} incurred," including certain "up-front initial fee{s}," an "extraction tax" paid to the government, "any additional costs

9

reported by the {respondent}, and profit." *Id.*  Commerce also relied on a cost build-up in

*Silicon Metal From Australia* where, under a tier three analysis, it assessed the benefit associated

with the Provision of Quartz for LTAR by comparing the respondent's "total per-unit . . . quartz

costs, including transportation expenses, to the average per-unit value reflected in the CRU data

(including transportation costs)." *Silicon Metal From Australia*: Final Affirmative

Countervailing Duty Determination, 83 Fed. Reg. 9,834 (Dep't Commerce Mar. 8, 2018), and

accompanying Issues and Decision Memorandum at 31.

Contrast these cases with other cases where Commerce has explicitly taken a deductive

approach in its tier three analysis—chiefly in its cases involving wood products.  Critically,

under this approach as well, Commerce does not construct an "average world cost" on the market

side of the equation.  Rather, Commerce indicates that it uses this deductive method to derive a

benchmark price for the stumpage rights acquired for LTAR.  For example, in *Uncoated Paper*

*From Indonesia*, Commerce conducted a tier three analysis with respect to the Provision of

Standing Timber for LTAR.  Commerce explained that, to "derive a stumpage benchmark value,

{Commerce} adjusted the benchmark log prices to *remove* the Indonesian costs of extraction

(harvesting) of the standing timber." *Certain Uncoated Paper From Indonesia*: Preliminary

Results of Countervailing Duty Administrative Review; 2015-2016, 83 Fed. Reg. 15,370 (Dep't

Commerce Apr. 10, 2018), and accompanying Preliminary Determination Memorandum at 12

(emphasis added).  Commerce explained that the "*deduction* of the harvesting costs, and profit

associated with harvesting, from the unit values results in a *derived benchmark stumpage price*

for each species." *Id.*  Clearly, Commerce used this deductive method to create a "derived

benchmark stumpage price," not an "average world cost" for producing uncoated paper.  Then,

to calculate the benefit, Commerce compared the derived world market stumpage price to the

10

**Post-Argument Submission**
**Consol. Court No. 21-00116**

amount the respondents paid for stumpage (not a cost build-up). Commerce explained that it

"subtracted the total of the actual . . . fees paid by" the respondents "from the total amount of

stumpage fees that should have been paid." *Id.* at 12-13. *See also Certain Uncoated Paper*

*From Indonesia*: Final Results of Countervailing Duty Administrative Review; 2015-2016, 83

Fed. Reg. 52,383 (Dep't Commerce Oct. 17, 2018), and accompanying Issues and Decision

Memorandum (leaving the benefit methodology unchanged from Preliminary).

Similarly, in *Coated Free Sheet Paper From Indonesia*, Commerce explained as a part of

its tier three analysis of the Provision of Standing Timber for LTAR that, "{t}o derive a market-

based stumpage price for Indonesia, it is necessary to *deduct* Indonesian extraction costs

(including a reasonable amount for profit) from the Malaysian starting pulp log prices." *Coated*

*Free Sheet Paper from Indonesia*: Final Affirmative Countervailing Duty Determination, 72 Fed.

Reg. 60,642 (Dep't Commerce Oct. 25, 2007), and accompanying Issues and Decision

Memorandum at 81 (emphasis added). Here, again, Commerce clearly created a "market-based

stumpage price," not an "average world cost" to produce stumpage—which would be illogical,

as stumpage is a right to access standing timber, not a good with costs of production—and it

compared the world market stumpage price to the amount the respondents actually paid for

stumpage.

Commerce again took essentially the same approach in *Lined Paper Products From*

*Indonesia*, where it explained that it developed a stumpage benchmark for purposes of its tier

three analysis by "*deducting* amounts for the Indonesian logging operation's extraction costs and

profit" from a benchmark price, and that the "result of these adjustments is a derived stumpage

price that is consistent with market principles"—not an "average world cost." Final Affirmative

Countervailing Duty Determination and Final Negative Critical Circumstances Determination:

11

**Post-Argument Submission**
**Consol. Court No. 21-00116**

*Certain Lined Paper Products from Indonesia*, 71 Fed. Reg. 47,174 (Dep't Commerce Aug. 16,

2006), and accompanying Issues and Decision Memorandum at 8 (emphasis added). Commerce

has also applied this deductive approach in its tier three analysis used in the *Softwood Lumber*

*Products From Canada* cases.[2]

Thus, Commerce has two distinct approaches for measuring the adequacy of

remuneration using a tier three benefit methodology: when it undertakes a cost build-up and

compares it to a benchmark "price," it says so explicitly. And, when it deducts costs from a

benchmark price to calculate the benefit, it says so explicitly. And, even when it does take a

---

[2] *See, e.g.*, *Certain Softwood Lumber Products From Canada*: Final Affirmative Countervailing Duty
Determination, and Final Negative Determination of Critical Circumstances, 82 Fed. Reg. 51,814 (Dep't Commerce
Nov. 8, 2017), and accompanying Issues and Decision Memorandum at 63 ("To calculate 'derived market stumpage
prices' to compare with Crown stumpage, we *deducted* certain costs reported by BC-based respondents from the
U.S. PNW log price benchmarks. The costs we adjusted for were, *inter alia*, costs associated with the tenure
contract and accessing timber for harvesting, and cost of acquiring timber.") (emphasis added); *Certain Softwood
Lumber Products From Canada*: Final Results of the Countervailing Duty Administrative Review, 2017-2018, 85
Fed. Reg. 77,163 (Dep't Commerce Dec. 1, 2020), and accompanying Issues and Decision Memorandum at 149
("Commerce will continue to use delivered log prices from the U.S. PNW as the starting point for a tier-three
benchmark. Consistent with our calculation methodology in this proceeding, we determine it remains appropriate in
British Columbia to continue to *adjust for* the respondents' access, harvest, and hauling costs, as well as the costs
associated with the respondents' Crown tenure obligations.") (emphasis added); *Certain Softwood Lumber Products
From Canada*: Final Results of the Countervailing Duty Administrative Review, 2019, 86 Fed. Reg. 68,467 (Dep't
Commerce Dec. 2, 2021), and accompanying Issues and Decision Memorandum at 137 ("{U}nder the tier-three
market principles benchmark used in British Columbia, Commerce takes the costs 'already included' in a delivered
log and then *removes them* in order to compare that log price to stumpage. For example, a delivered log price by
definition contains delivery costs, and as such, *those costs must be subtracted* from the log benchmark for a fair
comparison to a stumpage price. Commerce also subtracts from the benchmark costs associated with accessing the
timber under the prevailing market conditions in British Columbia. We continue to find that this framework is
appropriate for applying cost adjustments.") (emphasis added); *Certain Softwood Lumber Products From Canada*:
Final Results and Final Rescission, in Part, of the Countervailing Duty Administrative Review, 2020, 87 Fed. Reg.
48,455 (Dep't Commerce Aug. 9, 2022), and accompanying Issues and Decision Memorandum at 134 ("{U}nder
the tier-three market principles benchmark used in British Columbia, Commerce starts with the costs "already
included" in a delivered log and then *removes them* in order to compare that log price to stumpage. For example, a
delivered log price by definition contains delivery costs, and as such, those costs must be subtracted from the log
benchmark for a fair comparison to a stumpage price. Commerce also *subtracts* from the benchmark costs
associated with accessing the timber under the prevailing market conditions in British Columbia. We continue to
find that this framework is appropriate for applying cost adjustments.") (emphasis added); *Certain Softwood Lumber
Products From Canada*: Final Results and Final Rescission, in Part, of the Countervailing Duty Administrative
Review; 2021, 88 Fed. Reg. 50,103 (Dep't Commerce Aug. 1, 2023), and accompanying Issues and Decision
Memorandum at 66 ("In the *Lumber V* proceeding, which has involved company-specific examination of
respondents, Commerce has constructed company-specific derived-demand stumpage benchmarks by taking a U.S.
PNW log price and then *subtracting* the respondents' own logging costs from that log price…. With respect to BC
stumpage, Commerce's methodology has been consistent since *Lumber IV*.") (citations omitted) (emphasis added.

12

**Post-Argument Submission**
**Consol. Court No. 21-00116**

deductive approach, Commerce consistently states that the purpose of the methodology is to calculate a derived benchmark price—not an "average world cost" to produce the product in question. Here, Commerce has explicitly constructed a cost build-up plus profit amount that it compared to the world market benchmark price for phosphate rock. *See* IDM at 25 ("{W}e continue to *include* these costs in OCP's phosphate rock production *cost build-up* in the final determination.") (emphasis added). Accordingly, there is no basis in the record to re-characterize Commerce's expressly stated cost build-up as a deductive benchmark exercise to establish an average world cost for producing phosphate rock —and any attempt to do so is plainly contradicted not only by the record in this case, but Commerce's consistent practice over nearly two decades.

The tier three regulation does not prescribe any particular methodology for assessing whether a government price is consistent with market principles, and Commerce accordingly has discretion to select a reasonable methodological approach. *See* 19 C.F.R. § 351.511(a)(2)(iii); *Nucor Corp.*, 633 F. Supp. 3d at 1309; *see also SolarWorld Americas, Inc. v. United States*, 910 F.3d 1216, 1226 (Fed. Cir. 2018) ("The decision to select a particular methodology rests solely within Commerce's sound discretion.") (citation omitted); *Apex Frozen Foods Priv. Ltd. v. United States*, 862 F.3d 1322, 1331 (Fed. Cir. 2017) ("When a statute fails to make clear 'any Congressionally mandated procedure or methodology for assessment of the statutory tests,' Commerce 'may per-form its duties in the way it believes most suitable.'") (citing *JBF RAK LLC v. United States*, 790 F.3d 1358, 1363 (Fed. Cir. 2015)). Judicial review is correspondingly deferential: the question is not whether a party or the Court would have selected a different methodology, but whether Commerce's approach is reasonable, adequately explained, and supported by substantial record evidence. Although the Federal Circuit has never squarely

13

**Post-Argument Submission**
**Consol. Court No. 21-00116**

considered Commerce's cost build-up approach under a tier three analysis, it has affirmed

Commerce's discretion in conducting an LTAR analysis and refused to "read in specific

requirements that find no support in the statute." *See Mosaic Co.*, 160 F.4th at 1349-50; *see also*

*id.* at n.4 (explaining that "mere disagreement is not a developed argument challenging the

reasonableness of Commerce's actions").

Moreover, no party to this action has appealed the overall lawfulness of Commerce's tier

three methodology in these proceedings, or its use of a cost build-up approach. Instead, the only

issue properly before the Court is whether it is appropriate to include certain costs in that cost

build-up. This is an issue the Court must resolve on the basis presented by the parties, as

departing from those framed issues and adjudicating the case on alternative methodological

grounds would violate the well-established principle of party presentation. *See, e.g.*, *Astellas*

*Pharma, Inc. v. Sandoz Inc.*, 117 F.4th 1371, 1377 (Fed. Cir. 2024) ("By rendering its decision

on a ground not raised by any party at any stage of the proceedings, and by expressly declaring

that it 'sits not {as} an arbiter to resolve the disputes on the parties' favored terrain,' the district

court disregarded the longstanding principle of party presentation and, in doing so, abused its

discretion.") (citing *United States v. Sineneng-Smith*, 590 U.S. 371, 375 (2020) (providing that

departures from the principle of party presentation are reviewed for abuse of discretion)); *see*

*also Greenlaw v. United States*, 554 U.S. 237, 243 (2008) ("In our adversary system, in both

civil and criminal cases, in the first instance and on appeal, we follow the principle of party

presentation. That is, we rely on the parties to frame the issues for decision and assign to courts

the role of neutral arbiter of matters the parties present.").

14

**Post-Argument Submission**
**Consol. Court No. 21-00116**

### C.    The Court's Proposed Alternative Methodology Is Fundamentally Flawed

At oral argument, the Court indicated that it is considering an alternative benchmarking methodology based on the $78/MT average price for OCP's phosphate rock exports reported in OCP's financial statements.[3]  OCP Sec. III QR Exhibit GEN-8(j) at 18, P.R. 133, C.R. 45.  As Mosaic explained at the hearing, this price is not usable as the starting point for a tier three benchmarking calculation.  OCP's consolidated financial statements reflect phosphate rock production by OCP S.A. as well as its wholly-owned subsidiary, Phosboucraa.  *Id.* at 14.  Phosboucraa is a wholly-owned subsidiary that mines phosphate ore at Boucraa in Western Sahara (also referred to as the "Southern Provinces" in OCP's 2015 Bond Prospectus).  *Id.*, Appendix CRED-30 at 88-89, P.R. 138, C.R. 50-51.  OCP refused to report for Phosboucraa in its questionnaire responses because, according to OCP's affiliation questionnaire responses, Phosboucraa did not supply phosphate rock or any other inputs to OCP S.A. or the JFC entities over the average useful life ("AUL") period.  *See* OCP Affiliation Questionnaire Response at 8 (Aug. 11, 2020), P.R. 72, C.R. 25.  ("While Phosboucraa mines and processes phosphates, it did not supply any inputs to OCP or the JFC entities over the AUL period.").

According to the 2015 Bond Prospectus, Phosboucraa extracted 1.8 million MT of phosphate ore, accounting for approximately five percent of OCP's total phosphate ore extraction.  OCP Sec. III QR Appendix CRED-30 at 90, P.R. 138, C.R. 50-51.  OCP's financial statements state that "{t}he phosphate that is extracted {at Phosboucraa} is transported by

---

[3] In questions issued prior to the argument, the Court also referenced OCP's proposed calculation of an average price for the phosphate rock it sold to its JFC affiliates.  Letter from Judge Timothy Stanceu to Counsel for the Parties Re: *The Mosaic Company v. United States*, Consol. Court No. 21-116: Upcoming Oral Argument, at 5, ECF No. 183.  However, at the argument, the Court indicated that it is no longer considering OCP's calculated price for rock sales to its JFC affiliates.  *See* Hearing Tr. at 19-21 ("Why are you bracketing the price at which rock was sold to the affiliates? . . . I'm not going to use it{.}").  In the event that the Court reconsiders its approach, Mosaic respectfully submits that a transfer price that OCP calculated for purposes of estimating a profit amount for its intercompany sales is not a reasonable estimation of its cost to produce and beneficiate phosphate rock.

NON-CONFIDENTIAL VERSION

**Post-Argument Submission
Consol. Court No. 21-00116**

conveyor to a processing center at Laayoune, then exported by sea from the Laayoune port."

OCP 2015 Financial Statements at 17; 2016 Financial Statements at 14; 2017 Financial

Statements at 15, 33; 2018 Financial Statements at 16, 33; 2019 Financial Statements at 15, 32,

OCP Sec. III QR Exhibits GEN-8(f) – (j), P.R. 133, C.R. 45.  Thus, the record shows that all of

Phosboucraa's phosphate rock is exported.  According to OCP's supplemental questionnaire

response, in 2019, OCP S.A. produced **[              ]** MT of phosphate rock from ore mined at

its Khouribga and Gantour mining sites, of which **[              ]** MT was exported.  OCP Supp.

QR – Part 4 at 2 (Nov. 9, 2020), P.R. 355, C.R. 234.

Thus, Phosboucraa may account for roughly **[     ]** percent of OCP's total phosphate rock

exports.[4]  This is an estimation, as OCP expressly refused to report on behalf of Phosboucraa,

and therefore the precise figures are not on the record.  However, it is clear that the total revenue

from phosphate sales (MAD 9.4 billion) and average sales price of phosphate exports ($78) in

OCP's financial statements reflect a significant volume of phosphate ore extracted and exported

by Phosboucraa.  This price therefore does not accurately represent OCP S.A.'s cost to produce

and beneficiate phosphate rock from its own mining facilities at Khouribga and Gantour.  This

approach is both overinclusive—because it reflects the benefits OCP received from its mining

rights at Phosboucraa, which (according to OCP) is not part of the investigated entity—and

underinclusive—because it does not reflect the value of OCP's phosphate rock that is internally

consumed (which is **[              ]** of the rock produced at the Khouribga and Gantour mining

sites).  *See* OCP Supp. QR – Part 4 at 2, P.R. 355, C.R. 234.

---

[4] Mosaic derived this figure by adding the phosphate ore extracted at Phosboucraa in 2014 (1.8 million MT) to the volume of phosphate rock exports OCP reported for Khouribga and Gantour (**[              ]**) and then dividing 1.8 million MT by the total of **[              ]**.

16

**Post-Argument Submission
Consol. Court No. 21-00116**

Moreover, if the Court were to construct its own benchmarking calculation based on the

$78 average export price per MT of phosphate rock that OCP reported in its financial statements,

the Court would also have to make adjustments to the world benchmark for phosphate rock.

This is because the $78 price only reflects *export* sales, OCP Sec. III QR Exhibit GEN-8(j) at 18,

P.R. 133, C.R. 45, and OCP's supplemental questionnaire response shows that there is a

significant difference in **[                                        ]**

phosphate rock.  OCP Supp. QR – Part 4 at 2, P.R. 355, C.R. 234.  The record clearly shows that

OCP's exported phosphate rock had average BPL levels of **[           ]** for Khouribga and **[**

      **]** for Gantour.  *Id.*  Mosaic is not aware of any information on the record regarding the

BPL levels of phosphate rock mined by Phosboucraa—because OCP refused to provide a

questionnaire response for Phosboucraa—but the Court may take judicial notice of the fact that

Phosboucraa has phosphate reserves with BPL levels ranging from 76 to 80.[5]  This range of BPL

levels for OCP's exported phosphate rock would disqualify several of the benchmark prices

Commerce used, including the prices for Egypt, Peru, and Algeria.  *See* Commerce 2nd Final

Remand Redetermination Calculations for OCP S.A., Attachment 1, "RockBenchmark" (Apr.

29, 2025), P.2.R.R. 9, C.2.R.R. 7-8.  The relevant world market benchmarks would instead need

to include the CRU prices for Jordan ($88 and $112) and the Argus prices for **[**

      **].**[6]  *See* Petition Volume II Exhibit II-24, P.R. 6-7, C.R. 6-7; OCP NFI

Benchmark Submission (Nov. 4, 2020), Exhibit 21, P.R. 333, 337, C.R. 211, 215.

The Court indicated it may be considering whether it is possible to construct a world

benchmark "cost" for phosphate rock by deducting a profit amount from the world benchmark

---

[5] *See* Attachment 1 at 57, Appendix.
[6] Mosaic is bracketing this information because it is bracketed in OCP's NFI benchmark submission.  Mosaic does not claim confidentiality or request business proprietary treatment for this information.

**Post-Argument Submission**
**Consol. Court No. 21-00116**

price.  Mosaic explained in the prior section why this would be improper.  Nevertheless, if the

Court were to consider this approach, it would need to calculate an average world profit amount.

There are two financial statements for other phosphate producers on the record: Jordan

Phosphate Mines Company, PLC ("JPMC") and Rajasthan State Mines & Minerals Limited

("RSMM").[7]  *See* OCP NFI Benchmark Submission, Exhibits 22 & 23, P.R. 337-341, C.R. 215-

221.

OCP calculated a phosphate profit rate for JPMC's phosphates segment of 21.6 percent.

*See* OCP Case Brief, Exhibit 3 (Jan. 13, 2021), P.R. 450, C.R. 301; OCP NFI Benchmark

Submission, Exhibit 22 at 120, P.R. 337-340, C.R. 215-220.  However, the Court previously

rejected use of the JPMC profit rate for purposes of calculating a profit amount to be added to the

cost build-up.  *Mosaic Co. v. United States*, 659 F. Supp. 3d 1285, 1303 (CIT 2023) ("*Mosaic I*")

(While OCP advocates use of the JPMC surrogate profit rate based on a factor of specificity to

phosphate rock production, that rate is inferior as to other factors, being derived from business

conditions of a different company in a different country.  Neither profit data set was perfect, but

on this record OCP has not shown that it was unreasonable for Commerce to rely upon the data

set specific to OCP's own business operations.).[8]

JPMC's profit rate is also not usable as a benchmark for a world market profit rate,

because it reflects a significant amount of related-party transactions that are not at arms-length.

As shown on page 120 of JPMC's 2019 financial statements, JPMC's Phosphate unit "inter-

---

[7] OCP also submitted the financial statements of an Indonesian coal mining company, PT Bayan Resources Tbk.  OCP NFI Benchmark Submission, Exhibits 22-24, P.R. 337-344, C.R. 215-224.  This evidence is not probative of the average world profit rate for phosphate mining and rock production.

[8] During the oral argument the Court stated that it had rejected OCP's arguments for using the JPMC profit rate for a procedural reason.  Hearing Tr. at 35.  However, the Court did address the merits of OCP's arguments regarding the JPMC profit rate, and rejected them.  *See Mosaic I*, 659 F. Supp. 3d at 1303.  The Court subsequently declined to consider new arguments that OCP presented about Commerce's calculation of a constructed profit rate for OCP because OCP had not raised those arguments in its 56.2 motion.  *See Mosaic Co. v. United States*, Consol. Ct. No. 21-00116, Slip Op. 25-3, at 22-23 (CIT 2025).

18

**Post-Argument Submission**
**Consol. Court No. 21-00116**

segment sales" (JD 79.491 million) accounted for 18.98 percent of that unit's total sales (JD 418.808 million), but there is no break-out of Phosphate unit profit on an external/intersegment sales basis. *See* OCP NFI Benchmark Submission, Exhibit 22 at 120, P.R. 337-340, C.R. 215-220. Further, the amount of inter-segment eliminations from JPMC's consolidated profit figure (JD -11.740 million) is significant, equivalent to 27.82 percent of the amount of pre-tax profit for the consolidated JPMC entity (JD 42.202 million, after eliminations) and 57.02 percent of the post-tax profit (JD 20.590 million, after eliminations) for the consolidated entity. *Id.* JPMC's financial statements do not assign those eliminations to particular segments; rather, the eliminations are stated on an aggregated basis for all segments. Therefore, the available information on JPMC's Phosphate business unit shows that its 2019 revenues and profits reflect inter-segment sales to a significant degree, and the distortions from affiliated party transactions cannot be eliminated for the Phosphates segment. Thus, the JPMC Phosphate unit profit ratio is unreliable and not a market-based profit amount for phosphate mining and rock beneficiation.

By contrast, RSMM's financial statements for 2020 indicate the company's phosphate segment had total revenues of 33,669.64 Lacs and Profit before Tax (and Exceptional Items) of 3,656.54 Lacs, resulting in a profit rate of 12.18 percent. *See* OCP NFI Benchmark Submission, Exhibit 23 at 113, P.R. 340-341, C.R. 220-221. In addition, the Court may take judicial notice of the fact that other phosphate producers had significantly lower profit rates during the POI, including negative rates, which is further evidence that the JPMC profit rate is distorted.[9] If the Court were to take the approach that a world benchmark profit should be deducted from the world benchmark price for phosphate rock to derive a world benchmark "cost" for phosphate

---

[9] *See* Attachment 2 - Ma'aden Annual Report 2019 at 242 (showing phosphate revenues of 8,250,311,335 and profit before tax of 159,819,517, resulting in a profit rate of 1.98 percent); Attachment 3 – Foskor Annual Report for FY 2020 (ending March 2020) at 84 (showing phosphate revenues (EBIT) of -38,950, segment revenues of 2,985,208, resulting in a profit rate of -1.3 percent).

19

**Post-Argument Submission**
**Consol. Court No. 21-00116**

rock, it should average these profit rates together with the profit rate of RSMM, resulting in a world average profit rate of 4.29 percent.

To be clear, Mosaic is not advocating for the Court to follow this approach. Indeed, doing so would be contrary to the Federal Circuit's longstanding admonition that Commerce's methodological choices under the AD/CVD laws are entitled to a great degree of deference. *See, e.g.*, *Fujitsu General Ltd. v. United States*, 88 F.3d 1034, 1039 (Fed. Cir. 1996) ("Antidumping and countervailing duty determinations involve complex economic and accounting decisions of a technical nature, for which agencies possess far greater expertise than courts. This deference is both greater than and distinct from that accorded the agency in interpreting the statutes it administers, because it is based on Commerce's technical expertise in identifying, selecting and applying methodologies to implement the dictates set forth in the governing statute, as opposed to interpreting the meaning of the statute itself where ambiguous.") (citations omitted); *see also id.* at 1044 ("The methodologies relied on by Commerce in making its determinations are presumptively correct."); *Borusan Mannesmann Boru Sanayi Ve Ticaret A.S. v. Am. Cast Iron Pipe Co.*, 5 F.4th 1367, 1374-75 (Fed. Cir. 2021) (same); *Thai Plastic Bags Indus. Co. v. United States*, 746 F.3d 1358, 1368 (Fed. Cir. 2014).

The Federal Circuit enforces this deference by remanding decisions back to the lower court when it imposes its own methodology in place of Commerce's. *See, e.g.*, *Brit. Steel PLC v. United States*, 127 F.3d 1471, 1475 (Fed. Cir. 1997) ("In *British Steel I*, the Court of International Trade did not give proper deference to Commerce's repayment methodology. Instead of reviewing the methodology, the court impermissibly imposed its own interpretation of the statute by formulating an alternative test. The court erred in *British Steel II*, therefore, in sustaining Commerce's application of this alternative test. Because the Court of International

20

Trade did not determine whether Commerce accurately applied its repayment methodology to the privatizations, we remand the case to give the court that opportunity."); *Saarstahl AG v. United States*, 78 F.3d 1539, 1544 (Fed. Cir. 1996) ("In the absence of explicit mandates, however, Commerce's approach must be accorded deference."); *Inland Steel Bar Co. v. United States*, 155 F.3d 1370, 1375 (Fed. Cir. 1998) ("{T}he Court of International Trade impermissibly imposed its own interpretation of the statute on Commerce in *Inland Steel III* and thus erred in *Inland Steel IV* in sustaining Commerce's application of this alternative test.").

Indeed, the Federal Circuit has explained that, "as long as Commerce's {methodology is} not arbitrary or illogical, we must uphold its construction even if the approach supported by the Court of International Trade is even more fair or logical." *Koyo Seiko Co. v. United States*, 36 F.3d 1565, 1573 (Fed. Cir. 1994); *see also U.S. Steel Grp. v. United States*, 225 F.3d 1284, 1290 (Fed. Cir. 2000).

**III.    The Court Should Either Affirm Commerce's Second Remand Determination or Remand with Instructions for Commerce to Remove Categories of Unrelated Costs from the Phosphate Rock Cost Build-Up**

In its comments on Commerce's draft second remand, Mosaic explained why Commerce's decision to use a revenue-based allocation for OCP's HQ/Support costs was reasonable, supported by substantial evidence, and otherwise in accordance with law. Mosaic Second Remand Comments (Apr. 3, 2025) at 16-19, P.2.R.R. 7, C.2.R.R. 5. Mosaic also explained why Commerce's decision to adjust OCP's reported Debt costs was reasonable, supported by substantial evidence, and otherwise in accordance with law. *Id.* at 19-25. Mosaic continues to disagree with Commerce's refusal to subtract out OCP's HQ/Support costs that are clearly unrelated to phosphate mining and rock beneficiation—such as **[              ]** and

**[                                                    ]**. *See id.* at 8-16. The Court apparently disagreed,

21

**Post-Argument Submission
Consol. Court No. 21-00116**

holding that "exclusion of all SG&A expenses from the COP buildup was per se unreasonable,"

and "OCP incurred certain identified corporate-wide SG&A costs that were reasonably related to

its phosphate mining activities."  *Mosaic I* at 1300-01; *see also Mosaic Co. v. United States*,

Consol. Ct. No. 21-00116, Slip Op. 25-3 (CIT 2025).  If the Court continues to find that it would

be unreasonable to exclude *any* of OCP's HQ/Support costs, then the Court should affirm

Commerce's Second Remand Determination as supported by substantial evidence and in

accordance with law.

However, if the Court decides to remand, it should instruct Commerce to exclude those

HQ/Support costs that the record shows are clearly unrelated to OCP S.A.'s phosphate mining

and rock beneficiation from the cost build-up.  Commerce stated that "because the costs cannot

be separated by cost center, and are considered corporate-level SG&A expenses, we find that a

standard cost accounting allocation methodology is a suitable alternative to determine a

reasonable portion of OCP's HQ, Support, and Debt costs."  Second Remand Determination at

25.  However, as Mosaic explained in its comments on the second remand, [            ] and [

] are not SG&A costs.  Further, the costs can easily be separated by cost center.

Specifically, OCP's HQ/Support recorded [                         ] in the [

].  OCP Response to Questionnaire in Lieu of

On-Site Verification (Dec. 30, 2020) at 18, P.R. 436, C.R. 289-290.  [

**Post-Argument Submission**
**Consol. Court No. 21-00116**

]¹⁰  OCP also reported **[**                                        **]** for HQ/Support in the **[**

**]**.  *See id.* at 28-29.  **[**

**]**

---

¹⁰ **[**                                                    **]** that OCP submitted to Commerce.  The Court should disregard the **[**

**]**.

23

**Post-Argument Submission**
**Consol. Court No. 21-00116**

Commerce could easily subtract these costs from the amount of HQ/Support costs allocated to the cost build-up.  Although this would still result in the inclusion of significant amounts of cost that OCP has not demonstrated are related to the production and pricing of phosphate rock, it would eliminate the most egregious distortions.  Thus, if the Court decides to remand Commerce's Second Remand Determination, it should instruct Commerce to make this adjustment to the cost build-up calculations.

<div style="margin-left: 50%;">

Respectfully submitted,

/s/ Stephanie E. Hartmann
David J. Ross
Stephanie E. Hartmann
Alexandra S. Maurer
Jacob A. Laband

Wilmer Cutler Pickering Hale and Dorr
    LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6300
Facsimile: (202) 663-6363
Email:
stephanie.hartmann@wilmerhale.com

*Counsel for The Mosaic Company*

</div>

Dated: June 4, 2026

# Attachment 1
# Phosboucraa Report

# ORIGINAL

*Université cadi ayyad*

*Faculté des sciences et techniques*

*Département des sciences de la terre*

**Office Chérifien des Phosphates**

*phosboucraa*

*Direction extraction*

*IDB /EL/G*

**Licence es Sciences et Techniques de Géologie Appliquée aux Ressources Minières**
*Mémoire de fin d'études*

# Prospection en Mine -G- zone Bulls et élaboration d'une coupe géologique en Mine -B- zone Dragline

*Réalisé par :*

## Mr Y.AIT FARAJI

**Encadrant :** *L. DAOUDI (Professeur FST-  Marrakech)*

**Parrain** *: B. HAMADA (Chef de Bureau des Plans)*

**Responsable :** *A. BADR (Responsable des Méthodes et Planning)*

**Soutenu le 28 Juin 2012 devant le jury composé de :**
*-Pr L. Daoudi : Faculté des Sciences et Techniques Marrakech*
*-Pr B. Igmoullan : Faculté des Sciences et Techniques Marrakech*
*-Pr S. Berrada : Faculté des Sciences et Techniques Marrakech*

*Année Universitaire : 2011 – 2012*



# *DEDICACE*

*Ce mémoire est dédié à mes chers parents qui m'ont supporté, soutenus, ont toujours crus en moi, et ont mis à ma disposition tous les moyens nécessaires pour que je réussisse dans mes études.*

*On ne saura les remercier pour tous ce qu'ils ont fait, que dieu les récompense pour tous leur bienfaits.*

*Mes sœurs et mes frères qui m'ont encouragé durant toute ma vie scolaire.*

*A mes amis et Collègues Pour leur soutien et leurs encouragements.*

1




# Remerciement

Il m'est agréable d'exprimer mes vifs remerciements à toutes les personnes qui grâce auxquelles ce rapport a été réalisé.

Mes très vifs remerciements à mon encadrant Mr Lahcen DAOUDI pour son encadrement continu, ses directives précieuses et ses conseils pertinents qu'ont été d'un appui considérable durant ce projet.

Je tiens à adresser ma profonde reconnaissance et mon extrême gratitude à Mr Achraf BADR, le responsable de ce stage pour avoir déployé l'aide nécessaire pour que je ne puisse manquer d'aucun soutien.

Mes sincères remerciements s'adressent aussi à Mr Brahim HAMADA, mon parrain de stage, pour son encadrement et le grand effort qu'il a déployé afin de s'assurer le bon déroulement de ce stage.

Enfin, que toute personne ayant contribué de près ou de loin à l'élaboration de ce travail trouve ici l'expression de ma gratitude.

# *Sommaire*

**INTRODUCTION** .................................................................................................................. 9

**Chapitre I : Généralité sur le Groupe Office Chérifien des Phosphates** ....................... 10

I- Introduction : ............................................................................................................... 11

II- Quelques détails techniques : ..................................................................................... 11

III- Historique : ............................................................................................................... 12

IV-Section de la géologie : ............................................................................................. 14

V-Géologie des phosphates : .......................................................................................... 16

    1-Définition : .............................................................................................................. 16

    2-Origine : .................................................................................................................. 17

    3-Age géologique : ..................................................................................................... 17

    4-Définitions et Terminologie : .................................................................................. 17

**Chapitre II : Le bassin d'Oued Eddahab- Gisement de Boucraa** .................................. 20

I- Introduction : ............................................................................................................... 21

II- Historique : ................................................................................................................. 21

    1- Première campagne : ............................................................................................. 21

    2- Deuxième campagne : ........................................................................................... 22

    3- Troisième campagne : ........................................................................................... 22

    4- Quatrième campagne : ........................................................................................... 22

    5- Cinquième campagne : ........................................................................................... 22

    6- Sixième campagne : ............................................................................................... 22

III- Cadre géographique du bassin d'Oued EDDAHAB : .............................................. 23

IV-Cadre géologique du bassin d'Oued EDDAHAB : ................................................... 24

    1-Les couches de Recouvrement : ............................................................................. 25

    2- La série phosphatée : ............................................................................................. 25

V- Gisement de Boucraâ *:* .............................................................................................. 26

    1- Situation Géographique: ........................................................................................ 26

    2- Cadre géologique : ................................................................................................ 28

        2-1- Coupe type de gisement de Boucraâ : ............................................................ 28

        2-2- Aperçu sur les phosphates de Boucraâ : ......................................................... 29

        2-3- Description lithologique de la série phosphatée de Boucraâ : .......................... 30

      a- Recouvrement : ................................................................................................... 30

      b- Série phosphatée : ............................................................................................... 31

        2-4-Synthèse stratigraphique de l'ensemble du bassin : ......................................... 33

3-Méthode d'exploitation : ..................................................................................................34

    a)- Foration : ...................................................................................................................35

    b)-Sautage : ....................................................................................................................35

    c)-Décapage : ..................................................................................................................35

        c-1 Zone dragline : .....................................................................................................35

        c-2 Zone bulldozers : .................................................................................................35

    d)- Défruitage et transport : ...........................................................................................36

    e)- Gestion de flux : .......................................................................................................36

4-Traitement du minerai : ......................................................................................................37

**Chapitre III : Etude géologique suite à la reprise de l'exploitation, dans la mine B zone Dragline**...................................................................................................................................**40**

  I- Etude de la mine –B- zone Dragline : .................................................................................41

    1-situation du domaine étudié : ........................................................................................41

    2-Presentation générale de la série phosphatée : ............................................................41

    3-Caractéristiques physiques et chimiques de la couche 1 : ............................................41

      a) Structure du toit de la couche 1 : .............................................................................41

      b) Hauteurs des recouvrements du toit de la couche 1 : ..............................................41

      c) Puissance de phosphate de la couche 1 : ..................................................................42

      d) Rendement- poids du minerai sur lavé : ..................................................................42

      e) Teneur en BPL sur lavé : .........................................................................................45

  II- Découpage et étude technico-économique de la mine B zone Dragline : ........................45

    1-Réalisation d'une coupe lithologique des deux derniers tranchets 26 et 27 : ...............47

    2- Etablissement de la carte des iso-recouvrements : .......................................................52

    3- Etablissement de la carte des iso-puissances (carte d'isopaches) : .............................54

    5- Evaluation des réserves de la zone étudiée : ................................................................58

    6- Evacuation du minerai : ...............................................................................................58

    7- Evaluation des aménagements et le cout nécessaire pour la reprise de l'exploitation à la mine B : .....61

    8- Etablissement des qualités prévisionnelles selon les séquences d'exploitation de l'année 2012 : ........62

**Chapitre IV : Prospection de la mine -G- Zone bulls**.......................................................**64**

  I- La notion de la prospection : ..............................................................................................65

  II- Etude de la mine –G- zone bulls: .....................................................................................65

    1-situation du domaine étudié: .........................................................................................65

    2-Présentation générale de la série phosphatée : .............................................................67

    3- Caractéristiques physiques et chimiques de la couche 1 dans la mine G zone bulls: ...67

      a) Structure du toit de la couche 1 : .............................................................................68

      b) Hauteur des recouvrements : ...................................................................................68

c) Puissance de phosphate : ..................................................................................... 68

d) Rendement- poids du minerai sur lavé : ............................................................... 68

e) Teneur en BPL sur lavé : ...................................................................................... 68

4- Actualisation de la prospection à maille large de 500m*500m: ............................. 69

5- Prospection à maille serrée 50m*50m : ................................................................... 69

a- Objectif de la prospection : ................................................................................... 69

b- Détail estimatif et descriptif de la prospection de la mine G zone bulls: ........... 69

6- Phase d'exécution et exploitation des données de la prospection: (Annexe 2) ....... 76

7- Paramètres statistiques : .......................................................................................... 78

8- l'interprétation des données : .................................................................................. 79

**Conclusion** ...................................................................................................................... **81**

**Références bibliographiques** ....................................................................................... **82**

**Annexe 1** ........................................................................................................................ **83**

**Annexe 2** ........................................................................................................................ **89**

## Liste des figures :

**Chapitre I : Généralité sur le Groupe Office Chérifien des Phosphates**

Figure 1 : Principaux gisements des Phosphates Marocains. ........................................ 13

Figure 2 : Organigramme de département de géologie au sein du Groupe OCP ........... 14

Figure 3 : Travaux de la section géologie. ................................................................... 16

**Chapitre II : Le bassin d'Oued Eddahab- Gisement de Boucraa**

Figure 4 : Zones de reconnaissances géologiques de six compagnes. ........................... 23

Figure 5 : Situation géographique du bassin d'Oued EDDAHAB ................................ 24

Figure 6 : Situation géographique du gisement de Boucraâ. ......................................... 27

Figure 7 : Plan de situation de la mine de Boucraâ. ..................................................... 27

Figure 8 : La coupe type du gisement de Boucraâ. ...................................................... 28

Figure 9 : Qualité de phosphate par zone ..................................................................... 29

Figure 10 : coupe type des trois zones de Boucraâ ...................................................... 30

Figure 11 : Coupe lithologique type illustrant les subdivisions de la couche 1. ........... 33

Figure 12 : Stades opératoires de la chaine d'extraction. ............................................. 34

Figure 13 : résumé de la méthode d'extraction. ............................................................ 36

Figure 14 : Traitement du minerai .............................................................................. 37

Figure 15 : Mise à terril principale de Boucraâ. ......................................................... 38




Figure 16 : Schéma résumant la méthode de traitement granulométrique du minerai....................... 39

**Chapitre III : Etude géologique suite à la reprise de l'exploitation, dans la mine B zone Dragline**

Figure 17 : Situation générale de la Mine B.................................................................................. 43

Figure 18 : Situation précise de la Mine B..................................................................................... 44

Figure 19 : Découpage de la mine B zone dragline. ...................................................................... 47

Figure 20 : Zones étudiées à la Mine B (tranchées 26 et 27). ....................................................... 49

Figure 21 : Coupe lithologique des deux tranchées 26 et 27 après pré-décapage.......................... 50

Figure 22 : Coupe lithologique des deux tranchées 26 et 27 avant pré-décapage. ........................ 51

Figure 23 : Carte des iso-recouvrements de la zone étudiée . ........................................................ 53

Figure 24 : Carte des iso-puissances de la zone étudiée. ............................................................... 55

Figure 25 : Carte des iso- teneurs en BPL/L de la zone étudiée. ................................................... 57

Figure 26 : L'état des sorties en Mine B zone Dragline................................................................. 59

Figure 27 : La chaîne cinématique de l'extraction de la C1 selon le mode pré-décapage. ............. 62

Figure 28 : Classement de déplacement d'exploitation prévu à la mine B. .................................... 63

**Chapitre IV : Prospection de la mine -G- Zone bulls**

Figure 29 : Situation de la mine G zone Bulls. .............................................................................. 66

Figure 30 : Zone étudiée (Prospectée) à la mine G zone Bulls....................................................... 67

Figure 31 : Découpage de la zone étudiée à la mine G zone Bulls. ............................................... 70

Figure 32 : la prospection. ........................................................................................................... 72

Figure 33 : Mode de prélèvement des Cutting. ............................................................................. 75

Figure 34 : Les sondages effectués à la mine G zone Bulls............................................................ 77

Figure 35 : La zone à exploitée dans la mine G zone Bulls. .......................................................... 80

## Liste des photos :

**Chapitre I : Généralité sur le Groupe Office Chérifien des Phosphates**

Photo 1 : Phosphates ................................................................................................................... 16

**Chapitre II : Le bassin d'Oued Eddahab- Gisement de Boucraa**

**Chapitre III : Etude géologique suite à la reprise de l'exploitation, dans la mine B zone Dragline**

Photo 2 : La zone levée. ............................................................................................................... 47

Photo 3 : Les ravinements. ........................................................................................................... 48

**Chapitre IV : Prospection de la mine -G- Zone bulls**

Photo 4 : Sondeuse de type PIT-VIPER ....................................................................................... 71



Photo 5 : Foration. ................................................................................................................ 74

## Liste des tableaux

**Chapitre I : Généralité sur le Groupe Office Chérifien  des Phosphates**

Tableau 1 : Sections du bureau des plans.................................................................... 15

Tableau 2 : Degré d'induration. .................................................................................. 18

**Chapitre II : Le bassin d'Oued Eddahab- Gisement de Boucraa**

**Chapitre III : Etude géologique suite à la reprise de l'exploitation, dans la mine B zone Dragline**

Tableau 3 : Evaluation des réserves de la zone étudiée (mine B). ................................. 58

Tableau 4 : Les couts de pré-décapage.......................................................................... 62

Tableau 5: Les teneurs pondérés des qualités prévisionnelles de la mine B................... 63

Tableau 6: Les distances moyennes pour l'évacuation du minerai de la mine B............. 63

**Chapitre IV : Prospection  de la mine -G- Zone  bulls**

Tableau 7 : Durée de la prospection.............................................................................. 73

Tableau 8 : L'état de la sondeuse au cours de la prospection. ....................................... 73

Tableau 9 : Les paramètres statistiques des résultats des sondages de la mine G zone Bulls. ....... 78

Tableau 11 : Les coordonnées des points limites de la zone contenue  phosphates meuble (zone à exploitée)................................................................................................................. 79

## Liste des abréviations

| Abrégés | Significations |
|---------|----------------|
| OCP | Office Chérifien des Phosphates |
| IDB/EL/G | Industrie Direction Boucraa/Exploitation Laayoune/Géologie |
| C1 | Couche 1 |
| C2 | Couche 2 |
| Cd | Cadmium |
| SiO2 | Silice |
| Tsm | Tonnage sec et marchand |
| TNB | Tremie Nord Boucraa |
| TSB | Tremie Sud Boucraa |
| BPL | Bone Phosphate of Lime |
| BPL/B | BPL sur Brut |
| BPL/L | BPL sur Lavé |
| VKU | Volume au Kilométre Unitaire |
| TKU | Tonne au Kilométre Unitaire |
| CM | Coupe Miniére |



# INTRODUCTION

Le gisement de Boucraâ présente deux niveaux phosphatés: un niveau principal, appelé couche 1, et un niveau secondaire, appelé couche 2. Ce gisement est scindé en deux faciès : faciès meuble et faciès de bordure, définis en fonction du degré d'induration, des teneurs en BPL et la puissance de la couche.

La prospection a été faite à la maille 500 x 500 pour le BPL et 1000 x 1000 pour les autres éléments. Ce qui est insuffisant pour une meilleure caractérisation et délimitation de ces deux faciès.

La mine de Boucraâ s'intéresse à l'exploitation de la couche 1 qui présente une qualité de phosphate répondant aux exigences des clients. En effet l'exploitation a commencé par la zone centrale (Mines A, B et C). A l'épuisement de ces mines, l'évolution de l'exploitation s'est fait vers le Nord (Mines D, E et F), car la zone Sud (Mines G, I et H) présente des teneurs en Cadmium et en Silice relativement élevées.

Vu la demande des clients et les problèmes de haut recouvrement de la couche 1 il est nécessaire de passer à l'exploitation de la couche 2. Pour se faire la direction recherche et développement a réalisé des essais de flottation qui ont donné une teneur moyenne de 73,37% en BPL, avec un produit brut dosé de 54,18% en BPL.

Dans le cadre de la préparation du programme d'exploitation 2012 et le déplacement de la dragline 1370 W2 vers le sud, mon projet a pour objet :

- ✓ Elaboration de la coupe lithologique des deux dernières tranchées 26 et 27 à la mine B zone dragline.
- ✓ Interpolation de la coupe lithologique et les puits de prospection dans les zones non exploitées.
- ✓ Elaboration des cartes des iso-valeurs de la mine B.
- ✓ Evaluations des réserves.
- ✓ Choix des sorties de la mine B qui permettre l'évacuation du minerai en minimisant la distance de roulage.
- ✓ Evaluation des aménagements et le cout nécessaire pour la reprise de l'exploitation à la mine B.
- ✓ Etablissement des qualités prévisionnelles selon les séquences d'exploitation de l'année 2012.
- ✓ Suivi de la prospection en mine G zone bulls à l'aide de la sondeuse PV 275.ùm

# Chapitre I

## Généralité sur le Groupe Office Chérifien des Phosphates

## I- Introduction :

Le groupe office chérifien du phosphate (OCP) est une entreprise dotée d'une structure lui permettant d'agir avec le dynamisme et l'efficacité des grandes entreprises privées internationales.

La croissance des activités de l'office et l'importance de ces projets a abouti à l'édification d'une structure de groupe qui permet la complémentarité entre les différentes entités au sein d'un même ensemble.

La mission du groupe (OCP) est d'extraire le phosphate, de traiter, de volariser et de le commercialiser sous forme naturelle ou produit dérivé tel que les acides phosphoriques les engrais.

Le groupe est un opérateur international dans le domaine de l'industrie du phosphate et des produits dérivés. Il joue un rôle très important dans le développement économique et social du Maroc. Il livre aux cinq continents de la planète, ses exportations représentent 25 à 30 % du commerce international des phosphates et de ses dérivés.

Il comprend :

Trois centres d'exploitation (Khouribga ;Guantour ;et Boucraa).

Deux centres de transformation chimique (Safi et Jorf Lasfar).

Quatre ports d'embarquement (Casablanca, Safi, Jorf Lasfar et Laayoune)

Le phosphate brut extrait du sous-sol marocain est exporté aux industries chimiques du groupe à Safi ou à Jorf Lasfar pour être transformer en produits dérivés commercialisables, acide phosphorique, acide phosphorique purifié et des engrais solides.

Ainsi institué, le groupe (OCP) se compose, en plus de l'office, d'un ensemble de filiales qui œuvrent pour permettre à la disposition de l'office les moyens nécessaires permettant la satisfaction de ses besoins :

(SOTREG, SMESI, IPSI, STAR, CERPHOS, IMSA, …………….).

Ce qui donne au pays la position dans le marché mondiale : le $1^{ér}$ exportateur de phosphate sous toutes ses formes, $1^{ér}$ exportateur d'acide phosphorique et $3^{éme}$ producteur mondial.

## II- Quelques détails techniques :

- Raison social : groupe office chérifien des phosphates (OCP)
- Forme juridique : établissement semi-publique
- Date de création de l'OCP : le 7 août 1920
- Date de création de groupe : 1975
- Location de siège : angle route d'el Jadida et Bd de la grande ceinture CASA

 
- Conseil d'administration : le premier ministre
- Correspondant à l'étranger : bureau OCP-Paris
- Activités principales : Extraction, Traitement, Valorisation, transformation et Commercialisation  des phosphates
- Sites d'exploitation minière : Khouribga, Guantour et Boucraa.
- Sites de traitement minier : khouribga, Layoune et Youssoufia.
- Sites valorisation chimique : Safi et Jorf Lasfar
- Port d'embarquement : Casablanca, Safi, Jorf Lasfar et laayoune
- Effectif en personnel (2004) : 19551 agents dont 850 ingénieurs et assimilés
- Chiffres d'affaires (2004) : près de 19.3 milliards DH

## III- Historique :

Le phosphate constitue au Maroc la ressource minière la plus abondante, il a été créé en 1920 sous forme d'office chérifien du phosphate et à partir de 1975 il est devenu groupe office chérifien du phosphate.

- ❖ 1920 : début de l'extraction du phosphate à Boujniba dans la zone de Khouribga (1ér Mars 1921). Première exportation de phosphate (23 Juillet 1921)

- ❖ 1930 : ouverture d'un nouveau centre de production de phosphate : le centre de Youssoufia connu alors sous le nom de Louis-Gentil (1931).

- ❖ 1950 : mise en œuvre de la méthode d'extraction en découverte à khouribga (1958), en renforcement des efforts menés, depuis des décennies sur ce plan ; puis création par la suite d'autre unités de formation/ perfectionnement : école de maîtrise de Boujniba (1965)

- ❖ 1960 : Développement de la mécanisation du souterrain à Youssoufia

- ❖ Démarrage au Maroc chimie à Safi, pour la fabrication des dérivés phosphatés : acide phosphorique et engrais (1965).

- ❖ 1970 : Création du groupe OCP. Structure organisationnelle intégrant l'OCP et ses entreprises filiales (1975), intégration d'un nouveau centre minier en découverte le centre de phosboucraa (1976). Démarrage de nouvelles unités de valorisation à Safi : Maroc chimie II et Maroc phosphore I (1976) puis Maroc phosphore II en 1981. Ouverture d'un troisième centre de production en découverte le centre de Ben-guerir (1979).

❖ 1980 : Partenariat industriel en Belgique : Prayon (1981), démarrage d'un nouveau site de valorisation de phosphate : le site de Jorf Lassfar, avec Maroc phosphore III-IV (1986).

❖ 1990 : Exploration nouveaux projet de partenariats industriels et de renforcement de capacités. Accélération du programme social de session de logement au personnel (1993).

 Partenariats industriels avec grande paroisse (1997), usine EMAPHOS pour l'acide phosphorique purifié (Maroc/Belgique/Allemagne) en 1998, usine IMACID pour acide phosphorique (Maroc/Inde) en 1999.

❖ 2000 : démarrage unité de flottation de phosphate à Khouribga.

❖ 2004 : démarrage unité de flottation de phosphate à Youssoufia



*Figure 1 : Principaux gisements des Phosphates Marocains.*

## IV-Section de la géologie :

Le travail de Département de la géologie au sein de l'office chérifien en général se base sur l'élaboration des cartes et des rapports sur des gisements pour l'exploitation au futur.

Toutes étapes se font en collaboration avec les géomètres pour le maillage de foration et sondages et aussi avec les géologues prospecteurs pour échantillonner les facies à analyser et dessiner la coupe lithologique de la mine.

Afin de bien étudier et collecter toutes informations sur le gisement il faut les distribuer aux services et section pour étudier le projet d'exploitation.



*Figure 2 : Organigramme de département de géologie au sein du Groupe OCP*

### Bureau des plans : IDB/EL/G

Ce Service de recherches se compose des sections complémentaires entre eux pour le déroulement des travaux des recherches et suivi de chantier :

14

| Section | Terrain | Bureau |
|---|---|---|
| Topographie | • Création points X, Y, Z.<br>• Levé en plan coté du toit et du mur.<br>• Détermination de tranchée, maille.<br>• Levé des tranchées par rayonnement<br>• Suivi d'état de chantier<br>• Implantation des karkours de foration.<br>• Implantation rails pour dragline et bulls (alignement)<br>• Levé des stocks.<br>• Travaux divers (profils en long, profils en travers, levé de détaille, levé de pistes…etc.) | • Calcul des points X, Y, Z.<br>• Calcul de dénivelés et cotes<br>• Report sur plan à l'échelle 1/1000 et traçage de profils en travers.<br>• Montage des profils en travers à grande échelle 1/500.<br>• Calculs des surfaces et volumes.<br>• Contrôle des calculs (graphique, planimétrage, les puissances et celles du parement)<br>• Calcul de la cubature des stocks. |
| Géologie<br><br>et Prospection | • Prospection<br>• Sondages.<br>• Puits de prospection.<br>• Coupes lithologiques.<br>• Echantillonnage. | • Cartes d'iso valeurs (isopache, isorecovrement)<br>• Rapports. |
| | • Suivi de Qualité : coupe lithologique, échantillonnage.<br>• Suivi de récupération et pertes<br>Projet d'exploitation et de puisement. | • Listing<br>• Saisie des données<br>• Suivi d'allure du stock |
| Dessin | • Etat de chantier hebdomadaire.<br>• Plans des mines à l'échelle 1/1000, 1/5000, 1/10000, 1/20000, 1/25000.<br>• Coupe lithologique de la trachée.<br>• Dessin des travaux divers (constructions…). | |
| Secrétariat | • Pointage<br>• Ecriture et envoi des demandes du besoin.<br>• Attachements.<br>• Ordre de mission. | |

*Tableau 1 : Sections du bureau des plans*

**Taches réalisés par le Géomètre :**

a. Limiter l'exploitation.

b. Implanter Box-Cute et sorties de la mine.

c. Implantation des Karkours de Foration suivant une maille

d. Lever des limites de foration et Report sur plan

e. Levés de sautage et report sur plan.

f. Implantations des rails de dragline.

g. Levés de décapage.

15



h. Montage de profile en long et en travers pour calculer le volume décapé.

i. Levés de Défruitage et report sur plan 1/1000.

j. Montage de profils 1/500.

k. Calcul de volume défruité.

l. Préparation des rapports mensuels de fin de mois.

**Taches réalisées par Le prospecteur :**

Le Prospecteur a deux types des travaux intra-division et autres extra-division tel que le suivi de la qualité est le but de la section de prospection :

a. Intra-division : sont les travaux d'échantillonnage, suivi de travaux d'aménagement, défruitage et après criblage. Ils sont tous en collaboration avec les géomètres et dessinateur et le surveillant de chantier et sécurité.

b. Extra-division : sont les travaux en contact avec la division de traitement (Laâyoune-Plage) :



*Figure 3 : Travaux de la section géologie.*

## V-Géologie des phosphates :

### 1-Définition :

Le phosphate est un produit sableux, provenant de la décomposition des os de poisson et d'autres sédiments au fond des mers. Il est la matière principale de l'extraction du phosphore, de la fabrication de l'acide phosphorique et surtout les engrais.



*Photo 1 : Phosphates*

16



## 2-Origine :

Deux théories se sont longtemps affrontées pour expliquer la source du phosphore nécessaire à la formation des minéreaux phosphatés :

- La première théorie trouve l'origine du phosphore dans le continent, il s'agit de la théorie abiolotique.
- Tandis que d'autres défendent la théorie biolitique d'où le phosphore provient des os des poissons dégradés dans le fond marin et surmontés par les upwellings jusqu'au bassin de dépôt.

## 3-Age géologique :

Les phosphates du Maroc, qui sont les plus importants ont été déposés sur une très longue période allant de la fin du Crétacé (étage du Maastrichtien, environ 80 Millions d'années), jusqu'au début de l'Eocène (étage du Lutétien inférieur 40 Millions d'années)

## 4-Définitions et Terminologie :

### ➢ Faciès meuble :

Par définition, le faciès meuble de la couche 1 est celui qui obéit aux trois conditions concernant le degré d'induration du phosphate, la puissance totale géologique de la couche phosphatée ainsi que sa teneur en BPL sur brut. Ce faciès correspond à un phosphate dont le degré d'induration est compris entre 0 et 4, sa teneur en BPL sur brut est supérieure à 65% BPL et sa puissance totale de phosphate est supérieure à 1,00 m.

### ➢ Faciès de bordure :

Le faciès de bordure, au contraire de faciès meuble, est défini par un phosphate dont le degré d'induration est de 5 à 10, sa teneur en BPL sur brut est inférieure ou égale à 75 % BPL et une puissance de phosphate inférieure à 1m.

### ➢ Degré d'induration :

Le degré d'induration est un critère qui renseigne sur le degré de libération des grains de phosphate ou plutôt de sédiment. Le phosphate présente plusieurs aspects d'induration ou de compaction, donc les termes de description courants, comme phosphate compact ou consolidé, sont employés pour la caractérisation de faciès phosphaté. Mais ces termes indiquent une large gamme de variation d'un géologue à l'autre, donc il est indispensable d'introduire des termes plus précis. Le degré d'induration permet de décrire le faciès de phosphate en se basant sur des descriptions des liaisons des grains et des tests sur le phosphate en place.

17



| Minerai | DEFINITIONS DES GROUPE D'INDURATION | Description et Tests Degré d'induration | Description des liaisons entre grains | Tests à vérifier |
|---|---|---|---|---|
| Meuble | Groupe I La rainure verticale est difficile à maintenir à cause des éboulements | | Grains complétement libres | Eboulement de la roche sous simple effet de la pesanteur |
| | | | Grains légèrement liés | Simple grattage au doigt libère complètement les grains |
| | Groupe II La rainure garde une forme régulière et homogène | | Grains liés par simple compaction ou par la présence d'un liant | Possibilité de remplir le sac d'échantillonnage à la main |
| | | | Grains liés par ciment très diffus non perceptible | • Impossible de remplir le sac d'échantillonnage à la main. • Roche se débite en mottes qui séffritent ± difficilement à la main |
| | | | Grains liés par simple ciment non encore perceptible (texture jointive) | Roche se débite en blocs qui s'éffritent par simple petits coups de marteau |
| Consolidé | Groupe III le minerai se débite en blocs qui ne s'éffritent pas mais se cassent en petits blocs | | Grains cimentés par ciment perceptible (= début de texture flottante) | • Roche se débite en blocs qui ne s'éffritent pas mais se cassent en petits blocs |
| | | | Grains bien cimentés, le ciment est bien perceptible | • Eclats se brisent +- difficilementn Eclats ne se brisent à la main qu'au niveau de leur partie fine |
| | | | Grains silicifiés entre eux | Eclats tranchants, ne se brisent pas à la main |
| Silicifié | Groupe IV La rainure garde une forme régulière et homogène | | Phosphate très silicifié | • Les coups de marteau ne permettent de détacher que des éclats |
| | | | Silex phosphaté clair | |
| | | | SiLEX phosphaté sombre | • La roche ne se débite pas se brise |

*Tableau 2 : Degré d'induration.*

> **Puissances de la couche 1 :**

La puissance totale géologique de la couche1 correspond à la puissance cumulée de toutes les puissances composant la couche, cette puissance comporte les niveaux meubles, consolidés ou silicifiés et les intercalaires existants au sein de la couche. Elle s'agit de la puissance entre le mur et le toit de la couche considérée. Cette puissance est indépendante de la lithologie et le degré d'induration des niveaux de la couche.

La puissance totale minière égale à la puissance totale géologique moins les niveaux silicifiés et/ou consolidés vers le mur et le toit de la couche.

La puissance de phosphate correspond à l'ensemble des niveaux de phosphate meuble c.à.d dont le degré d'induration est inférieur ou égale à 4.

18



La puissance de phosphate échantillonnée est la puissance totale géologique diminuée des niveaux silicifiés (degré d'induration supérieur ou égale à 8).

➢ **Teneur en BPL :**

Correspond au pourcentage de Ca3 (PO4)2 avec l'équivalence : P2O5= 2,185 BPL.

➢ **Caractéristiques physiques de la couche principale** :

-Densité moyenne «in situ»:1.67.

-Densité du phosphate libre:1.46.

-Coefficient foisonnement:1.16.

-Puissance moyenne: 4 m.

En se basant sur les teneurs en BPL sur brut, les puissances de phosphate et le degré d'induration, on peut délimiter le faciès meuble et celui de bordure.

**\* Faciès meuble**

Le faciès meuble est défini par un degré d'induration de 0 à 4 et une teneur sur brut supérieure ou égale à 75%BPL.

La couche peut être :

- Meuble à forte puissance.

- Entièrement meuble mais à puissance réduite (inférieure ou égale à 1m).

- Meuble à niveaux consolidés, argileux ou silicifié.

**\* Faciès de bordure**

Il est défini par son degré d'induration de 5 à 10 et sa faible teneur sur brut inférieure ou égale à 75 % BPL

La couche peut être :

-Meuble gypsifiée, à niveaux consolidés ou à niveaux silicifiés

-D'une puissance réduite (inférieure à 1m)

-Consolidée avec ou sans niveaux silicifiés.

-Silicifiée à niveaux consolidés

19

# Chapitre II

# Le bassin d'Oued Eddahab- Gisement de Boucraa



## I- Introduction :

Découvert en 1917, le phosphate marocain qui s'est révélés d'une exceptionnelle richesse tant par la teneur de leur minerai que par l'énormité de leurs réserves, forment la série sédimentaire la plus précieuse qui existe au Maroc.

Les gisements phosphatés du Maroc représentent plus de 75% des réserves mondiales. Ces gisements se répartissent dans les bassins sédimentaires de Oulad Abdoun, Guantour,  meskala et Oued Eddahab..

Le bassin  phosphaté d'Oued Eddahab est reconnu par des campagnes géologiques réalisées entre 1962 et 1965, et d'autres reconnaissances en 1988, il est formé par une série phosphatée de deux couches principales avec des intercalaires surmontées par des terrains de recouvrement (stériles).

Ce bassin contient plusieurs zones phosphatées dont le gisement de Boucraâ est le plus important de point de vue  quantité et qualité.

L'extraction de phosphate à Boucraâ, gérée par le Pôle Mine Phosboucraâ (IDB), se fait à ciel ouvert.

La meilleure exploitation est assurée par la planification des tranchées dont la prospection est l'importante phase conduisant à un découpage bien déterminé  de la mine.

## II- Historique :

Le bassin phosphaté d'Oued Eddahab fait partie des quatre bassins phosphatés du Maroc. Il s'étale du Sud Est de Laâyoune jusqu'au Nord de la ville de Dakhla sur une longueur de 650 Km et une largeur de 20 Km environ. Sa reconnaissance a été effectuée en six campagnes géologiques réalisées entre 1962 et 1965. D'autres campagnes de reconnaissance ont été réalisées à partir de 1988 pour une meilleure caractérisation du gisement :

### 1- Première campagne :

Cette campagne a concerné la zone d'Izic, comprise entre Oued Saguia El Hamra, Oued Itgui et l'Oued Al khatt. La coupe lithologique réalisée à partir des sondages effectués, montre l'existence de six niveaux phosphatés Niveau I, Niveau II, Niveau II-A, Niveau II-B, Niveau III et Niveau IV.

21



**2- Deuxième campagne :**

Elle concerne les régions d'Oued Imesleguen et Oued Boucraâ. Elle a permis la découverte du gisement de Boucraâ. Ce gisement est constitué de deux couches de phosphate qui sont de haut en bas. : La couche principale (couche 1) exploitée et la couche secondaire (couche 2) non exploitée pour le moment.

**3- Troisième campagne :**

Elle porte sur deux zones :

    -La première au Sud de Boucraâ

    -La deuxième au Sud de Dakhla

    Cette campagne a montré une minéralisation de ces deux zones.

**4- Quatrième campagne :**

Elle comprend deux parties également :

    - La première s'étend de Lehdab situé au Sud de Boucraâ jusqu'aux environs de Bir Anzarane.

    - La deuxième se trouvant aux alentours de Laâyoune ne montre pas d'indices phosphatés.

**5- Cinquième campagne :**

Elle  porte sur la région d'Amuisirat. Cette localité constitue une réserve phosphatée considérable, moins concentrée  que dans les secteurs voisins, en particulier Boucraâ.

**6- Sixième campagne :**

Elle s'étend à l'extrême Sud du pays jusqu'à Laguira.

Le gisement de Boucraâ, le plus important du bassin précité, fut découvert en Mars 1963 lors de la deuxième et la troisième compagne de recherche géologique.

L'activité en découverte à Boucraâ, a commencé en 1972 avec l'acquisition de la première dragline 1370 W1.

En 1973, une autre dragline 1370 W2 de même type que la première a été mise en service.

Cette activité fut arrêtée en Avril 1976 suite à la récupération des Provinces Sahariennes Marocaines. En Septembre 1982 l'activité a repris dans la mine de Boucraâ.

Le gisement de phosphate du bassin de Laâyoune se trouve à 50 km au Sud-Est de la ville. Les différentes zones constituants ce gisement sont:

- Itgui-  Boucraâ – Izic - Meseta d'izic - Laabadilla  - Amuisirat - Imesleguen



*Figure 4 : Zones de reconnaissances géologiques de six compagnes.*

## III- Cadre géographique du bassin d'Oued EDDAHAB :

Le bassin d'Oued Eddahab (anciennement appelé bassin de Laâyoune) est situé dans le Sahara marocain, il fait partie du grand bassin Crétacé limité au Nord par le pôle d'Ifni et à l'Est par le Paléozoïque de la « dorsale Reguibat ». Il s'étend du Nord-Est au Sud-Ouest jusqu'aux environs de Nouadhibou.

Il se subdivise en 4 principaux secteurs:

➢ Le secteur d'Izic

Ce secteur a été le premier reconnu. Il est situé à quelques 50 Km au Sud-Est de Laâyoune et s'étend de la Seguia El Hamra jusqu'à l'Ouest de l'Oued Itgui.

➢ Le secteur de Laabadila

Ce secteur est situé à 15 Km plus à l'Est de la zone d'Izic, il est approximativement rectangulaire et orienté Est-Ouest avec une longueur de 20 Km et une largeur de 3 à 4 Km.

➢ Le secteur d'Imesleguen

Le secteur d'Imesleguen est situé à 40 Km à l'Est du Centre du secteur d'Izic.

➢  Le secteur de Boucraâ

Ce secteur est le plus important tant par son extension que par la puissance et la richesse des couches phosphatées.

Il couvre depuis la région d'Imesleguen au Nord jusqu'à celle d'Ougranat au Sud une zone de 5 à 10 Km de large sur 80 Km de long. Cependant, le gisement exploitable est moins étendu.



*Figure 5 : Situation géographique du bassin d'Oued EDDAHAB*

## IV-Cadre géologique du bassin d'Oued EDDAHAB :

Le bassin d'Oued Eddahab appartient à l'ensemble des bassins mésozoïques et tertiaires qui constituent la bordure atlantique du Nord de l'Afrique.

La série phosphatée d'Oued Eddahab s'étend du Maastrichtien au Lutétien.

- **Crétacé supérieur :**

Le Crétacé supérieur est daté par une microfaune caractéristique dans toute la partie Nord du bassin.

Le Crétacé supérieur comprend les couches 3, 2 et le niveau 2/1.

- **Paléocène inférieur :**

Le Paléocène inférieur  est l'étage le plus phosphaté. Il comprend la couche 1 et ses sous entités.

- **Paléocène supérieur :**

24



Le Paléocène supérieur est caractérisé par sa microfaune riche en Frondicularia phosphatica. Il est pratiquement stérile.

- **Série supérieure :**

L'épisode phosphaté du Paléocène se termine par une série entièrement siliceuse sans aucune trace de phosphate.

La série sédimentaire de ce bassin est constituée d'un ensemble de niveaux sédimentaires composant la série phosphatée et un autre formant ainsi son recouvrement. La lithostratigraphie de ce bassin.

### 1-Les couches de Recouvrement :

Selon la coupe lithologique type on distingue du haut en bas :

➢ Les alluvions du quaternaire formé essentiellement par des sables libres d'épaisseur de quelques millimètres.

➢ Dalle Hamada formé de brèches d'éléments siliceux liés par un ciment calcaire.

➢ Un complexe silico-argileux blanc formé par des silexites, argiles silicifiés , argiles plastique, gypse et de silice poreuse blanche.

➢ Un niveau très dur formé de silexites phosphaté d'épaisseur d'environ 20 centimètres.

➢ Un complexe silico-argileux foncé, formé par une interstratification de niveau de silexites, d'argile plastique et de silice poreuse blanche.

➢ Un niveau phosphaté semi-endurci connu sous niveau à frondiculria d'environ 10 centimètres.

➢ Un ensemble brêchique très blanc formé par une interstratification mal définie d'éléments siliceux, de silexites, d'argile plastique et de silice poreuse blanche.

➢ Un niveau de silexite phosphaté semi endurci de 15 centimètres d'épaisseur.

➢ Un niveau des marnes et d'argiles, constitué généralement des marnes argileux, des argiles plastiques avec une interstratification de silice dans la partie centrale, en dessous on trouve un niveau de phosphate grossier d'épaisseur d'environ 10 centimètres.

➢ Un complexe formé du silex et silexites avec des rognos de silex qui indique toujours le toit de la couche I phosphatée.( niveau repère de la couche 1).

### 2- La série phosphatée :

Elle est constituée de deux niveaux phosphatés séparés par un intercalaire de silex.

- **La couche principale I :**

25



Elle est quasi horizontale. En général la disposition est régulière quoiqu'elle présente, parfois, des ondulations localisées. Le phosphate est propre, libre et ne présente aucun problème au défruitage sauf dans quelques zones à dérangement local.

Cette couche présente aussi un granoclassement positif et négatif expliquant les conditions transgressives et regressive de leur dépôt.

Une caractéristique très importante du minerai de Boucraâ et qui a une grande influence sur la méthode d'exploitation est la distribution de teneur du phosphate ; cette teneur augmente avec le recouvrement jusqu'à un maximum rencontré généralement entre les courbes d'iso recouvrement 25 et 35 mètres.==

- **Les intercalaires :**

C'est un niveau hétérogène de silex avec intercalaires d'argile plastique.

- **Couche II non exploitée :**

Formée par un phosphate fin de deux mètres de puissance environ, non encore exploitable du faite qu'elle est moins riche en BPL est très élevée en silice par rapport à la couche I.

## V- Gisement de Boucraâ *:*

### 1- Situation Géographique:

Le gisement de Boucraâ, le plus important de point de vue quantité et qualité, se situe au sein du bassin de Laâyoune à 110 km de cette ville. Il est limité par :

-Saguia el Hamra au Nord

-Les prolongements de la plaine de Tiguelelat à l'Est

-Lehdeb au Sud

-Oued el Khatt sur les prolongements de la Meseta d'Izic à l'Ouest.

Le gisement de Boucraâ est subdivisé en trois zones

- **La zone centrale,** constituée de trois mines : A, B et C. Dans cette zone, le phosphate au-dessous des recouvrements inférieurs à 30 m est totalement récupéré vers l'année 2001.

- **la zone Nord**, constituée elle aussi de trois mines qui sont D, E et F, cette dernière ne pourra être exploitée par le fait que son phosphate est totalement faciès de bordure, les mines D et E sont actuellement en cours d'exploitation.

- **La zone Sud**, constituée de quatre mines, du Nord au Sud on trouve la mine G, H, I et J. Ces mines seront la relève de la zone Nord qui sera épuisée vers l'année 2024.





*Figure 6 : Situation géographique du gisement de Boucraâ.*



*Figure 7 : Plan de situation de la mine de Boucraâ.*

## 2- Cadre géologique :

### 2-1- Coupe type de gisement de Boucraâ :

La coupe lithologique type du gisement de Boucraâ est constitué essentiellement de six formations géologiques au-dessus de la couche 1 principale et un intercalaire séparant la couche 1 de la couche 2.

| Prof. en m | Niveau repère | Age | Coupe lithologique | % BPL | $P_2O_5$ | Description lithologique |
|---|---|---|---|---|---|---|
| 0 | | PALEOCENE SUPERIEUR | | | | Sables |
| 2 | HAMADA | | | | | Brèche d'éléments siliceux et à ciment calcaire |
| 4 | | | | | | |
| 6 | COMPLEXE SILICO-ARGILEUX BLANC | | | | | Silexite argile silicifié, argile plastique gypse, silices poreuse blanche |
| 8 | | | | | | |
| 10 | | | | | | Phosphate endurci et silexite phosphaté |
| 12 | ENSEMBLE SILICO-ARGILEUX FONCE | | | | | Inter stratification de niveau de silexite, argile plastique et silice poreuse blanche |
| 14 | | | | | | |
| 16 | | PALEOCENE MOYEN INFERIEUR | | | | Niveau de phosphate semi endurci à fronducularia |
| 18 | ENSEMBLE BRECHIQUE TRES BLANC | | | | | Inter stratification mal définie d'élément siliceux de silexite, d'argile plastique et silice poreuse blanche |
| 20 | | | | | | |
| 22 | | | | | | Niveau de phosphate semi endurci à fronducularia |
| 24 | NIVEAU DES MARNES ET DES ARGILES | | | | | Marne argileuse argile plastique inter stratification de silice dans la partie centrale |
| 26 | | | | | | |
| 28 | COMPLEXE ONDULE A ROGNONS DE SILEX | | | | | Silex et silexite avec des rognons de silex |
| | | | | | | Toit d'argile plastique et silexite |
| 30 | COUCHE 1 PRINCIPALE | | | 75.73 | 34.66 | Couche 1 de phosphate avec endurcissement vers la partie inférieure et un niveau de tibia vers la partie supérieure |
| 32 | | | | | | |
| 34 | BANCS DE SILEX INTER C 1/C2 | | | | | Intercalaire C1/C2 formé par des bancs de silex et intercalaires de silexite et d'argile plastique |
| 36 | COUCHE 2 | | | 66.69 | 30.52 | Couche 2 de phosphate |
| 38 | | | | | | Silex et silexite avec abondance d'argile plastique et marneuse |
| | SILEX A LA BASE | | | | | |
| 42 | NIVEAU DES SABLES | | | | | Sable phosphate et des argiles sableuses |

*Figure 8 : La coupe type du gisement de Boucraâ.*

28

## 2-2- Aperçu sur les phosphates de Boucraâ :

On général on distingue les types de phosphates par la teneur des différentes constituants de ce phosphate. Chaque zone de gisement de Boucraâ se caractérise par sa propre teneur en BPL, $SiO_2$, $Al_2O_3$, $Fe_2O_3$ et Cd comme le montre la figure ci-dessous :

La couche minéralisée contient en plus de phosphate des grains stériles qui sont soit :

- Des endogangues : noyau autour duquel s'est formé le minerai
- Des exogangues : grains stérile en mélange avec le minerai

Mais après l'exploitation on a toujours une teneur inferieure à la teneur in-situ suite au salissement. Donc l'exploitation doit veiller à ce que la teneur soit préservée.

Connaissant les teneurs des différents éléments constituant la couche minéralisée on doit prendre en considération le taux de découverture (le ratio), c'est le rapport entre le volume de stérile à enlever et le volume de minerais situé en dessous.

Si    H = hauteur de recouvrement

h = hauteur du faisceau phosphaté

Le ratio :    d = H/h

Ce ratio est variable en fonction des zones de Boucraâ et aussi à l'intérieure de chaque zone :



*Figure 9 : Qualité de phosphate par zone*



*Figure 10 : coupe type des trois zones de Boucraâ*

### 2-3- Description lithologique de la série phosphatée de Boucraâ :

La série phosphatée de Boucraâ est localisée dans le Crétacé Supérieur (Maestrichtien) fin de l'ère secondaire et l'Eocène Inférieur (début de l'ère Tertiaire). Cette série est constituée par deux principaux niveaux phosphatés: couche I et couche II séparées par un intercalaire formé de silex, de trois mètres environ de hauteur.

### a- Recouvrement :

Selon la coupe lithologique type on distingue du haut en bas :

-Les alluvions du quaternaire formés essentiellement par des sables libres d'épaisseur de quelques millimètres.

-Dalle Hamada formée de brèches d'éléments siliceux liés par un ciment calcaire.

-Un complexe silico–argileux blanc formé par des silexites, argiles silicifiées, argiles plastiques, gypse et de silice poreuse blanche.

30



-Un niveau très dur formé de silexite phosphatée d'épaisseur d'environ 20 centimètres.

-Un complexe silico-argileux foncé, formé par une interstratification de niveau de silexites, d'argile plastique et de silice poreuse blanche.

- Un niveau phosphaté semi-endurci connu sous niveau à frondiculria d'environ 10 centimètres.

-Un ensemble béchique très blanc formé par une interstratification mal définie d'éléments siliceux, de silexites, d'argile plastique et de silice poreuse blanche.

-Un niveau de silexites phosphaté semi endurci de 15 centimètres d'épaisseur.

-Un niveau des marnes et des argiles, constitué généralement par des marnes argileux, des argiles plastiques avec une interstratification de silice dans la partie centrale.

-Un complexe formé du silex et silexites avec des rognons de silex qui indiquent toujours le toit de la couche phosphatée (niveau repère). La base de ce niveau est caractérisée par des argiles plastiques.

-Couche principale du phosphate à débris organiques.

### Caractéristiques physiques du recouvrement :

-Densité en place : 1.9.

-Densité du matériau libre : 1.5.

-Coefficient de foisonnement : 1.25.

-Talus naturel:72gd.

-Angle de repos du stérile: 40g

### b- Série phosphatée :

Elle est constituée de deux niveaux phosphatés séparés par un intercalaire de silex.

### -Couche principale :

Elle est quasi horizontale ; sa disposition est en général régulière quoiqu'elle présente, parfois, des ondulations localisées. Le phosphate est propre, libre et ne présente aucun problème au défruitage sauf dans quelques zones à dérangement local. Cette couche présente aussi un granoclassement positif expliquant les conditions transgressives de leur dépôt.

Une caractéristique très importante du minerai de Boucraâ et qui a une grande influence sur la méthode d'exploitation est la distribution de teneur du phosphate. Cette teneur augmente avec le recouvrement jusqu'à un maximum rencontré généralement entre les courbes d'iso recouvrements 25 et 35 mètres.

La couche 1 est subdivisée en trois niveaux principaux :

### Couche 1 inférieure A :



Cette couche est formée par un phosphate cooprolithique friable à compact, pouvant contenir des blocs de silex phosphaté.

### Couche 1 inférieure B :

Elle est formée par un phosphate fin à moyen à cooprolithes,* qui renferme parfois des blocs de silex. Cette couche est plus puissante, plus phosphatée, moins siliceuse et moins cadmiée que la précédente.

La couche 1 inférieure B est caractérisée, de bas en haut, par un gradient vertical:

Croissant, pour les teneurs en BPL et en CaO.

Décroissant, pour les teneurs en $SiO_2$, $Al_2O_3$ et $Fe_2O_3$.

Cette couche est subdivisée également en trois unités séparées par des intercalations :

-La couche 1 inférieure B1.

-La couche 1 inférieure B2.

-La couche 1 inférieure B3.

### Couche 1 supérieure :

La couche 1 supérieure est formée par un phosphate moyen à grossier pouvant contenir une passée de silex phosphaté ; son toit est marqué par un banc silico – argileux.

Ces deux couches (inférieure et supérieure) sont intercalées par un niveau constitué par des argiles phosphatées ou des marnes.

### - Intercalaire C1/C2 :

C'est un niveau hétérogène de silex avec des intercalaires d'argile plastique.

### - Couche II non exploitable:

Formée par un phosphate fin de deux mètres de puissance environ, non encore exploitable du faite qu'elle est moins riche en BPL et très concentré en silice par rapport à la couche I.

32



*Figure 11 : Coupe lithologique type illustrant les subdivisions de la couche 1.*

**2-4-Synthèse stratigraphique de l'ensemble du bassin :**

De l'ensemble des caractéristiques du bassin sédimentaire phosphaté on peut tirer les conclusions suivantes :

    - La phosphatogenèse s'est déroulée dans ce bassin comme dans les autres gisements phosphatés du Maroc durant la période géologique s'étendant sur près de 65 millions d'années, du Maastrichtien (Crétacé terminal) au Lutétien (Eocène moyen).

    - La série phosphatée est transgressive vers le Sud Est.

    - Il y a deux types synchrones de phosphate :

o  Un faciès plus profond, sombre, marneux, avec des restes de poissons et des géodes de calcite.

o  Un autre de faciès littoral, friable, de teinte claire, propre, avec quelques restes de poissons.

33

**3-Méthode d'exploitation :**

Il s'agit d'une exploitation à ciel ouvert de la couche 1 principale.

Les stades opératoires de la chaîne d'extraction se résument dans les phases suivantes:

*Figure 12 : Stades opératoires de la chaine d'extraction.*

34



### a)- Foration :

Elle consiste à creuser des trous jusqu'au niveau du toit de la couche à exploiter.

Cette opération est assurée par une sondeuse électrique ou gasoil de type PIT-VIPER, de diamètre de foration de neuf pouces. L'aménagement se fait avant la foration pour avoir une plateforme en raison de déplacer facilement la sondeuse.

La maille de foration varie de 30 m² à 81 m² selon la hauteur du recouvrement, la dureté des morts terrains et la nature de tranchée à forer.

### b)-Sautage :

Les trous forés par la sondeuse sont remplies par l'explosif de type amonix en forme étagé, les dosages utilisés varient de 500 g/m3 dans les sorties et box-cut, à 200g/m3 dans les tranchées normales. Cette variation de la quantité versée des explosifs dépend de la dureté et la profondeur forée.

### c)-Décapage :

Le décapage se fait de deux manières suivant la hauteur de recouvrement

### c-1 Zone dragline :

Le décapage se fait par tranchées de 40 m de largeur et de hauteur de recouvrement supérieure à 10 m, par une dragline marcheuse de type 1370 W de 80 m

de rayon d'action et de capacité de godet de 45 m3 et

d'un rendement de 1500 m3/h.

Les stériles de la tranchée sont posés en forme de cavaliers dans la tranchée précédente.

### c-2 Zone bulldozers :

Le décapage se fait par les bulldozers dans les zones de bas recouvrement (hauteur inférieure à 10 m), consiste au poussage d'une partie de stérile du box-cut et transport d'environ 70 % du volume de stériles vers l'extérieur.

Après le défruitage du box –cut, les stériles de la tranchée adjacente seront poussés totalement à la tranchée précédente.

35

### d)- Défruitage et transport :

Le phosphate découvert par la dragline ou par bulldozers subis un nettoyage de la couche en éliminant le stérile restant. Le phosphate est ensuite chargé par des pelles en butte de type 195B de capacité de godet de 9 m3 ou par des chargeuses dans des camions de type Wabco 120D, de charge utile égale à 120 tonnes.

Le phosphate chargé est conduit aux installations de criblage. Pour éviter la poussière et améliorer les conditions du transport et la productivité, l'arrosage est une étape nécessaire qui se fait par une arroseuse sur les pistes de roulage des engins.

Le défruitage consiste à charger la couche globale ou seulement l'un des deux niveaux, supérieur ou inférieur selon l'état et la qualité de ces derniers.



*Figure 13 : résumé de la méthode d'extraction.*

### e)- Gestion de flux :

Pour répondre aux critères de vente et de valorisation, on distingue deux principaux types de produits :

- Produit Normal (fort en Cd): c'est le phosphate à teneur en Cd supérieure ou égale à 37 ppm, en BPL sur lavé inférieure à 80 % BPL et en SiO2 supérieur à 3,5%.

- Produit Faible (faible en Cd): c'est le phosphate à teneur en Cd inférieure à 37 ppm, en BPL sur lavé supérieure à 79 % et en SiO2 inférieure ou égale à 3,5%.

36



On peut également dire que le produit est insitec lorsqu'il est faible en Cd et la teneur en SiO2 est inférieure à 2%.

### 4-Traitement du minerai :

- **Traitement granulométrique (**épierrage et criblage**) :**

L'unité de traitement de Boucraâ comprend deux installations indépendantes dans leur fonctionnement.

-Les installations anciennes (usine d'épierrage -criblage).

-Les installations nouvelles Trémie Nord Boucraâ (T.N.B), Cette installation est équipée par une trémie de réception à grilles inclinées. Les étapes du traitement granulométrique sont :

- **Epierrage** :

Le phosphate brut venant du chantier est déversé dans la trémie et épierré à une maille 90mm*90 mm. Les refus épierrés seront glissés vers un concasseur, le stérile concassé est acheminé par la suite sur un convoyeur vers la mise à terril (mise en place de stérile).

- **Criblage :**

Le produit épierré sera par la suite criblé à une maille de 20mm*20mm.

Les refus seront eux aussi acheminés par une chaîne de convoyeurs à la mise à terril.



*Figure 14 : Traitement du minerai.*

- **Mise à terril :**



*Figure 15 : Mise à terril principale de Boucraâ*

La mise à terril est assurée par plusieurs convoyeurs qui transportent le stérile pour le faire stocker.

- **Stockage :**

Le phosphate criblé est transporté, sur une liaison de convoyeur de longueur 12.5 Km et de rendement de 510t/h, vers les deux parcs Nord et Sud de stockage d'une capacité totale d'environ 300 000 tonnes.

Enfin le phosphate stocké dans les parcs de stockage de Boucraâ est ensuite repris par une roue pelle et dirigé à l'usine de traitement de la Plage (Laayoune) par l'intermédiaire d'une liaison de convoyeurs dont la longueur est d'environ 100 Km.

Dans l'usine de traitement, le phosphate subis des opérations de lavage afin de séparer les particules de phosphate du stérile.

Le phosphate lavé est soumis à des opérations de tamisage pour avoir des fractions commerciales souhaitées par le client (2,5 mm – 80μ).

A la fin du traitement, le stockage est fait dans deux silos A et B sous forme de :

- Stock de phosphate rincé par l'eau douce.

- Stock de phosphate non rincé.





*Figure 16 : Schéma résumant la méthode de traitement granulométrique du minerai.*



# Chapitre III

# Etude géologique suite à la reprise de l'exploitation, dans la mine B zone Dragline

## I- Etude de la mine –B- zone Dragline :

### 1-situation du domaine étudié :

Le domaine étudié comprend à la zone centrale du gisement de Boucraa Sud. Cette zone centrale peut s'inscrire dans un rectangle de 10,5 Km sur 5,1 Km environ, dont la surface minéralisée en couche 1 à faciès sec de 4 547 ha. Elle comprend les mines B, A et C. les mine A et B sont partiellement exploitées en couche 1. Plus précisément, le domaine étudie correspond à la mine B présentant de moyens à importants recouvrements. Ce domaine est limité :

> ➢ Au Nord par la zone Nord du gisement de Boucraa.
> ➢ Au Sud par la route nationale n° 5 qui sépare la mine B à la mine A.
> ➢ Au Nord-Ouest par le tracé actualisé de la courbe 30m de hauteur de recouvrement du toit de la couche 1.
> ➢ Au Sud-Est par le tracé actualisé de la courbe 25m de hauteur de recouvrement du toit de la couche 1.

### 2-Presentation générale de la série phosphatée :

En prenant comme référence la coupe lithologique type de la zone centrale, le domaine étudié en mine B zone Dragline se différencie par l'absence des niveaux de calcaire au sein de la série phosphatée.

### 3-Caractéristiques physiques et chimiques de la couche 1 :

#### a) Structure du toit de la couche 1 :

La structure du toit de la couche 1 est généralement calme, mais elle présente de légers ravinements dus à des Oueds secs. Le pendage est en général Nord-Nord-Ouest et de valeur moyenne inférieure à 1%.

#### b) Hauteurs des recouvrements du toit de la couche 1 :

Du fait que la topographie de la mine B présente des dénivellations de très faibles amplitudes avec des pentes douces vers le Sud-Sud-Est, les courbes d'isorecouvrements longent les courbes structurales. Ainsi, les hauteurs des recouvrements du toit de la couche 1 augmentent régulièrement du Sud-Sud-Est vers le Nord-Nord-Ouest.

41



**c) Puissance de phosphate de la couche 1 :**

Dans le domaine suffisamment reconnu de la mine B à couche 1 non exploitée, les puissances de phosphate varient entre un minimum de 1,30 m enregistré dans le puits CM 585 et un maximum de 7,75 m qu'est atteint dans le puits CM 473.

**d) Rendement- poids du minerai sur lavé :**

Dans le faciès de bordure, les valeurs affichées sont parfois très faibles (le minimum est 26,22%) et présentent des variations latérales importantes. Cela reflète le degré de silicification de la partie échantillonnée de la couche 1.

Dans le reste du domaine, les valeurs sont relativement élevées et montrent moins de fluctuation. Le maximum 84,11% est atteint dans le puits CM 448.



*Figure 17 : Situation générale de la Mine B*

43





*Figure 18 : Situation précise de la Mine B.*




### e) Teneur en BPL sur lavé :

Comme pour les puissances phosphatées et les teneurs BPL sur Brut, les teneurs BPL sur Lavé sont relativement faibles dans le faciès de bordure et y présentent des fluctuations importantes. Dans le reste du domaine suffisamment reconnu, les valeurs sont assez élevées. Le maximum est de 83,18% BPL atteint dans le sondage non carotté CM 405 du domaine de transition.

Il se dégage de l'étude de la couche 1 en mine B que :

- ✓ La teneur BPL sur Brut, la teneur BPL sur lavé et le rendement-poids ont des évolutions similaires au sein de la mine B.
- ✓ Le faciès de bordure affiche les plus faibles valeurs en puissances de phosphate, en teneurs BPL sur lavé et sur Brut et en rendement-poids, avec en plus des fluctuations locales importantes.
- ✓ Les valeurs des puissances augmentent en allant de la mine C à la mine B, par contre les teneurs BPL (sur Brut et sur lavé) et le Rendement-poids vont en diminuant dans ce sens.

Il se dégage donc que dans la zone centrale la couche 1 en mine C est la plus riche en BPL mais la moins puissante, en mine B la moins riche en BPL mais la plus puissante, tandis que la mine A présente une couche 1 à caractéristiques intermédiaires.

## II- Découpage et étude technico-économique de la mine B zone Dragline :

Le découpage est la succession de tranchées parallèles délimitant le faciès meuble de la couche phosphatée. Chaque tranchée se subdivise en cases de 100 x 40 m. L'ensemble constitue une matrice dont on attribue à l'élément d'information caractérisant la couche phosphatée.

**Tranchées :**

Elles sont soit des tranchées naturelles ou des tranchées établis dans le but d'avoir plus d'informations sur la zone étudiée.

Le découpage a deux missions essentielles, une mission avant le commencement de l'exploitation de la mine découpée et l'autre mission au cours de l'exploitation.

En effet, le découpage est dans un premier cas un instrument permettant de calculer les réserves à exploiter et la direction d'exploitation. Dans un deuxième cas un instrument de suivi, contrôle et de comparaison car il permet de contrôler en permanence les réalisations par rapports aux objectifs.



- Critères de réalisation :

Pour réaliser un découpage il faut tenir compte de plusieurs facteurs :

Largeur de la tranchée (40m) ;

Ce choix est justifié par :

✓ La dragline réalise un rendement meilleur pour une largeur de 40m ;

✓ L'air de manœuvre des machines de défruitage et des camions nécessite une largeur de tranchée supérieure ou égale à 30m ;

✓ La distance de poussé des bulls doit être inférieure ou égale à 50m ; au delà de 50m le rendement des bulls chute considérablement.

✓ Largeur de la première tranchée (50m) ;

La largeur de la première tranchée doit être la plus grande possible pour caser les déblais des tranchées suivante.

✓ Commencer l'exploitation des zones d'affleurement (bas recouvrements) ;

En général on commence par l'exploitation des zones d'affleurement, ceci parce que :

✓ On crée une face libre pour la dragline ;

✓ On crée une zone où la dragline casera les déblais du premier circuit ;

    ➢ L'exploitation des zones d'affleurement ne nécessite pas de gros travaux d'aménagement (lignes électriques, sorties, etc.…) ;

    ➢ On corrige le premier circuit de la dragline, en décapant au bulls les éventuelles courbures ;

    ➢ La hauteur de recouvrement soit peu variable le long d'une tranchée ;

    ➢ La dragline a de meilleurs rendements si la hauteur de recouvrement est peu variable et supérieure à un seuil de 15m.

    ➢ Vent nord-sud.

Assurer les bonnes conditions de travail en chantier, en évitant que la tranchée soit parallèle à la direction nord-sud.

    ➢ La tranchée soit rectiligne et long le maximum possible pour ;

        ✓ Assurer le fonctionnement normal de chaque opération de la chaine cinématique production ; éviter le télescopage.

        ✓ Comme la dragline est une grosse machine, éviter les déplacements inutiles et notamment les déplacements à vide, car ceci se répercute sur le rendement de la machine et sa fiabilité.

    ➢ Récupération maximale du gisement.

46



*Figure 19 : Découpage de la mine B zone dragline.*

**1-Réalisation d'une coupe lithologique des deux derniers tranchets 26 et 27 :**

Pour l'établissement d'une coupe lithologique, il est primordial de disposer d'un ensemble de moyens matériels et humains du service nécessaire au bon déroulement de la mission :



*Photo 2 : La zone levée.*

✓ Moyen matériel :

47

Une roulette graduée, un godet d'échantillonnage, un marteau, des sacs d'échantillons, un carnet de terrain, une véhicule.

- ✓ Moyens humains :
    - ▪ Un prospecteur.
    - ▪ Un aide prospecteur.
- ✓ Mode de la réalisation de la coupe lithologique sur le terrain :
    - + Le repérage dans la zone levé à l'aide d'une carte topographique.
    - + A l'aide d'une roulette actionné par l'aide prospecteur(en haut sur le terrain naturel), ancrer le trépied de la roulette solidement et verticalement sur le mur de la couche 1 exploitée.
    - + Le prospecteur placé sur le mur de la couche 1 commencera sa coupe lithologique, avec détermination des caractéristiques et surtout les puissances de chaque niveau (La couche 1 et les recouvrements).

**La coupe lithologique des deux tranchées 26 et 27 :**

La coupe lithologique des tranchées 26 et 27 de la mine B zone dragline est caractérisé par :

- ➢ Orientation S.SW-N.NE.
- ➢ 11 logs stratigraphiques réalisés.
- ➢ Recouvrement moyen est environ 27,5 m.
- ➢ La puissance moyenne de la couche 1 principale : 4,8 m.
- ➢ Vers l'ouest de la coupe, on voit l'absence du niveau Dalle Hamada sous l'effet du Pré-décapage.
- ➢ La couche 1 principale est caractérisée par des ravinements dus à des Oued secs, les ravinements sont des creusements irréguliers de la surface topographique, typiquement par des nombreux petits Talwegs à flancs raides entaillant des matériaux meubles.
- ➢ Les Rognons de silex sont orientés dans le même sens SW-NE.



Ravinements

*Photo 3 : Les ravinements.*





*Figure 20 : Zones étudiées à  la Mine B (tranchées 26 et 27).*



*Figure 21 : Coupe lithologique des deux tranchées 26 et 27 après pré-décapage.*



*Figure 22 : Coupe lithologique des deux tranchées 26 et 27 avant pré-décapage.*



**2- Etablissement de la carte des iso-recouvrements :**

Pour l'établissement de la carte des iso-recouvrements, on est besoin des coordonnées x y et z des endroits levés (aux tranchets 26et 27), et les anciens puits dans la zone non exploitée.

Ces coordonnées données par les géomètres, on les transforme sous forme du fichier (tableau) sur le logiciel Surfer, après on exporte le fichier Surfer vers le logiciel d'AutoCAD.

Le traçage de recouvrement permet de déterminer les caractéristiques des engins (par exemple dragline pour les zones de grands recouvrements et les bulls pour les zones de bas recouvrements) destinés pour l'exploitation de la zone étudié.

Les courbes des iso-recouvrements augmentent allant de l'Est vers l'Ouest, et cette augmentation est similaire dans toutes les mines de Boucraa. Cette évolution des recouvrements nous renseigne sur le sens de recule de la mer, c'est-à-dire le sens de la régression(E-W).

52





*Figure 23 : Carte des iso-recouvrements de la zone étudiée .*



**3- Etablissement de la carte des iso-puissances (carte d'isopaches) :**

C'est une carte qu'on obtient par le traçage des courbes joignant les puits ayant la même puissance.

Le but de l'établissement de la carte d'iso puissance est de mettre en évidence la répartition des puissances d'une couche dans la zone à étudier.

Le traçage des courbes de puissance se fait avec la même procédure dont on a tracé celle du recouvrement.

Les courbes des iso-puissances évoluent de Sud vers le Nord et aussi de l'Est vers l'Ouest, suivant le sens du pendage de la couche 1, avec une inclinaison de 1m dans une longueur 100m du Sud vers le Nord. (La valeur du pendage est environ 1%).

Paléo-géographiquement les affleurements sont essentiellement vers le Sud, c'est au niveau de la ligne de rivage marqué par la présence des dérangements due aux mouvements des marées.

Vers les hauts fonds vers le Nord le milieu est calme, marqué par une puissance importante par rapport de celui des affleurements, ce niveau marqué aussi par la présence du silex et marne qui montre la faible énergie du milieu.





*Figure 24 : Carte des iso-puissances de la zone étudiée.*



**4- Etablissement de la carte des iso-teneurs en BPL/L:**

Ces cartes présentent la répartition  et l'évolution des teneurs dans la zone étudiée, les teneurs sont repartis selon des classes choisies. Elles sont pour but :

- ✓ Mettre en évidence l'évolution des teneurs dans la zone étudiée pour faciliter l'interprétation.
- ✓ Déterminer la zone propice pour l'exploitation en la superposant avec les autres cartes.

 Les  courbes des teneurs en BPL/L, augmente allant du Sud vers le Nord  et de l'Ouest vers l'Est, en parallèle avec l'augmentation des profondeurs, dans les hauts fonds on trouve les valeurs maximales des teneurs en BPL/L au contraire au niveau de la ligne de rivage, et cela due à l'activité des paléo-organismes ou paléo-microorganismes qu'est importante au niveau des hauts fonds.



***Figure 25 : Carte des iso- teneurs en BPL/L  de la zone étudiée.***



### 5- Evaluation des réserves de la zone étudiée :

**Voir tableau 1 (Annexe)**

Le découpage est un instrument permettant de calculer les réserves à exploiter et la direction de l'exploitation. En effet l'évaluation des réserves est une étape importante pour faire une étude technico-économique, c'est-à-dire pour estimer les couts nécessaires de l'évacuation du minerai et de transport des stériles.

Cette étape se fait à la fin de la détermination de la surface, le recouvrement (stérile) et la puissance de la couche phosphatée par case.

| Surface de la zone étudiée (m²) | Volume de stérile (m³) | Tsm |
|---|---|---|
| 548 000 | 18 260 000 | 2 088 000 |

*Tableau 3 : Evaluation des réserves de la zone étudiée (mine B).*

### 6- Evacuation du minerai :

**Simulation pour le déblocage du minerai de la mine B zone Dragline (de la zone étudiée)**

Il faut noter qu'actuellement la sortie 5 est opérationnelle dans la mine B, mais les sorties 1 et 6 sont bloquées par les stériles des anciennes exploitations.

Pour l'évacuation du minerai de la mine B vers la trémie Nord ou la trémie Sud, il faut débloquer une sortie 1 ou 6, pour minimiser les couts de cette opération.

Pour choisir la sortie rentable pour la débloquer, on a fait les scénarios suivants :

**1 er Scénario:02 Sorties opérationnelles**

| | Volume de phosphate à débloquer par sortie (m3) | Distance de transport km/ (TNB) | V,K,U | Prix Unit Dh/Km | Prix de revient |
|---|---|---|---|---|---|
| Sortie 5 | 1 690 560 | 7,34 | 12 408 710 | 1,47 | 18 240 804 |
| Sortie 6 | 397 440 | 6,66 | 2 646 950 | 1,47 | 3 891 017 |
| **Total** | **2 088 000** | | **15 055 661** | | **22 131 821** |

| | Volume de phosphate à débloquer par sortie (m3) | Distance de transport km/ (TSB) | V,K,U | Prix Unit Dh/Km | Prix de revient |
|---|---|---|---|---|---|
| Sortie 5 | 1 690 560 | 8,13 | 13 744 253 | 1,47 | 20 204 052 |
| Sortie 6 | 397 440 | 8,89 | 3 533 242 | 1,47 | 5 193 865 |

58

| Total | 2 088 000 | | 17 277 494 | | 25 397 917 |

### 2eme Scénario:3 Sorties opérationnelles

| | Volume de phosphate à débloquer par sortie (m3) | Distance de transport km/ (TSB) | V,K,U | Prix Unit Dh/Km | Prix de revient |
|---|---|---|---|---|---|
| Sortie 1 | 633 600 | 4,89 | 3 095 136 | 1,47 | 4 549 850 |
| Sortie 5 | 1 056 960 | 8,03 | 8 487 389 | 1,47 | 12 476 462 |
| Sortie 6 | 397 440 | 8,89 | 3 533 242 | 1,47 | 5 193 865 |
| **Total** | **2 088 000** | | **15 115 766** | | **22 220 177** |

### 3eme Scénario : 1 Sortie opérationnelle

| | Volume de phosphate à débloquer par sortie (m3) | Distance de transport km/ (TNB) | V,K,U | Prix Unit Dh/Km | Prix de revient |
|---|---|---|---|---|---|
| Sortie 5 | 2 088 000 | 7,34 | 15 325 920 | 1,47 | 22 529 102 |
| **Total** | **2 088 000** | | **15 325 920** | | **22 529 102** |



*Figure 26 : L'état des sorties en Mine B zone Dragline.*

59



| | Volume de phosphate à débloquer par sortie (m3) | Distance de transport km/ (TSB) | V,K,U | Prix Unit Dh/Km | Prix de revient |
|---|---|---|---|---|---|
| Sortie 5 | 2 088 000 | 7,68 | 16 035 840 | 1,47 | 23 572 685 |
| **Total** | **2 088 000** | | **16 035 840** | | **23 572 685** |

### 4eme Scénario : 2 Sortie opérationnelle

| | Volume de phosphate à débloquer par sortie(m3) | Distance de transport km/ (TSB) | V,K,U | Prix Unit Dh/Km | Prix de revient |
|---|---|---|---|---|---|
| Sortie 1 | 633 600 | 4,89 | 3 095 136 | 1,47 | 4 549 850 |
| Sortie 5 | 1 454 400 | 8,33 | 12 115 152 | 1,47 | 17 809 273 |
| **Total** | **2 088 000** | | **15 210 288** | | **22 359 123** |

### 5eme Scénario : 2 Sortie opérationnelle

| | Volume de phosphate à débloquer par sortie(m3) | Distance de transport km S1(TSB) & S5(TNB) | V,K,U | Prix Unit Dh/Km | Prix de revient |
|---|---|---|---|---|---|
| Sortie 1 | 633 600 | 4,89 | 3 095 136 | 1,47 | 4 549 850 |
| Sortie 5 | 1 454 400 | 7,34 | 10 675 296 | 1,47 | 15 692 685 |
| **Total** | **2 088 000** | | **13 770 432** | | **20 242 535** |

### Transport des stériles des sorties 1 et 6 :

| | Volume de stérile à transporter en (m3) | Distance de transport (km ) | Prix Unit Dh/Km | Total Dh |
|---|---|---|---|---|
| Sortie 1 | 80 000 | 2,00 | 13,73 | 1 098 400 |
| Sortie 6 | 120 000 | 2,00 | 13,73 | 1 647 600 |
| **Total** | **200 000** | | | **2 746 000** |

**Tableaux comparatifs des scénarios (en tenant compte l'élimination les frais du transport des stériles), en se basant sur le choix de la TNB ou TSB, on a 3 cas :**

✓ **TNB**

| | Total Dhs |
|---|---|
| **Scénario 1 (S5,S6)** | **20 484 221** |
| **Scénario 3 (S5)** | **22 529 102** |

60





✓ **TSB**

| | Total Dhs |
|---|---|
| **Scénario 1 (S5,S6)** | **21 925 085** |
| **Scénario 3 (S5)** | **23 572 685** |
| **Scénario 4 (S1,S5)** | **21 260 723** |

✓ **TNB et TSB**

| | Total Dhs |
|---|---|
| **Scénario 5 (S5 TNB & S1 TSB)** | **19 144 135** |

D'après cette comparaison, on remarque que le 3éme scénario est le plus rentable pour l'évacuation du minerai de la zone B zone Dragline (zone étudiée). On peut aussi travailler en se basant sur le 5éme scénario, avec le déblocage de la sortie 1.

**7- Evaluation des aménagements et le cout nécessaire pour la reprise de l'exploitation à la mine B :**

La mine B zone Dragline caractérisée par une évolution de la hauteur de recouvrement dépassant la limite de capacité des draglines, qui assurent l'opération de décapage des stériles. Lorsque la hauteur de recouvrement dépasse la capacité de la dragline, on est amené à diminuer cette hauteur avant la phase de décapage. Ce qu'on appelle le Pré-décapage. Les déblais sont enlevés par une autre machine et transportés avec des camions de chargement.

Face à cette situation, l'opération du pré-décapage est la seule opération possible par le chargement et transport des stériles du volume excédentaire pour la réalisation du programme de production, étant donné que les autres possibilités sont exclues, compte tenu des paramètres de gisement et des moyens matériels existants.



*Figure 27 : La chaîne cinématique de l'extraction de la C1 selon le mode pré-décapage.*

| Volume totale pré-décapage (en m³) | Volume de pré-décapage à la mine B selon les séquences de 2012 (en m³) | Prix unitaire pour transport et chargement des stériles (en Dhs) | cout total de pré-décapage Mine B (en Dhs) | cout de pré-décapage à la mine B selon les séquences de 2012 (en Dhs) |
|---|---|---|---|---|
| 4 560 000 | 482 000 | 13,73 | 62 608 800 | 6 617 860 |

*Tableau 4 : Les couts de pré-décapage.*

Le choix d'opérer les sorties 1 et 6 (les deux sorties sont bloquées par les stériles), nous cout 1 098 400 Dhs pour la sortie 1 et 1 647 600 Dhs pour la sortie 6.

Le déplacement des draglines nécessite un aménagement des pistes, donc il faut maitriser : la distance minimale pour minimiser les couts de cette opération, la nature topographique du terrain, les déblais et les remblais (éviter), le terrassement des terrains, l'arrosage des terrains, le mouvement du câble de l'énergie électrique, et le déplacement de la station de l'énergie électrique pour l'alimentation de dragline.

**8- Etablissement des qualités prévisionnelles selon les séquences d'exploitation de l'année 2012 :**

Chaque mine a ses qualités selon les séquences d'exploitation de chaque année. Pour la mine B les qualités prévisionnelles selon les séquences d'exploitation de l'année 2012 sont environ 370 080 Tsm.

D'après cette approche, l'exploitation va subir les tranchées 26,27 et 28 et cela en fonction du déplacement de dragline.



*Figure 28 : Classement de déplacement d'exploitation prévu à la mine B.*

Les teneurs pondérés des qualités prévisionnelles de la mine B, pendant les séquences d'exploitation de l'année 2012 sont présentées dans le tableau ci-dessous :

*Tableau 5: Les teneurs pondérés des qualités prévisionnelles de la mine B.*

|            | Teneur Pondéré |
|------------|------|
| T/L(%)     | 79,77 |
| Cd(%)      | 28,90 |
| SiO2(%)    | 2,36 |
| Fe2O3(%)   | 0,10 |

Les distances en Km moyennes pour l'évacuation du minerai de la mine B

| Dist.moy TNB (en Km) | Dist.moy TSB (en Km) |
|------|------|
| 7382,31 | 8172,31 |

*Tableau 6: Les distances moyennes pour l'évacuation du minerai de la mine B.*

# Chapitre IV

# Prospection  de la mine -G- Zone  bulls

## I- La notion de la prospection :

La prospection est l'ensemble des travaux de terrain qui sont généralement précédés par la constitution d'une base de données bibliographique sur la zone constituant l'objet des missions d'investigation. La consultation doit porter sur les études géologiques.

Il faut au préalable effectuer l'analyse des ouvrages existants et la recherche de tous les documents utiles pour la mission: Il faut également procéder à une recherche cartographique sur le secteur du travail. Cette recherche doit permettre une actualisation et une synthèse de toutes les données déjà acquises. L'ensemble de ces données géologiques et cartographiques sera reporté sur des cartes de synthèse qui serviront d'itinéraire lors des travaux de terrain.

D'une façon générale. Des missions de terrain porte essentiellement sur :

✓ La délimitation du domaine constituant l'objet des travaux de terrain.

✓ La préparation en nombre suffisant des cartes topographiques de la zone. Le choix des échelles reste tributaire des travaux à réaliser. Pour certains secteurs et pour l'étude des structures géologiques. Il faut préparer des feuilles topographiques à grande échelle.

✓ L'élaboration d'une étude de synthèses des rapports géologiques antérieurs et la localisation des indices et des substances minérales intéressantes et qui ont déjà relevés lors des missions précédentes.

✓ La préparation du matériel et d tout l'équipement indispensable pour le terrain.

La prospection des mines se réalise par des sondages percutants. En déterminant donc les limites du faciès meuble et le positionnement du box-cut.

## II- Etude de la mine –G-  zone bulls:

### 1-situation du domaine étudié:

Le domaine étudié correspond à la partie de faibles recouvrements de la mine G zone bulls. Il est limité :

✓ Au Nord-Ouest par le tracé actualisé de la courbe 30m de hauteur de recouvrement du toit de la couche 1.

✓ Au Nord-Est et Sud-Ouest par les limites conventionnelles de la mine G avec respectivement la mine C et la mine H.

✓ Au Sud-Est par le tracé d'affleurement ou de la limite de minéralisation selon le niveau étudié.

65





*Figure 29 : Situation de la mine G zone Bulls.*




*Figure 30 : Zone étudiée (Prospectée) à la mine G zone Bulls.*

**2-Présentation générale de la série phosphatée :**

En prenant comme référence la coupe lithologique type de la zone centrale (Mines A, B, C).
Le domaine étudié en Mine G zone bulls  se différencie par :

> ➢ L'absence des 2 niveaux phosphatés inférieurs
>
> ➢ L'absence du niveau phosphaté intermédiaire au sein de l'intercalaire couche 2- couche 1.
>
> ➢ La réduction importante des puissances totales de l'intercalaire couche 2- couche 1.

**3- Caractéristiques physiques et chimiques de la couche 1 dans la mine G zone bulls:**

### a) Structure du toit de la couche 1 :

La structure du toit de la couche 1 est généralement calme ; elle ne présente de légère perturbations sous forme de dépression qu'au niveau du puits récent CM 942.Le pendage est en moyenne faible (1.15% vers le Nord-Ouest).

### b) Hauteur des recouvrements :

Le fait que la surface topographique du domaine étudié en Mine G zone bulls est pratiquement plane, les courbes d'iso-recouvrement du toit de la couche 1 longent les courbes structurales. Par conséquent, les hauteurs de recouvrements augmentent régulièrement en allant du Sud-Est au Nord-Ouest, c'est-à-dire dans le sens du pendage.

### c) Puissance de phosphate :

Elle est égale à la puissance cumulée des niveaux phosphatés meubles (degrés d'induration  1 – 2 – 3 et  4).

### d) Rendement- poids du minerai sur lavé :

Il est à signaler que le rendement- poids du produit lavé est déterminé par rapport au passant à 20 mm et non par rapport au phosphate meuble comme en mines A, B et C.
En outre, le produit lavé correspond à la tranche granulométrique 2,5 mm- 80 microns pour les puits récent et 2,362 mm- 74 microns pour les anciens ouvrages. Il est d'ailleurs impossible d'avoir les mêmes mailles de coupure granulométrique car les 2 séries de tamis utilisés appartiennent à des normes différentes (AFNOR et TYLER).

### e) Teneur en BPL sur lavé :

Comme pour les teneurs BPL sur brut, le domaine à « faciès de bordure » affiche des teneurs BPL sur lavé relativement très faibles.
A l'exception des 3 puits CM 1114 – 1115 et 1116, les valeurs élevées (supérieures à 80% BPL) forment une bande continue qui longe les courbes des hauts recouvrements du domaine à faciès meuble.
En moyenne, les teneurs BPL sur lavé de la mine G zone bulls sont très proches de celles de la mine C pour les 3 tranchés de recouvrement.

**4- Actualisation de la prospection à maille large de 500m\*500m:**

Cette maille a permis de délimiter plusieurs mines dans le gisement de Boucraâ et de donner leurs caractéristiques physiques et chimiques de la couche 1 ainsi que les faciès existants.

**5- Prospection à maille serrée 50m\*50m :**

**a- Objectif de la prospection :**

La nécessite, d'explorer d'autres places à cause des conditions du marché mondiales et la continuité de bon travail au niveau qualité et quantité des phosphates à phosboucraa, est amené de viser l'ouverture d'une mine de relève qui est la mine G zone bulls.

Cette mine est reconnue par des puits et sondages de prospection à une maille carrée de 500 m, mais cette maille est insuffisante pour la caractérisation physico-chimique de la mine ainsi que la délimitation de l'extension des zones exploitables.

C'est dans ce cadre que nous avons procédé à la réalisation de la prospection par des sondages percutants pour déterminer le box-cut et délimiter la zone exploitable afin d'éviter la perte économique du phosphate, d'avoir une réalisation facile des travaux d'ouverture et une meilleure exploitation.

**b- Détail estimatif et descriptif de la prospection de la mine G zone bulls:**

69



*Figure 31 : Découpage de la zone étudiée à la mine G zone Bulls.*

70




➢ **Maille de prospection :**

La maille de prospection proposée est à 50m*50m au-delà de la limite théorique du découpage pour délimiter le phosphate meuble de celui consolidé. Cette maille peut être modifiée au cours de la prospection selon la position des sondages. Pour la confirmation de phosphate meuble vers le cœur de la zone, il est prévu d'utiliser une maille de 100m*100m et 25m*25m pour limiter l'extension des dérangements.

➢ **Le matériel du prospecteur :**

Le choix du matériel dépend essentiellement de la nature. De la durée de la mission et de l'effectif du personnel participant à ces travaux.

Pour réaliser la coupe d'une tranchée d'exploitation on peut se contenter du godet des sacs pour échantillons et d'une boussole pour l'orientation des mailes.

➢ **Moyen de prospection** :

Sondeuse de type PIT-VIPER.



*Photo 4 : Sondeuse de type PIT-VIPER*

➢ **Méthode de prospection :**

La prospection sera réalisée par des sondages percutants, implantés au-delà du découpage élaboré à partir des données de la prospection à maille large de 500 m, cette limite doit être confirmée ou infirmée par les sondages de prospection à maille serrée, cette dernière a une grande importance pour la délimitation de deux faciès et l'implantation de la première tranchée conjuguée par l'actualisation du découpage théorique a couche 1.

Les sondages de prospection sont levés par les géomètres suivant la disposition régulière proposé par le prospecteur, ces sondages sont implantés d'une manière à prospecter les zones situées hors le découpage théorique et parfois à l'intérieur, cette procédure d'exploration nous permet de :

- Interpréter les sondages, leur description, élaboration des coupes lithologiques, et récupération des échantillons.
- Déterminer les puissances, et la nature du recouvrement.

71



*Figure 32 : la prospection.*

> ### **Longueur de prospection :**

Les sondages de prospection sont dispersés sur une longueur de 1130m suivant une disposition régulière de manière à prospecter les zones hors de la limite théorique et parfois à l'intérieur de cette limite.

> ### **Durée de la prospection:**

La machine travail 8h/jour dont le métré linéaire estimé sera foré dans une durée de 8 jours

| la date | Durée de l'arrêt | | | |
|---------|-----|-----|-----|---|
| | **De** | **A** | **De** | **A** |
| 15/05/2012 | 11h30 | 24h00 | * | * |
| 16/05/2012 | 00h00 | 24h00 | * | * |
| 17/05/2012 | 00h00 | 24h00 | * | * |
| 18/05/2012 | 13h45 | 24h00 | * | * |
| 19/05/2012 | 11h50 | 12h25 | 14h30 | 15h00 |
| 20/05/2012 | 16h30 | 18h30 | * | * |
| 21/05/2012 | 12h00 | 13h00 | 14h30 | 15h00 |
| 22/05/2012 | * | * | * | * |

*Tableau 7 : Durée de la prospection.*

| arrêt (heure) | observations |
|---------------|--------------|
| 12,5 | **problème mécanique** |
| 24 | **problème mécanique** |
| 24 | **problème mécanique** |
| 10,55 | **pane à la tige de foration** |
| 1,25 | **échauffement** |
| 2,2 | **échauffement** |
| 1,5 | **sautage** |
| 0 | **travaux de foration est terminée à 18h00** |
| **total** | |
| **76** | |

*Tableau 8 : L'état de la sondeuse au cours de la prospection.*

> **Nombre d'alignements:**

Les alignements seront du nombre 25, avec une maille de 50m le long de la limite.

> **Nombre de sondages :**

Par chaque alignement, il est prévu de réaliser 5 sondages au minimum. Donc le nombre total prévu des sondages est 125.

73

> **Méthode d'échantillonnage :**

✓ **Mode de récupération des cutting** :

Au fur et à mesure du fonçage de tricône à travers la couche phosphatée, il est matérialisé par la récupération de part et d'autre du sondage d'une façon symétrique superposée de chaque assises obtenus par un soufflage pneumatique synchrone à l'avancement de la tige, mais dans l'ordre

 inverse stratigraphique dont la description du niveau inférieur jusqu'au niveau supérieur.

La tige

Les cutting

*Photo 5 : Foration.*

✓ **Mode de prélèvement** :

Le mode de prélèvement consiste sur les étapes suivantes :

- Creusement d'une rainure verticale dans les cutting, à fin de bien différencier les niveaux phosphatés et leurs aspects lithologiques.
- Nettoyage au-dessus de la couche récupérée par élimination des grains de silexites et silex évitant le salissement.
- Echantillonnage global de l'entité phosphatée obtenue jusqu'à l'interface stérile-phosphate.
- Conserver l'échantillon dans un sac de plastique signalant le numéro de sondage avec marqueurs indélébile.
- Quartage de l'échantillon en prenant chaque deux partie symétrique dans un même sac. L'un des échantillons pour le témoin et l'autre pour l'analyse au laboratoire.
- le poids des échantillons est d'environ de 500g.



*Figure 33 : Mode de prélèvement des Cutting.*

- Les deux échantillons portent le même numéro sur deux tickets mis à l'intérieur des sacs.
- Elaboration de la fiche signalétique des échantillons.
- Les échantillons sont envoyés à la fin au laboratoire des analyses à Laayoune et les témoins sont conservés au cas de besoin.

✓ **qualité de l'échantillon :**

L'échantillon récupéré montre une représentativité relatives suites aux facteurs suivants :

1- Modification des propriétés physiques par :

➢ Un changement de la granulométrie originel lors du frottement de phosphate avec le tricône rationnel.

➢ Une perte de certaines fractions par l'action du vent au sein d'un climat désertique.

➢ Un rendement en poids faible.

2- Modification des propriétés chimiques par :

➢ La contamination traduite par le mélange des grains de silexite ou terre végétale avec les cutting phosphatés lorsque le toit ou le mur est atteint.

Les variations citées en dessus prouvent que l'échantillon est probabiliste dont le taux de salissement est quantifié de 2 % suite aux essais empiriques des compagnes de prospections précédentes.

➢ **Méthodes d'analyse et nombre de détermination :**

Les échantillons envoyés au laboratoire d'analyse et analysés par la méthode d'absorption atomique.

Les paramètres analysés sont de deux types :

-Paramètres physiques :

* humidité ($H_2O\%$).

* % des fractions inférieures ou égales à 2,5 mm

* % des fractions supérieures ou égales à 20 mm

* rendement en poids.

-Paramètres chimiques :



* % BPL sur brut.

 * % BPL sur lavé.

 * % SiO2 sur lavé.

 * % Cd sur lavé.

* % Al2O3 sur lavé et % Fe2O3 sur lavé.

### 6- Phase d'exécution et exploitation des données de la prospection: (Annexe 2)

La prospection de la mine G zone bulls est faite dans 9 jours, en réalisant 123 sondages avec un métré linéaire total de 1130 m.



*Figure 34 : Les sondages effectués à la mine G zone Bulls.*



**7- Paramètres statistiques :**

| | |
|---|---|
| *Moyenne de recouvrement (en m)* | *4,4043 m* |
| *Moyenne de puissance (en m)* | *3,35m* |
| *Recouvrement/Puissance (m/m) (Ratio)* | *1,31* |
| *Ecart-types* | *1,26171282* |
| *La variance* | *1.591919* |

*Tableau 9 : Les paramètres statistiques des résultats des sondages de la mine G zone Bulls.*

| | | Moyenne | Max | Min |
|---|---|---|---|---|
| Analyses physiques | % $H_2O$ | 5,81 | 13,2 | 2,79 |
| | % > 2 mm | 5,97 | 37,45 | 0,14 |
| | %> 25 mm | - | - | - |
| | RP (%) | 81,87 | 93,8 | 51,02 |
| Analyses chimiques | % BPL /B | 66,11 | 78,2 | 9,2 |
| | % BPL/ L | 73,33 | 83,1 | 16,4 |
| | % Sio2/ L | 9,16 | 50,2 | 1,7 |
| | Cd /L (ppm) | 62,44 | 140 | 21 |
| | % Fe2o3 | 0,24 | 1,33 | 0,06 |

*Tableau 10 : Les paramètres statiques des résultats des analyses physiques et chimiques des sondages de la mine G zone Bulls.*



**8- l'interprétation des données :**

Les résultats des analyses chimiques des échantillons des sondages effectués dans la mine G-Zone bulls ont montrés une cohérence et une certaine homogénéité avec les descriptions lithologiques et les observations dans le terrain.

- ▪ Le faciès meuble (les valeurs de Cd sont importante et de $SiO_2$ sont faibles).
- ▪ Le faciès de bordure (c'est l'inverse : les valeurs de $SiO_2$ sont très élevés).

Ces analyses nous permettons de tracer la zone à exploiter, et donc de déterminer les coordonnées limites des zones à phosphate meuble.

| N°POINTS | X | Y |
|----------|---|---|
| 1 | 714148.75 | 2903675,87 |
| 2 | 714436.1130 | 2903828.1358 |
| 3 | 714492.2987 | 2903722.1020 |
| 4 | 714580.6602 | 2903768.9234 |
| 5 | 714622.7996 | 2903689.3978 |
| 6 | 714799.5229 | 2903783.0400 |
| 7 | 714766.7482 | 2903844.8932 |
| 8 | 714855.1096 | 2903891.7141 |
| 9 | 714845.7450 | 2903909.3863 |
| 10 | 714501.3250 | 2904224.8529 |
| 11 | 714212.8824 | 2904071.9983 |
| 12 | 714104.0961 | 2903797.6567 |
| 13 | 714127.1452 | 2903781.7589 |

*Tableau 11 : Les coordonnées des points limites de la zone contenue phosphates meuble (zone à exploitée).*



*Figure 35 : La zone à exploitée dans la mine G zone Bulls.*



# Conclusion

En général, les évolutions des teneurs en BPL/L, les puissances et les recouvrements augmentent dans le même sens du Sud vers le Nord, à cause de la géographie du bassin d'Oued Eddahab. Dans les hautes profondeurs (Nord) on marque l'augmentation de ces paramètres.

Il faut noter aussi l'évolution du Cd, marqué par des valeurs maximales vers le Sud, et des valeurs minimales vers le Nord. Cette évolution peut être expliquée par l'effet de la densité de l'élément (Cd).

A la fin du Crétacé et le début de Paléocène, il se développe une grande transgression Atlantique, qui y a donné naissance aux Phosphates Marocains. Au cours de cette transgression le Cadmium se dispose directement dans les lignes de rivages (Sud) sous l'effet de sa forte densité. Cela explique les valeurs maximales au niveau des affleurements.

Les ravinements au niveau de la couche 1 sont dus à des Oueds secs, ces derniers ont activé des réactions chimiques par exemple : Dissolution, calcification et silicification…, cela explique les formes en V le long de la coupe lithologique.

D'après l'étude technico-économique, on constate que le déblocage de la sortie 1 est rentable pour l'évacuation du minerai de la mine B, et que le pré-décapage est une phase importante pour l'exploitation des mines caractérisées par des recouvrements importants (> 25 m).

Les résultats de la description des sondages de la prospection à la maille serrée de 50*50m nous permettons de tracer la portion gagnée du terrain meuble située hors du découpage provisoire de la maille carrée 500m.

Egalement, elles ont permis de délimiter les zones à phosphate avec le niveau supérieur altéré ou à concrétions siliceuses. Ces zones peuvent être exploitées par une exploitation sélective.

Les sondages percutants restent l'une des méthodes de prospection qui demande beaucoup du temps et des frais.

Nous recommandons d'utiliser les méthodes Géophysiques modernes à savoir la Tomographie électrique et Géo-radars qui sont plus utiles dans la prospection des gisements de phosphate et donnent des bons résultats comme le cas de gisement de Khouribga.



**Références bibliographiques**

- **Moumni, A. Avril 1989 : Rapport Géol.n°356, Généralités, étude de la couche 1 en mine G : p 1 à 20.**

- **Monographie de Boucraa. 1989 : Rapport interne.**

- **Elément de cartographie géologique. 1989 : Rapport interne.**

- **Données géologiques des mines A-B-C-D-E-F-G-H-I-J (couche 1 et couche 2) (les coordonnées x, y et z). 02/08/1991 : Rapport interne.**

- **Boucraa, anciens ouvrages recensement et classement des puits et sondages.1989 : Rapport interne.**

- **Moumni, A. Avril 1989 : Rapport Géol.n°335, Bassin d'Oued EDDAHAB, Gisement de Boucraa, zone centrale (mines A, B et C) : p 1 à 43.**

- **Moumni, A. Staifa. 06/01/1989 : Planche 2D : Géol. /A330,  carte des teneurs en BPL sur lavé de la couche 1.**

- **Wadjinny, M. 1989 : Essai de caractérisation de nomenclature et de codification des roches phosphatées et des faciès associés.**




# Annexe 1

**Evaluation des réserves de la mine B zone Dragline (zone à exploiter)**

| Tranchet | Surface (m²) | | Recvrt | V, Stériles (m3) | | Puiss | Tsm | | T/L(BPL%) | | Cd | SiO2 | Fe2O3 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case | Parti, | Cumul, | (m) | Partiel | Cumulé | (m) | Partiel | Cumulé | Partiel | (global) | Partiel | Partiel | Partiel | (global) |
| 26 24 | 4000 | 4000 | 29,00 | 116 000 | 116 000 | 5,00 | 14400 | 14 400 | 80,00 | 1152000,00 | 29 | 2,20 | 0,11 | 1584 |
| 26 25 | 4000 | 8000 | 29,00 | 116 000 | 232 000 | 5,00 | 14400 | 28 800 | 80,50 | 1159200,00 | 34 | 2,80 | 0,13 | 3744 |
| 26 26 | 4000 | 12000 | 29,50 | 118 000 | 350 000 | 5,00 | 14400 | 43 200 | 80,50 | 1159200,00 | 27 | 2,50 | 0,08 | 3456 |
| 26 27 | 4000 | 16000 | 30,00 | 120 000 | 470 000 | 5,00 | 14400 | 57 600 | 80,00 | 1152000,00 | 25 | 2,20 | 0,1 | 5760 |
| 26 28 | 4000 | 20000 | 30,00 | 120 000 | 590 000 | 5,50 | 15840 | 73 440 | 80,00 | 1267200,00 | 31 | 3,10 | 0,1 | 7344 |
| 27 17 | 4000 | 24000 | 28,50 | 114 000 | 704 000 | 4,50 | 12960 | 86 400 | 79,50 | 1030320,00 | 31 | 2,00 | 0,11 | 9504 |
| 27 18 | 4000 | 28000 | 29,00 | 116 000 | 820 000 | 4,50 | 12960 | 99 360 | 79,50 | 1030320,00 | 28 | 1,80 | 0,1 | 9936 |
| 27 19 | 4000 | 32000 | 30,50 | 122 000 | 942 000 | 4,50 | 12960 | 112 320 | 79,50 | 1030320,00 | 30 | 2,30 | 0,1 | 11232 |
| 27 20 | 4000 | 36000 | 30,50 | 122 000 | 1 064 000 | 4,50 | 12960 | 125 280 | 79,50 | 1030320,00 | 31 | 2,10 | 0,09 | 11275 |
| 27 21 | 4000 | 40000 | 29,00 | 116 000 | 1 180 000 | 4,50 | 12960 | 138 240 | 80,00 | 1036800,00 | 25 | 2,30 | 0,1 | 13824 |
| 27 22 | 4000 | 44000 | 29,00 | 116 000 | 1 296 000 | 5,00 | 14400 | 152 640 | 80,00 | 1152000,00 | 27 | 2,20 | 0,1 | 15264 |
| 27 23 | 4000 | 48000 | 29,00 | 116 000 | 1 412 000 | 5,00 | 14400 | 167 040 | 79,50 | 1144800,00 | 26 | 2,40 | 0,09 | 15034 |
| 27 24 | 4000 | 52000 | 29,50 | 118 000 | 1 530 000 | 5,00 | 14400 | 181 440 | 79,50 | 1144800,00 | 29 | 2,20 | 0,1 | 18144 |
| 27 25 | 4000 | 56000 | 30,00 | 120 000 | 1 650 000 | 5,00 | 14400 | 195 840 | 79,50 | 1144800,00 | 34 | 2,80 | 0,13 | 25459 |
| 27 26 | 4000 | 60000 | 30,50 | 122 000 | 1 772 000 | 5,00 | 14400 | 210 240 | 80,00 | 1152000,00 | 27 | 2,50 | 0,08 | 16819 |
| 27 27 | 4000 | 64000 | 30,50 | 122 000 | 1 894 000 | 5,00 | 14400 | 224 640 | 79,50 | 1144800,00 | 25 | 2,20 | 0,11 | 24710 |
| 27 28 | 4000 | 68000 | 30,50 | 122 000 | 2 016 000 | 5,50 | 15840 | 240 480 | 79,50 | 1259280,00 | 31 | 3,10 | 0,1 | 24048 |

83





| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 17 | 4000 | 72000 | 28,00 | 112 000 | 2 128 000 | 5,00 | 14400 | 254 880 | 79,50 | 1144800,00 | 30 | 2,20 | 0,1 | 25488 |
| 28 18 | 4000 | 76000 | 29,00 | 116 000 | 2 244 000 | 5,00 | 14400 | 269 280 | 80,00 | 1152000,00 | 29 | 2,00 | 0,11 | 29621 |
| 28 19 | 4000 | 80000 | 30,50 | 122 000 | 2 366 000 | 5,00 | 14400 | 283 680 | 80,00 | 1152000,00 | 30 | 2,30 | 0,1 | 28368 |
| 28 20 | 4000 | 84000 | 30,50 | 122 000 | 2 488 000 | 5,00 | 14400 | 298 080 | 80,00 | 1152000,00 | 31 | 2,10 | 0,09 | 26827 |
| 28 21 | 4000 | 88000 | 29,00 | 116 000 | 2 604 000 | 5,00 | 14400 | 312 480 | 80,00 | 1152000,00 | 25 | 2,30 | 0,1 | 31248 |
| 28 22 | 4000 | 92000 | 29,00 | 116 000 | 2 720 000 | 5,00 | 14400 | 326 880 | 80,00 | 1152000,00 | 27 | 2,20 | 0,1 | 32688 |
| 28 23 | 4000 | 96000 | 29,00 | 116 000 | 2 836 000 | 5,00 | 14400 | 341 280 | 79,50 | 1144800,00 | 26 | 2,40 | 0,09 | 30715 |
| 28 24 | 4000 | 100000 | 30,50 | 122 000 | 2 958 000 | 5,00 | 14400 | 355 680 | 79,50 | 1144800,00 | 29 | 2,20 | 0,1 | 35568 |
| 28 25 | 4000 | 104000 | 31,00 | 124 000 | 3 082 000 | 5,00 | 14400 | 370 080 | 79,00 | 1137600,00 | 34 | 2,80 | 0,13 | 48110 |
| 28 26 | 4000 | 108000 | 30,50 | 122 000 | 3 204 000 | 5,00 | 14400 | 384 480 | 78,50 | 1130400,00 | 27 | 2,50 | 0,08 | 30758 |
| 28 27 | 4000 | 112000 | 31,00 | 124 000 | 3 328 000 | 5,50 | 15840 | 400 320 | 79,00 | 1251360,00 | 25 | 2,20 | 0,1 | 40032 |
| 28 28 | 4000 | 116000 | 31,00 | 124 000 | 3 452 000 | 6,00 | 17280 | 417 600 | 79,00 | 1365120,00 | 31 | 3,10 | 0,1 | 41760 |
| 29 17 | 4000 | 120000 | 30,00 | 120 000 | 3 572 000 | 5,00 | 14400 | 432 000 | 79,50 | 1144800,00 | 30 | 2,20 | 0,1 | 43200 |
| 29 18 | 4000 | 124000 | 30,00 | 120 000 | 3 692 000 | 5,00 | 14400 | 446 400 | 79,50 | 1144800,00 | 29 | 2,00 | 0,11 | 49104 |
| 29 19 | 4000 | 128000 | 31,50 | 126 000 | 3 818 000 | 5,00 | 14400 | 460 800 | 79,50 | 1144800,00 | 30 | 2,30 | 0,1 | 46080 |
| 29 20 | 4000 | 132000 | 31,50 | 126 000 | 3 944 000 | 5,00 | 14400 | 475 200 | 79,50 | 1144800,00 | 31 | 2,10 | 0,09 | 42768 |
| 29 21 | 4000 | 136000 | 31,00 | 124 000 | 4 068 000 | 5,00 | 14400 | 489 600 | 79,50 | 1144800,00 | 25 | 2,30 | 0,1 | 48960 |
| 29 22 | 4000 | 140000 | 31,00 | 124 000 | 4 192 000 | 5,00 | 14400 | 504 000 | 80,00 | 1152000,00 | 27 | 2,20 | 0,1 | 50400 |
| 29 23 | 4000 | 144000 | 31,00 | 124 000 | 4 316 000 | 5,00 | 14400 | 518 400 | 80,00 | 1152000,00 | 26 | 2,40 | 0,09 | 46656 |
| 29 24 | 4000 | 148000 | 31,00 | 124 000 | 4 440 000 | 5,00 | 14400 | 532 800 | 79,50 | 1144800,00 | 29 | 2,20 | 0,1 | 53280 |
| 29 25 | 4000 | 152000 | 31,50 | 126 000 | 4 566 000 | 5,00 | 14400 | 547 200 | 78,50 | 1130400,00 | 34 | 2,80 | 0,13 | 71136 |
| 29 26 | 4000 | 156000 | 31,50 | 126 000 | 4 692 000 | 5,50 | 15840 | 563 040 | 78,50 | 1243440,00 | 27 | 2,50 | 0,08 | 45043 |
| 29 27 | 4000 | 160000 | 31,50 | 126 000 | 4 818 000 | 6,00 | 17280 | 580 320 | 79,00 | 1365120,00 | 25 | 2,20 | 0,1 | 58032 |
| 29 28 | 4000 | 164000 | 32,00 | 128 000 | 4 946 000 | 6,00 | 17280 | 597 600 | 79,50 | 1373760,00 | 31 | 3,10 | 0,1 | 59760 |
| 30 17 | 4000 | 168000 | 30,00 | 120 000 | 5 066 000 | 5,00 | 14400 | 612 000 | 79,50 | 1144800,00 | 31 | 2,20 | 0,1 | 61200 |
| 30 18 | 4000 | 172000 | 30,50 | 122 000 | 5 188 000 | 5,00 | 14400 | 626 400 | 79,50 | 1144800,00 | 28 | 1,80 | 0,1 | 62640 |

84




| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 19 | 4000 | 176000 | 32,00 | 128 000 | 5 316 000 | 5,00 | 14400 | 640 800 | 79,50 | 1144800,00 | 27 | 2,20 | 0,1 | 64080 |
| 30 20 | 4000 | 180000 | 32,00 | 128 000 | 5 444 000 | 5,00 | 14400 | 655 200 | 79,50 | 1144800,00 | 31 | 2,10 | 0,09 | 58968 |
| 30 21 | 4000 | 184000 | 31,00 | 124 000 | 5 568 000 | 5,00 | 14400 | 669 600 | 79,50 | 1144800,00 | 25 | 2,30 | 0,1 | 66960 |
| 30 22 | 4000 | 188000 | 31,00 | 124 000 | 5 692 000 | 5,00 | 14400 | 684 000 | 80,00 | 1152000,00 | 27 | 2,20 | 0,1 | 68400 |
| 30 23 | 4000 | 192000 | 30,50 | 122 000 | 5 814 000 | 5,50 | 15840 | 699 840 | 80,00 | 1267200,00 | 26 | 2,40 | 0,09 | 62986 |
| 30 24 | 4000 | 196000 | 30,00 | 120 000 | 5 934 000 | 5,50 | 15840 | 715 680 | 79,50 | 1259280,00 | 29 | 2,20 | 0,1 | 71568 |
| 30 25 | 4000 | 200000 | 32,00 | 128 000 | 6 062 000 | 5,50 | 15840 | 731 520 | 78,50 | 1243440,00 | 34 | 2,80 | 0,13 | 95098 |
| 30 26 | 4000 | 204000 | 33,00 | 132 000 | 6 194 000 | 5,50 | 15840 | 747 360 | 78,50 | 1243440,00 | 27 | 2,50 | 0,08 | 59789 |
| 30 27 | 4000 | 208000 | 33,00 | 132 000 | 6 326 000 | 5,50 | 15840 | 763 200 | 79,00 | 1251360,00 | 25 | 2,20 | 0,1 | 76320 |
| 30 28 | 4000 | 212000 | 33,50 | 134 000 | 6 460 000 | 6,00 | 17280 | 780 480 | 79,50 | 1373760,00 | 31 | 3,10 | 0,1 | 78048 |
| 31 17 | 4000 | 216000 | 32,00 | 128 000 | 6 588 000 | 5,00 | 14400 | 794 880 | 79,50 | 1144800,00 | 31 | 2,20 | 0,1 | 79488 |
| 31 18 | 4000 | 220000 | 32,00 | 128 000 | 6 716 000 | 5,00 | 14400 | 809 280 | 79,50 | 1144800,00 | 28 | 1,80 | 0,1 | 80928 |
| 31 19 | 4000 | 224000 | 33,00 | 132 000 | 6 848 000 | 5,00 | 14400 | 823 680 | 79,50 | 1144800,00 | 27 | 2,20 | 0,1 | 82368 |
| 31 20 | 4000 | 228000 | 33,50 | 134 000 | 6 982 000 | 5,00 | 14400 | 838 080 | 79,50 | 1144800,00 | 31 | 2,10 | 0,09 | 75427 |
| 31 21 | 4000 | 232000 | 32,00 | 128 000 | 7 110 000 | 5,00 | 14400 | 852 480 | 80,00 | 1152000,00 | 25 | 2,30 | 0,1 | 85248 |
| 31 22 | 4000 | 236000 | 32,00 | 128 000 | 7 238 000 | 5,00 | 14400 | 866 880 | 80,00 | 1152000,00 | 27 | 2,20 | 0,1 | 86688 |
| 31 23 | 4000 | 240000 | 31,50 | 126 000 | 7 364 000 | 5,50 | 15840 | 882 720 | 80,00 | 1267200,00 | 26 | 2,40 | 0,09 | 79445 |
| 31 24 | 4000 | 244000 | 31,50 | 126 000 | 7 490 000 | 5,50 | 15840 | 898 560 | 80,00 | 1267200,00 | 29 | 2,20 | 0,1 | 89856 |
| 31 25 | 4000 | 248000 | 32,00 | 128 000 | 7 618 000 | 5,50 | 15840 | 914 400 | 78,50 | 1243440,00 | 34 | 2,80 | 0,13 | 118872 |
| 31 26 | 4000 | 252000 | 33,50 | 134 000 | 7 752 000 | 5,50 | 15840 | 930 240 | 78,50 | 1243440,00 | 27 | 2,50 | 0,08 | 74419 |
| 31 27 | 4000 | 256000 | 43,00 | 172 000 | 7 924 000 | 5,50 | 15840 | 946 080 | 79,00 | 1251360,00 | 25 | 2,20 | 0,1 | 94608 |
| 31 28 | 4000 | 260000 | 34,50 | 138 000 | 8 062 000 | 6,00 | 17280 | 963 360 | 79,50 | 1373760,00 | 31 | 3,10 | 0,1 | 96336 |
| 32 17 | 4000 | 264000 | 33,00 | 132 000 | 8 194 000 | 5,00 | 14400 | 977 760 | 79,50 | 1144800,00 | 29 | 2,20 | 0,1 | 97776 |
| 32 18 | 4000 | 268000 | 33,50 | 134 000 | 8 328 000 | 5,00 | 14400 | 992 160 | 79,50 | 1144800,00 | 28 | 1,80 | 0,1 | 99216 |
| 32 19 | 4000 | 272000 | 34,00 | 136 000 | 8 464 000 | 5,00 | 14400 | 1 006 560 | 79,50 | 1144800,00 | 26 | 2,40 | 0,1 | 100656 |
| 32 20 | 4000 | 276000 | 34,00 | 136 000 | 8 600 000 | 5,00 | 14400 | 1 020 960 | 79,50 | 1144800,00 | 31 | 2,20 | 0,09 | 91886 |

 

| 32 21 | 4000 | 280000 | 33,00 | 132 000 | 8 732 000 | 5,00 | 14400 | 1 035 360 | 80,00 | 1152000,00 | 25 | 2,30 | 0,1 | 103536 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 22 | 4000 | 284000 | 32,50 | 130 000 | 8 862 000 | 5,50 | 15840 | 1 051 200 | 80,00 | 1267200,00 | 27 | 2,20 | 0,1 | 105120 |
| 32 23 | 4000 | 288000 | 32,00 | 128 000 | 8 990 000 | 5,50 | 15840 | 1 067 040 | 80,00 | 1267200,00 | 26 | 2,40 | 0,09 | 96034 |
| 32 24 | 4000 | 292000 | 32,00 | 128 000 | 9 118 000 | 5,50 | 15840 | 1 082 880 | 80,00 | 1267200,00 | 29 | 2,20 | 0,1 | 108288 |
| 32 25 | 4000 | 296000 | 33,00 | 132 000 | 9 250 000 | 5,50 | 15840 | 1 098 720 | 79,00 | 1251360,00 | 34 | 2,80 | 0,13 | 142834 |
| 32 26 | 4000 | 300000 | 34,00 | 136 000 | 9 386 000 | 5,50 | 15840 | 1 114 560 | 79,00 | 1251360,00 | 27 | 2,50 | 0,08 | 89165 |
| 32 27 | 4000 | 304000 | 34,00 | 136 000 | 9 522 000 | 5,50 | 15840 | 1 130 400 | 79,00 | 1251360,00 | 25 | 2,20 | 0,1 | 113040 |
| 32 28 | 4000 | 308000 | 35,00 | 140 000 | 9 662 000 | 6,00 | 17280 | 1 147 680 | 79,50 | 1373760,00 | 31 | 3,10 | 0,1 | 114768 |
| 33 17 | 4000 | 312000 | 34,00 | 136 000 | 9 798 000 | 5,00 | 14400 | 1 162 080 | 79,50 | 1144800,00 | 29 | 2,20 | 0,1 | 116208 |
| 33 18 | 4000 | 316000 | 34,50 | 138 000 | 9 936 000 | 5,00 | 14400 | 1 176 480 | 79,50 | 1144800,00 | 28 | 1,80 | 0,1 | 117648 |
| 33 19 | 4000 | 320000 | 35,00 | 140 000 | 10 076 000 | 5,00 | 14400 | 1 190 880 | 79,50 | 1144800,00 | 26 | 2,40 | 0,1 | 119088 |
| 33 20 | 4000 | 324000 | 34,50 | 138 000 | 10 214 000 | 5,00 | 14400 | 1 205 280 | 79,50 | 1144800,00 | 31 | 2,20 | 0,09 | 108475 |
| 33 21 | 4000 | 328000 | 34,50 | 138 000 | 10 352 000 | 5,50 | 15840 | 1 221 120 | 80,00 | 1267200,00 | 25 | 2,30 | 0,1 | 122112 |
| 33 22 | 4000 | 332000 | 34,00 | 136 000 | 10 488 000 | 5,50 | 15840 | 1 236 960 | 80,00 | 1267200,00 | 27 | 2,20 | 0,1 | 123696 |
| 33 23 | 4000 | 336000 | 33,00 | 132 000 | 10 620 000 | 5,50 | 15840 | 1 252 800 | 80,00 | 1267200,00 | 26 | 2,40 | 0,09 | 112752 |
| 33 24 | 4000 | 340000 | 32,00 | 128 000 | 10 748 000 | 5,50 | 15840 | 1 268 640 | 80,00 | 1267200,00 | 29 | 2,20 | 0,1 | 126864 |
| 33 25 | 4000 | 344000 | 34,00 | 136 000 | 10 884 000 | 5,50 | 15840 | 1 284 480 | 79,00 | 1251360,00 | 34 | 2,80 | 0,13 | 166982 |
| 33 26 | 4000 | 348000 | 35,00 | 140 000 | 11 024 000 | 5,50 | 15840 | 1 300 320 | 79,00 | 1251360,00 | 27 | 2,50 | 0,08 | 104026 |
| 33 27 | 4000 | 352000 | 36,00 | 144 000 | 11 168 000 | 5,50 | 15840 | 1 316 160 | 79,50 | 1259280,00 | 25 | 2,20 | 0,1 | 131616 |
| 33 28 | 4000 | 356000 | 36,50 | 146 000 | 11 314 000 | 6,00 | 17280 | 1 333 440 | 79,50 | 1373760,00 | 31 | 3,10 | 0,1 | 133344 |
| 34 17 | 4000 | 360000 | 34,50 | 138 000 | 11 452 000 | 5,00 | 14400 | 1 347 840 | 78,50 | 1130400,00 | 31 | 3,10 | 0,1 | 134784 |
| 34 18 | 4000 | 364000 | 35,50 | 142 000 | 11 594 000 | 5,00 | 14400 | 1 362 240 | 78,50 | 1130400,00 | 25 | 2,20 | 0,1 | 136224 |
| 34 19 | 4000 | 368000 | 36,00 | 144 000 | 11 738 000 | 5,00 | 14400 | 1 376 640 | 79,00 | 1137600,00 | 27 | 2,50 | 0,08 | 110131 |
| 34 20 | 4000 | 372000 | 36,00 | 144 000 | 11 882 000 | 5,50 | 15840 | 1 392 480 | 79,50 | 1259280,00 | 34 | 2,80 | 0,1 | 139248 |
| 34 21 | 4000 | 376000 | 35,00 | 140 000 | 12 022 000 | 5,50 | 15840 | 1 408 320 | 79,50 | 1259280,00 | 29 | 2,20 | 0,1 | 140832 |
| 34 22 | 4000 | 380000 | 34,00 | 136 000 | 12 158 000 | 5,50 | 15840 | 1 424 160 | 80,00 | 1267200,00 | 26 | 2,40 | 0,09 | 128174 |

  

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 23 | 4000 | 384000 | 33,00 | 132 000 | 12 290 000 | 5,50 | 15840 | 1 440 000 | 80,00 | 1267200,00 | 27 | 2,20 | 0,1 | 144000 |
| 34 24 | 4000 | 388000 | 33,00 | 132 000 | 12 422 000 | 5,50 | 15840 | 1 455 840 | 80,00 | 1267200,00 | 25 | 2,30 | 0,1 | 145584 |
| 34 25 | 4000 | 392000 | 34,50 | 138 000 | 12 560 000 | 5,50 | 15840 | 1 471 680 | 79,50 | 1259280,00 | 31 | 2,20 | 0,1 | 147168 |
| 34 26 | 4000 | 396000 | 35,00 | 140 000 | 12 700 000 | 5,50 | 15840 | 1 487 520 | 79,50 | 1259280,00 | 26 | 2,40 | 0,09 | 133877 |
| 34 27 | 4000 | 400000 | 36,00 | 144 000 | 12 844 000 | 5,50 | 15840 | 1 503 360 | 79,50 | 1259280,00 | 28 | 1,80 | 0,1 | 150336 |
| 34 28 | 4000 | 404000 | 38,00 | 152 000 | 12 996 000 | 6,00 | 17280 | 1 520 640 | 79,50 | 1373760,00 | 29 | 2,20 | 0,1 | 152064 |
| 35 17 | 4000 | 408000 | 36,00 | 144 000 | 13 140 000 | 5,00 | 14400 | 1 535 040 | 78,50 | 1130400,00 | 31 | 3,10 | 0,1 | 153504 |
| 35 18 | 4000 | 412000 | 36,00 | 144 000 | 13 284 000 | 5,00 | 14400 | 1 549 440 | 78,50 | 1130400,00 | 25 | 2,20 | 0,1 | 154944 |
| 35 19 | 4000 | 416000 | 36,00 | 144 000 | 13 428 000 | 5,00 | 14400 | 1 563 840 | 78,50 | 1130400,00 | 27 | 2,50 | 0,08 | 125107 |
| 35 20 | 4000 | 420000 | 36,00 | 144 000 | 13 572 000 | 5,50 | 15840 | 1 579 680 | 79,50 | 1259280,00 | 34 | 2,80 | 0,1 | 157968 |
| 35 21 | 4000 | 424000 | 36,00 | 144 000 | 13 716 000 | 5,50 | 15840 | 1 595 520 | 79,50 | 1259280,00 | 29 | 2,20 | 0,1 | 159552 |
| 35 22 | 4000 | 428000 | 35,00 | 140 000 | 13 856 000 | 5,50 | 15840 | 1 611 360 | 80,00 | 1267200,00 | 26 | 2,40 | 0,09 | 145022 |
| 35 23 | 4000 | 432000 | 34,00 | 136 000 | 13 992 000 | 5,50 | 15840 | 1 627 200 | 80,00 | 1267200,00 | 27 | 2,20 | 0,1 | 162720 |
| 35 24 | 4000 | 436000 | 34,00 | 136 000 | 14 128 000 | 5,50 | 15840 | 1 643 040 | 80,00 | 1267200,00 | 25 | 2,30 | 0,1 | 164304 |
| 35 25 | 4000 | 440000 | 34,50 | 138 000 | 14 266 000 | 5,50 | 15840 | 1 658 880 | 79,50 | 1259280,00 | 31 | 2,20 | 0,1 | 165888 |
| 35 26 | 4000 | 444000 | 36,00 | 144 000 | 14 410 000 | 5,50 | 15840 | 1 674 720 | 79,50 | 1259280,00 | 26 | 2,40 | 0,09 | 150725 |
| 35 27 | 4000 | 448000 | 37,50 | 150 000 | 14 560 000 | 6,00 | 17280 | 1 692 000 | 79,50 | 1373760,00 | 28 | 1,80 | 0,1 | 169200 |
| 35 28 | 4000 | 452000 | 38,00 | 152 000 | 14 712 000 | 6,00 | 17280 | 1 709 280 | 79,50 | 1373760,00 | 29 | 2,20 | 0,1 | 170928 |
| 36 17 | 4000 | 456000 | 37,00 | 148 000 | 14 860 000 | 5,00 | 14400 | 1 723 680 | 78,50 | 1130400,00 | 25 | 2,20 | 0,1 | 172368 |
| 36 18 | 4000 | 460000 | 37,00 | 148 000 | 15 008 000 | 5,00 | 14400 | 1 738 080 | 78,50 | 1130400,00 | 27 | 2,50 | 0,1 | 173808 |
| 36 19 | 4000 | 464000 | 36,50 | 146 000 | 15 154 000 | 5,00 | 14400 | 1 752 480 | 78,50 | 1130400,00 | 31 | 3,10 | 0,08 | 140198 |
| 36 20 | 4000 | 468000 | 36,50 | 146 000 | 15 300 000 | 5,50 | 15840 | 1 768 320 | 79,50 | 1259280,00 | 34 | 2,80 | 0,1 | 176832 |
| 36 21 | 4000 | 472000 | 36,00 | 144 000 | 15 444 000 | 5,50 | 15840 | 1 784 160 | 79,50 | 1259280,00 | 26 | 2,20 | 0,1 | 178416 |
| 36 22 | 4000 | 476000 | 35,50 | 142 000 | 15 586 000 | 5,50 | 15840 | 1 800 000 | 79,50 | 1259280,00 | 29 | 2,20 | 0,09 | 162000 |
| 36 23 | 4000 | 480000 | 35,00 | 140 000 | 15 726 000 | 5,50 | 15840 | 1 815 840 | 79,50 | 1259280,00 | 31 | 2,30 | 0,1 | 181584 |
| 36 24 | 4000 | 484000 | 35,00 | 140 000 | 15 866 000 | 5,50 | 15840 | 1 831 680 | 79,50 | 1259280,00 | 25 | 2,20 | 0,1 | 183168 |

87




| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 25 | 4000 | 488000 | 36,00 | 144 000 | 16 010 000 | 5,50 | 15840 | 1 847 520 | 79,50 | 1259280,00 | 27 | 2,40 | 0,1 | 184752 |
| 36 26 | 4000 | 492000 | 37,00 | 148 000 | 16 158 000 | 5,50 | 15840 | 1 863 360 | 79,50 | 1259280,00 | 26 | 2,40 | 0,09 | 167702 |
| 36 27 | 4000 | 496000 | 38,00 | 152 000 | 16 310 000 | 6,00 | 17280 | 1 880 640 | 79,50 | 1373760,00 | 28 | 1,80 | 0,1 | 188064 |
| 36 28 | 4000 | 500000 | 39,00 | 156 000 | 16 466 000 | 6,00 | 17280 | 1 897 920 | 79,50 | 1373760,00 | 29 | 2,20 | 0,1 | 189792 |
| 37 17 | 4000 | 504000 | 38,50 | 154 000 | 16 620 000 | 5,00 | 14400 | 1 912 320 | 78,50 | 1130400,00 | 25 | 2,20 | 0,1 | 191232 |
| 37 18 | 4000 | 508000 | 38,00 | 152 000 | 16 772 000 | 5,00 | 14400 | 1 926 720 | 78,50 | 1130400,00 | 27 | 2,50 | 0,1 | 192672 |
| 37 19 | 4000 | 512000 | 38,00 | 152 000 | 16 924 000 | 5,00 | 14400 | 1 941 120 | 78,50 | 1130400,00 | 31 | 3,10 | 0,08 | 155290 |
| 37 20 | 4000 | 516000 | 37,00 | 148 000 | 17 072 000 | 5,50 | 15840 | 1 956 960 | 79,50 | 1259280,00 | 34 | 2,80 | 0,1 | 195696 |
| 37 21 | 4000 | 520000 | 37,00 | 148 000 | 17 220 000 | 5,50 | 15840 | 1 972 800 | 79,50 | 1259280,00 | 26 | 2,20 | 0,1 | 197280 |
| 37 22 | 4000 | 524000 | 36,00 | 144 000 | 17 364 000 | 5,50 | 15840 | 1 988 640 | 79,50 | 1259280,00 | 29 | 2,20 | 0,09 | 178978 |
| 37 23 | 4000 | 528000 | 36,00 | 144 000 | 17 508 000 | 5,50 | 15840 | 2 004 480 | 79,50 | 1259280,00 | 31 | 2,30 | 0,1 | 200448 |
| 37 24 | 4000 | 532000 | 36,00 | 144 000 | 17 652 000 | 5,50 | 15840 | 2 020 320 | 79,50 | 1259280,00 | 25 | 2,20 | 0,1 | 202032 |
| 37 25 | 4000 | 536000 | 36,50 | 146 000 | 17 798 000 | 5,50 | 15840 | 2 036 160 | 79,50 | 1259280,00 | 27 | 2,40 | 0,1 | 203616 |
| 37 26 | 4000 | 540000 | 37,00 | 148 000 | 17 946 000 | 6,00 | 17280 | 2 053 440 | 79,50 | 1373760,00 | 26 | 2,40 | 0,09 | 184810 |
| 37 27 | 4000 | 544000 | 38,50 | 154 000 | 18 100 000 | 6,00 | 17280 | 2 070 720 | 79,50 | 1373760,00 | 28 | 1,80 | 0,1 | 207072 |
| 37 28 | 4000 | **548000** | 40,00 | 160 000 | **18 260 000** | 6,00 | 17280 | **2 088 000** | 79,50 | 1373760,00 | 29 | 2,20 | 0,1 | 208800 |
| Total | | 548000 | | | 18 260 000 | | | 2 088 000 | | 165 912 480 | | | | |
| | | | | | | | | | | 79,46 | | | | |

33,32116788

**2 900 000**

| Ratio | 6,30 |
|---|---|




# Annexe 2

**Les résultats des observations lithologiques et les analyses physiques et chimiques des sondages effectués à la mine G zone Bulls.**

## MOIS DE Mai 2012

| N° de sondage | Rect C1 en (m) | puissance en (m) | Observations | Analyses physiques | | | | Analyses chimiques | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | % H$_2$O | % > 2 mm | %> 25 mm | RP (%) | % BPL /L | % BPL/ L | % Sio2/ L | Cd /L (ppm) | % Fe2o3 |
| 1 | 5,7 | 4,7 | phosphate avec des concrétions siliceuses | 6,39 | 6,27 | * | 82,65 | 52,2 | 62,7 | 17,2 | 64 | 0,1 |
| 2 | 6,2 | 2,4 | phosphate dure en blocs | irrécupérable | | | | | | | | |
| 3 | 5 | 2,4 | phosphate dure en blocs | | | | | | | | | |
| 4 | 5 | 3,4 | phosphate dure en blocs | 4,61 | 6,57 | * | 82,68 | 51,6 | 57,4 | 23,6 | 45 | 0,63 |
| 5 | 4 | 3,4 | phosphate dure en blocs | 7,44 | 24,94 | * | 62,42 | 41,1 | 50,7 | 27 | 79 | 1,33 |
| 6 | 4,8 | 2,8 | phosphate meuble jaune foncé | 6,05 | 10,85 | * | 67,59 | 66,4 | 70,6 | 11,1 | 52 | 0,63 |
| 7 | 6 | 2,4 | 50 cm phosphate en blocs supérieur à 6,5 Phosphate grossier gris foncé d'un aspect sablé | 3,61 | 7,85 | * | 85,49 | 9,2 | 16,4 | 50,2 | 21 | 0,91 |
| 8 | 8 | 3,8 | phosphate meuble gris et beige foncé | 5,56 | 13,62 | * | 77,76 | 66,4 | 78,6 | 5,2 | 57 | 0,19 |
| 9 | 7,4 | 2,6 | phosphate meuble foncé | 5,98 | 2,41 | * | 87,43 | 74,8 | 79,2 | 4,3 | 58 | 0,13 |
| 10 | 3,6 | 2,7 | intercalaire de 80 cm avec 2 niveaux de phosphates meubles | 3,22 | 0,3 | * | 91,29 | 51,9 | 58,8 | 28,7 | 74 | 0,14 |
| | | | | 5,88 | 2,16 | * | 84,11 | 48,2 | 53 | 40,2 | 62 | 0,42 |
| 11 | 7 | 3 | phosphate meuble : degré d'induration = 4 | 2,79 | 2,85 | * | 91,6 | 47,6 | 51 | 36,8 | 55 | 0,36 |
| 12 | 7,4 | 4,2 | phosphate induré, sablé et claire | 3,04 | 4,4 | * | 88,45 | 38,2 | 44,3 | 42,5 | 49 | 0,38 |
| 13 | 4,8 | 3 | intercalaire de 80 cm séparé un niveau meuble et un autre consolidé | 4,85 | 5,9 | * | 79,45 | 32,8 | 40,4 | 44,3 | 41 | 0,92 |
| 14 | 2,2 | 1,4 | phosphate calcifié grisâtre | irrécupérable | | | | | | | | |

 

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 3 | 2,6 | phosphate consolidé et calcifié | | | | | | | | | |
| 16 | 3,6 | 4 | phosphate consolidé et calcifié | | | | | | | | | |
| 17 | 3,2 | 4,4 | niveau supérieur calcifié et niveau inférieur à concrétion | 4,56 | 3,26 | * | 82,01 | 61,5 | 72,6 | 12,3 | 51 | 0,33 |
| 18 | 5,2 | 3,4 | phosphate meuble avec des concrétions | 3,86 | 1,63 | * | 77,72 | | | | | |
| 19 | 6 | 2,7 | phosphate meuble avec des concrétions | 6,1 | 2,94 | * | 78,3 | 72,3 | 79,5 | 4,1 | 66 | 0,09 |
| 20 | 6 | 2,8 | phosphate meuble grisâtre | 5,17 | 2,6 | * | 87,59 | | | | | |
| 21 | 5,7 | 2,7 | phosphate grisâtre meuble | 5,06 | 4,38 | * | 82,6 | 70,3 | 77,2 | 5,2 | 78 | 0,18 |
| 22 | 4,2 | 2,8 | niveau phosphaté à concrétion et niveau phosphaté meuble | 4,43 | 1,48 | * | 87,83 | | | | | |
| 23 | 3,8 | 3,2 | phosphate calcifié consolidé | 5,81 | 37,45 | * | 51,02 | 50,8 | 73,1 | 6,9 | 65 | 0,52 |
| 24 | 3 | 3 | phosphate calcifié consolidé | 8,22 | 26,36 | * | 55,74 | | | | | |
| 25 | 3,8 | 3,1 | phosphate calcifié et silicifié | | | | | | | | | |
| 26 | 4,2 | 3,1 | phosphate calcifié et consolidé | 5,84 | 19,59 | * | 71,59 | 49,2 | 65,4 | 11,5 | 64 | 0,99 |
| 27 | 4,1 | 3,7 | phosphate grisâtre calcifié avec des concrétions | 5,05 | 0,92 | * | 89,33 | | | | | |
| 28 | 5,8 | 2,6 | niveau supérieur calcifié (1,3m) et niveau inférieur meuble | 5,55 | 0,53 | * | 82,96 | 74,2 | 80,4 | 4,4 | 65 | 0,12 |
| 29 | 6,6 | 2,4 | phosphate meuble grisâtre | 12,2 | 0,73 | * | 90,78 | | | | | |
| 30 | 6,2 | 3,6 | phosphate meuble grisâtre | 6,59 | 1,71 | | 81,26 | 76,3 | 79,6 | 4 | 70 | 0,09 |
| 31 | 6 | 3,2 | phosphate meuble grisâtre | 5,81 | 0,14 | * | 89,36 | 78,1 | 82,4 | 1,8 | 49 | 0,07 |
| 32 | 6 | 1 | phosphate meuble grisâtre, puissance faible (1m) | 5,18 | 0,2 | * | 93,8 | 77,8 | 82,4 | 1,8 | 62 | 0,09 |
| 33 | 5,2 | 3,6 | phosphate meuble grisâtre avec intercalaire de 20 cm | 5,54 | 0,3 | * | 87,71 | 75,6 | 81,5 | 2,2 | 63 | 0,09 |
| 34 | 6 | 3 | phosphate meuble grisâtre | 6,94 | 0,28 | * | 91,19 | 75,8 | 82,1 | 1,8 | 58 | 0,09 |
| 35 | 3,6 | 4,8 | phosphate meuble avec un intercalaire mince | 5,76 | 0,76 | * | 85,83 | 74,3 | 79,6 | 4 | 64 | 0,1 |
| 36 | 3,4 | 4,6 | phosphate meuble | 5,44 | 3,11 | * | 77,25 | 71,9 | 78,3 | 4,4 | 61 | 0,14 |
| 37 | 3,2 | 4,6 | phosphate grisâtre meuble | 5,21 | 1,14 | * | 81,47 | 72,3 | 78,1 | 3,9 | 59 | 0,13 |
| 38 | 3 | 4,8 | phosphate grisâtre meuble | 7,06 | 1,56 | * | 76,15 | 71,8 | 77,3 | 3,9 | 60 | 0,14 |

 
| 39 | 2,6 | 4,4 | phosphate consolidé grisâtre | 7,47 | 3,69 | * | 78,62 | 71,1 | 77,5 | 3,9 | 140 | 0,08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 3,6 | 4,8 | phosphate meuble | 5,12 | 0,24 | * | 91,52 | 77 | 82,4 | 1,7 | 70 | 0,07 |
| 41 | 3,8 | 5,3 | phosphate grisâtre meuble | 6,45 | 1,1 | * | 87,99 | 75,9 | 81 | 2,5 | 73 | 0,07 |
| 42 | 4,8 | 5,4 | phosphate meuble jaune grisâtre | 6,38 | 0,69 | * | 82,38 | 74,7 | 81,4 | 2,6 | 66 | 0,06 |
| 43 | 4,3 | 4 | 1er niveau Phosphate meuble gris, 2eme niveau phosphate consolidé, 3eme niveau meuble à concrétions siliceuses. | 5,44 | 0,42 | * | 90,54 | 76,6 | 81,6 | 2,4 | 74 | 0,08 |
| 44 | 3,8 | 4,4 | intercalaire sépare 2 niveaux meuble à concrétions siliceuses | 5,11 | 1,2 | - | 88,15 | 76,9 | 80,3 | 3,8 | 84 | 0,09 |
| 45 | 5,2 | 2,6 | phosphate meuble à concrétion siliceuses | 6,5 | 5,78 | - | 83,88 | 75,6 | 79,7 | 4,3 | 74 | 0,12 |
| 46 | 5 | 2,4 | intercalaire sépare 2 niveau 1er phosphate meuble à concrétion, 2eme phosphate meuble | 5,74 | 0,78 | - | 84,51 | 73,5 | 79,4 | 4,40 | 88 | 0,11 |
| 47 | 4,9 | 2,3 | intercalaire sépare phosphate meuble à concrétions siliceuses | 6,92 | 6,08 | - | 76,99 | 74,1 | 78,9 | 4,70 | 69 | 0,12 |
| 48 | 4,8 | 2,2 | 1er niveau phosphate meuble à concrétions, 2eme niveau meuble gris | 5,36 | 1,71 | - | 75,88 | 73,6 | 79 | 4,60 | 91 | 0,08 |
| 49 | 4 | 3,8 | intercalaire sépare 2 niveau: $1^{er}$ phosphate meuble gris, 2éme niveau meuble à concrétion | 5,51 | 1 | - | 81,12 | 77,8 | 82,5 | 1,70 | 69 | 0,07 |
| 50 | 4,6 | 3,6 | phosphate meuble à concrétions siliceux | 5,43 | 1,17 | - | 90,26 | 78,1 | 82 | 1,90 | 71 | 0,08 |
| 51 | 4,4 | 3,2 | phosphate meuble à concrétions siliceux | 5,07 | 0,76 | - | 92,38 | 78,2 | 81,8 | 2,30 | 67 | 0,08 |
| 52 | 4 | 3,6 | phosphate meuble à concrétions siliceux | 4,86 | 2,54 | - | 89,9 | 70,2 | 75,9 | 7,70 | 73 | 0,11 |
| 53 | 4 | 3,8 | phosphate meuble à concrétions siliceux | 4,49 | 1,48 | - | 86,85 | 73,8 | 79,4 | 4,10 | 68 | 0,2 |
| 54 | 3,8 | 3,4 | phosphate meuble à concrétions siliceux | 5,34 | 4,43 | - | 88,13 | 72,5 | 79,3 | 4,10 | 73 | 0,2 |
| 55 | 3,6 | 3,8 | phosphate meuble à concrétions siliceux | 5,67 | 2,67 | - | 88,95 | 75,4 | 83,1 | 1,80 | 65 | 0,12 |
| 56 | 3,7 | 4,1 | phosphate meuble à concrétions siliceux | 5,14 | 0,73 | - | 85,46 | 73,6 | 79,8 | 3,20 | 62 | 0,15 |
| 57 | 3,8 | 3,8 | phosphate calcifié | 6,26 | 3,68 | - | 85 | 69,8 | 75,9 | 7,60 | 72 | 0,19 |
| 58 | 3,8 | 3,6 | phosphate calcifié | 6,3 | 21,17 | - | 71,15 | 67,1 | 74,2 | 9,00 | 64 | 0,43 |
| 59 | 3,6 | 4,2 | Niveau supérieur phosphate meuble, niveau inférieur consolidé | 5,5 | 1,3 | - | 90,69 | 75,3 | 80,2 | 3,30 | 67 | 0,19 |

91




| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 3,8 | 3,5 | Niveau supérieur phosphate meuble, niveau inférieur consolidé | 4,79 | 8,35 | - | 79,58 | 72,2 | 78,3 | 4,60 | 72 | 0,16 |
| 61 | 3,8 | 3,4 | Niveau supérieur phosphate meuble, niveau inférieur consolidé | 4,17 | 7,59 | - | 86,72 | 74,3 | 79,9 | 3,90 | 67 | 0,14 |
| 62 | 4 | 3,4 | Niveau supérieur phosphate meuble, niveau inférieur consolidé | 3,91 | 7,61 | - | 81,79 | 70,2 | 76,4 | 5,80 | 62 | 0,33 |
| 63 | 4 | 3,4 | phosphate meuble grisâtre | 5,41 | 3,49 | - | 87,46 | 75,6 | 80,8 | 2,9 | 54 | 0,14 |
| 64 | 4,4 | 3,4 | Niveau supérieur phosphate consolidé, niveau inférieur meuble grisâtre | 5,4 | 0,51 | - | 91,01 | 76,1 | 80,8 | 2,9 | 69 | 0,12 |
| 65 | 4,5 | 3,9 | phosphate consolidé | | | | | | | | | |
| 66 | 5 | 3,6 | phosphate consolidé grisâtre | 5,61 | 0,67 | - | 91,26 | 70,8 | 78,2 | 4,6 | 46 | 0,19 |
| 67 | 5,2 | 3,56 | phosphate calcifié | | | | | | | | | |
| 68 | 4,8 | 2,2 | phosphate calcifié | | | | | | | | | |
| 69 | 4,6 | 2,8 | phosphate calcifié | | | | | | | | | |
| 70 | 5 | 4,7 | phosphate calcifié | | | | | | | | | |
| 71 | 5,2 | 4,2 | phosphate calcifié | | | | | | | | | |
| 72 | 4,8 | 2,7 | phosphate calcifié | 11,1 | 22,99 | - | 58,71 | 61,3 | 76,5 | 3,1 | 29 | 0,16 |
| 73 | 4,6 | 2,6 | phosphate calcifié | | | | | | | | | |
| 74 | 4,8 | 2,2 | phosphate calcifié | | | | | | | | | |
| 75 | 4,8 | 2 | phosphate calcifié | | | | | | | | | |
| 76 | 4 | 2,2 | phosphate calcifié | | | | | | | | | |
| 77 | 3,6 | 2,8 | phosphate calcifié | | | | | | | | | |
| 78 | 3,8 | 2,4 | phosphate calcifié | 13,2 | 7,57 | - | 74,47 | 70,9 | 77,9 | 2,5 | 22 | 0,13 |
| 79 | 3,4 | 2,8 | Niveau meuble gris entre 2 niveaux calcifiés | 6,81 | 16,07 | - | 61,13 | 63,2 | 80 | 4,2 | 45 | 0,26 |
| 80 | 3,6 | 2,4 | Niveau meuble gris entre 2 niveaux calcifiés | | | | | | | | | |
| 81 | 3,8 | 2,1 | phosphate calcifié | | | | | | | | | |
| 82 | 5,8 | 4 | phosphate calcifié et consolidée | 5,42 | 15,08 | - | 74,28 | 61,9 | 67 | 10,3 | 67 | 0,46 |
| 83 | 6 | 3,6 | phosphate calcifié | | | | | | | | | |
| 84 | 4,6 | 2,6 | phosphate calcifié et consolidée | 4,6 | 7,43 | - | 86,79 | 56,8 | 64,6 | 14,4 | 64 | 0,59 |
| 85 | 3 | 3,9 | phosphate calcifié et consolidée | | | | | | | | | |
| 86 | 3 | 3,2 | phosphate calcifié et consolidée | | | | | | | | | |



| 87 | 2,9 | 3 | phosphate calcifié et consolidée | 5,99 | 12,2 | - | 80,53 | 69,4 | 75,9 | 11,1 | 51 | 0,3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 2,9 | 2,9 | phosphate calcifié | 7,18 | 27,56 | - | 62,71 | 66 | 75,1 | 7,9 | 58 | 0,51 |
| 89 | 3 | 3 | phosphate calcifié | | | | | | | | | |
| 90 | 3 | 3,1 | phosphate calcifié | | | | | | | | | |
| 91 | 3,1 | 3 | phosphate calcifié | | | | | | | | | |
| 92 | 4 | 2,7 | phosphate calcifié | | | | | | | | | |
| 93 | 5,2 | 2,2 | Niveau calcifié entre 2 niveaux Meubles grisâtres | 5,37 | 9,09 | | 79,47 | 30,4 | 37,9 | 30,3 | 55 | |
| 94 | 5,8 | 1,6 | Niveau supérieur calcifié, niveau inférieur meuble gris | 4,6 | 4,9 | | 85,09 | 40,3 | 49,8 | 21,5 | 61 | |
| 95 | 6 | 1,4 | Niveau supérieur calcifié, niveau inférieur meuble gris | 5,65 | 20,5 | | 71,28 | 30,2 | 44,2 | 25,2 | 50 | |
| 96 | 5,2 | 2,2 | phosphate consolidé et calcifié | | | | | | | | | |
| 97 | 4,6 | 3 | phosphate consolidé | | | | | | | | | |
| 98 | 3,9 | 3,5 | phosphate consolidé | | | | | | | | | |
| 99 | 3,7 | 3,9 | phosphate consolidé | | | | | | | | | |
| 100 | 3,6 | 4 | phosphate consolidé | | | | | | | | | |
| 101 | 4,2 | 4,2 | phosphate consolidé | | | | | | | | | |
| 102 | 4,6 | 3,4 | phosphate consolidé et calcifié | | | | | | | | | |
| 103 | 3,8 | 4,4 | phosphate consolidé | | | | | | | | | |
| 104 | 4,8 | 4 | phosphate consolidé | | | | | | | | | |
| 105 | 4,6 | 3 | phosphate consolidé | | | | | | | | | |
| 106 | 7,5 | 4,1 | phosphate meuble gris | 4,22 | 2,11 | - | 81,99 | 73,1 | 81,1 | 2,5 | 82 | 0,1 |
| 107 | 7,4 | 4,4 | phosphate meuble gris | 5,66 | 2,03 | - | 83,72 | 71,6 | 80,6 | 3,1 | 65 | 0,14 |
| 108 | 4 | 3,8 | phosphate meuble gris | 5,47 | 1,6 | | 82,29 | 70,4 | 79,6 | 4 | 64 | 0,17 |
| 109 | 3,4 | 3 | phosphate meuble gris | 5,21 | 1,09 | | 86,58 | 72,2 | 80,5 | 3,3 | 53 | 0,12 |
| 110 | 2,5 | 5,1 | Niveau supérieur calcifié, niveau inférieur meuble gris | 5,94 | 5,32 | | 84,55 | 69,3 | 77,4 | 5,7 | 62 | 0,29 |
| 111 | 2,5 | 4,5 | Niveau supérieur calcifié, niveau inférieur meuble gris | 7,28 | 5,07 | | 82,19 | 68,6 | 78,2 | 5 | 51 | 0,21 |
| 112 | 2,4 | 4,5 | phosphate calcifié et silicifié | 9,21 | 18,44 | | 66,06 | 60,9 | 70,1 | 9,8 | 40 | 0,47 |
| 113 | 2,4 | 3,6 | phosphate calcifié | | | | | | | | | |

 

| 114 | 2,5 | 4,3 | phosphate meuble à concrétion siliceux | 6,02 | 10,19 | | 78,18 | 70,3 | 79,2 | 4,1 | 52 | 0,16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 2,9 | 4,3 | phosphate meuble gris | 5,95 | 0,37 | | 86,7 | 72,2 | 80,7 | 3,2 | 49 | 0,12 |
| 116 | 2,9 | 4,5 | phosphate meuble gris | 4,74 | 0,53 | | 89,47 | 73,6 | 81,2 | 2,7 | 60 | 0,08 |
| 117 | 4,1 | 3,5 | phosphate meuble à concrétion siliceux | 6,69 | 3,61 | | 84,58 | 72,9 | 80,3 | 3,6 | 61 | 0,11 |
| 118 | 2,5 | 4,2 | phosphate calcifié | | | | | | | | | |
| 119 | 2,6 | 3 | phosphate calcifié | | | | | | | | | |
| 120 | 2,7 | 2,9 | phosphate calcifié | | | | | | | | | |
| 121 | 2,6 | 2,8 | phosphate calcifié | | | | | | | | | |
| 122 | 2,5 | 3,4 | phosphate calcifié | | | | | | | | | |
| 123 | 2,8 | 2,9 | Niveau meuble gris entre 2 niveau calcifié | | | | | | | | | |
| moyenne | 4,32 | 3,35 | | 5,81 | 5,97 | - | 81,87 | 66,11 | 73,33 | 9,16 | 62,44 | 0,24 |
| Max | 8 | 5,4 | | 13,2 | 37,45 | - | 93,8 | 78,2 | 83,1 | 50,2 | 140 | 1,33 |
| Min | 2,2 | 1 | | 2,79 | 0,14 | - | 51,02 | 9,2 | 16,4 | 1,7 | 21 | 0,06 |

| 4,317 | 3,35 | 1,29 |
|---|---|---|
| moy.recvt.c1.en (m) | moy.puiss.c1.en (m) | recouvrement/puissance |

94




# TRANSLATION



| | |
|---|---|
| *Cadi Ayyad University* | **Office Chérifien des Phosphates** |
| *Faculty of Science and Technology* | *Phosboucraa* |
| *Department of Earth Sciences* | *IDB/EL/G Mining* |
| | *Division* |

*Bachelor's Degree in Science and Technology of Geology Applied to Mineral Resources*

*Thesis*

# Underground Prospecting -G- Bulls Area and Development of a Geological Cross-Section in Mine -B- Dragline Area

*Prepared by:*

## Mr. Y. AIT FARAJI

*Advisor:* L. DAOUDI (Professor, FST-Marrakech)

*Sponsor*: B. HAMADA (Head of the Planning Office)

*Supervisor:* A. BADR (Head of Methods and Planning)

**Defended on June 28, 2012, before a jury composed of:**
-*Prof. L. Daoudi: Faculty of Science and Technology, Marrakech*
-*Prof. B. Igmoullan: Faculty of Science and Technology, Marrakech*
-*Prof. S. Berrada: Faculty of Science and Technology, Marrakech*

*Academic Year: 2011–2012*

# *DEDICATION*

*This thesis is dedicated to my dear parents, who have supported me, stood by me, always believed in me, and provided me with all the necessary means to succeed in my studies.*

*We can never thank them enough for all they have done; may God reward them for all their kindness.*

*My sisters and brothers, who have encouraged me throughout my school years.*

*To my friends and colleagues, for their support and encouragement.*



# *Acknowledgments*

*It is my pleasure to express my heartfelt thanks to all those who made this report possible.*

*My deepest thanks to my supervisor, Mr. Lahcen DAOUDI, for his continuous guidance, valuable direction, and insightful advice, which were of considerable help during this project.*

*I would like to extend my deepest appreciation and gratitude to Mr. Achraf BADR, the supervisor of this internship, for providing the necessary assistance to ensure I never lacked support.*

*My sincere thanks also go to Mr. Brahim HAMADA, my internship mentor, for his guidance and the great effort he made to ensure the smooth running of this internship.*

*Finally, I would like to express my gratitude to everyone who contributed in any way to the completion of this work.*

2



# *Table of Contents*

INTRODUCTION ........................................................................................................................9

**Chapter I: Overview of the Office Chérifien des Phosphates Group** ..........................................10

  I- Introduction ..........................................................................................................................11

  II- Some Technical Details ......................................................................................................11

  III- History ..............................................................................................................................12

  IV- Geology Section ................................................................................................................14

  V- Phosphate Geology ............................................................................................................16

    1- Definition ........................................................................................................................16

    2- Origin ..............................................................................................................................17

    3- Geological age ................................................................................................................17

    4- Definitions and Terminology ..........................................................................................17

**Chapter II: The Oued Eddahab Basin—Boucraa Deposit** ..........................................................20

  I- Introduction ..........................................................................................................................21

  II- History ................................................................................................................................21

    1- First campaign ................................................................................................................21

    2- Second campaign ............................................................................................................22

    3- Third campaign ..............................................................................................................22

    4- Fourth campaign ............................................................................................................22

    5- Fifth campaign ................................................................................................................22

    6- Sixth campaign ..............................................................................................................22

  III- Geographical context of the Oued EDDAHAB basin ......................................................23

  IV- Geological setting of the Oued EDDAHAB basin ............................................................24

    1- The Overlying Strata ......................................................................................................25

    2- The Phosphate Series ......................................................................................................25

  V- Boucraâ Deposit ..................................................................................................................26

    1- Geographical Location ....................................................................................................26

    2- Geological Setting ..........................................................................................................28

      2-1- Typical cross-section of the Boucraâ deposit ............................................................28

      2-2- Overview of the Boucraâ Phosphates ......................................................................29

      2-3- Lithological description of the Boucraâ phosphate series ........................................30

      a- Overlie ......................................................................................................................30

      b- Phosphate Series ......................................................................................................31

        2-4- Stratigraphic overview of the entire basin ............................................................33

3- Mining method ........................................................................................................................34

    a) Drilling .........................................................................................................................35

    b) Blasting .......................................................................................................................35

    c) Stripping ......................................................................................................................35

        c-1 Dragline area ..................................................................................................35

        c-2 Bulldozer area ................................................................................................35

    d) Logging and transport ...................................................................................................36

    e) Flow management .........................................................................................................36

4- Ore processing ........................................................................................................................37

**Chapter III: Geological Study Following the Resumption of Operations in the B Mine, Dragline Zone ........................................................................................................................................40**

  I- Study of Mine B – Dragline Zone ...........................................................................................41

    1- Location of the study area ...........................................................................................41

    2- General overview of the phosphate series ..................................................................41

    3- Physical and chemical characteristics of layer 1 .......................................................41

      a) Structure of the top layer of Layer 1 ...........................................................................41

      b) Overlap heights of the roof in Layer 1 ........................................................................41

      c) Phosphate content of layer 1 .......................................................................................42

      d) Yield—weight of ore after washing ............................................................................42

      e) BPL content in washed ore ..........................................................................................45

  II- Layout and technical-economic study of the B zone Dragline mine ......................................45

    1- Creation of a lithological section of the last two benches, 26 and 27 ........................47

    2- Preparation of the isocoverage map ...........................................................................52

    3- Preparation of the isothickness map (isopach map) ...................................................54

    5- Estimation of reserves in the study area .....................................................................58

    6- Ore removal ................................................................................................................58

    7- Assessment of the necessary improvements and costs for resuming operations at Mine B ........................61

    8- Establishment of projected ore grades based on the 2012 mining sequences ............62

**Chapter IV: Exploration of Mine -G- Bulls Zone .......................................................................64**

  I- The Concept of Exploration ....................................................................................................65

  II- Study of the Mine –G– Bulls Zone ........................................................................................65

    1- Location of the Study Area .........................................................................................65

    2- General overview of the phosphate series ..................................................................67

    3- Physical and chemical characteristics of Layer 1 in the G Mine, Bulls Zone ...........67

      a) Structure of the roof of Seam 1 ...................................................................................68

      b) Height of overburden ..................................................................................................68

      c) Phosphate content .......................................................................................................68

d) Yield—weight of ore after washing .................................................................................... 68

e) BPL content in washed ore .................................................................................................. 68

4- Update on the 500m x 500m coarse-mesh survey ................................................................. 69

5- Fine-mesh survey 50m x 50m ............................................................................................... 69

a- Survey objective ................................................................................................................. 69

b-  Estimated details and description of the exploration of the G Mine in the Bulls area ............... 69

6- Execution phase and analysis of exploration data: (Appendix 2) ...................................... 76

7- Statistical parameters ........................................................................................................... 78

8- Data interpretation ............................................................................................................... 79

**Conclusion** ............................................................................................................................ **81**

**Bibliography** ........................................................................................................................ **82**

**Appendix 1** ........................................................................................................................... **83**

**Appendix 2** ........................................................................................................................... **89**

## *List of Figures:*

**Chapter I: Overview of the Office Chérifien des Phosphates Group**

Figure 1: Major Moroccan Phosphate Deposits .......................................................................... 13

Figure 2: Organizational chart of the Geology Department within the OCP Group ..................... 14

Figure 3: Work of the Geology Section .................................................................................... 16

**Chapter II: The Oued Eddahab Basin—Boucraa Deposit**

Figure 4: Geological reconnaissance areas of six companies ....................................................... 23

Figure 5: Geographic location of the Oued Eddahab Basin ........................................................ 24

Figure 6: Location of the Boucraâ deposit .................................................................................. 27

Figure 7: Site plan of the Boucraâ mine ...................................................................................... 27

Figure 8: Typical cross-section of the Boucraâ deposit ............................................................... 28

Figure 9: Phosphate quality by zone ........................................................................................... 29

Figure 10: Cross-section of the three zones at Boucraâ ............................................................... 30

Figure 11: Typical lithological section illustrating the subdivisions of Layer 1 ........................... 33

Figure 12: Operational stages of the extraction process ............................................................... 34

Figure 13: Summary of the extraction method ............................................................................. 36

Figure 14: Ore processing ............................................................................................................ 37

Figure 15: Main tailings pile at Boucraâ ...................................................................................... 38

5

Figure 16: Diagram summarizing the ore size classification method .........................................................39

**Chapter III: Geological Study Following the Resumption of Operations in the B Mine, Dragline Zone**

Figure 17: General layout of Mine B.........................................................................................................43

Figure 18: Precise location of Mine B.......................................................................................................44

Figure 19: Layout of Mine B Dragline Zone.............................................................................................47

Figure 20: Areas studied at Mine B (trenches 26 and 27).........................................................................49

Figure 21: Lithological section of trenches 26 and 27 after pre-stripping ................................................50

Figure 22: Lithological section of trenches 26 and 27 before pre-stripping .............................................51

Figure 23: Map of the isocovers of the study area ....................................................................................53

Figure 24: Map of thickness contours for the study area ..........................................................................55

Figure 25: Map of BPL/L isoconcentrations in the study area..................................................................57

Figure 26: Condition of the Mine B Dragline Zone Outlets......................................................................59

Figure 27: The extraction chain for C1 using the pre-stripping method ...................................................62

Figure 28: Planned mining sequence for Mine B ......................................................................................63

**Chapter IV: Exploration of Mine G – Bulls Zone**

Figure 29: Location of Mine G, Bulls Zone..............................................................................................66

Figure 30: Studied (Prospected) Area at Mine G, Bulls Zone..................................................................67

Figure 31: Breakdown of the area studied at Mine G, Bulls Zone............................................................70

Figure 32: Prospecting.............................................................................................................................72

Figure 33: Cutting sampling method ........................................................................................................75

Figure 34: Drilling at the G Mine, Bulls Zone .........................................................................................77

Figure 35: The area to be mined in the G zone of the Bulls Mine ............................................................80

## *List of photos:*

**Chapter I: Overview of the Office Chérifien des Phosphates Group**

Photo 1: Phosphates...................................................................................................................................16

**Chapter II: The Oued Eddahab Basin—Boucraa Deposit**

**Chapter III: Geological Study Following the Resumption of Operations in the Dragline Zone of Mine B**

Photo 2: The surveyed area .......................................................................................................................47

Photo 3: Gully erosion ..............................................................................................................................48

**Chapter IV: Prospecting of Mine -G- Bulls Zone**

Photo 4: PIT-VIPER drill..........................................................................................................................71



Photo 5: Drilling................................................................................................................74

## *List of Tables*

**Chapter I: Overview of the Office Chérifien des Phosphates Group**

Table 1: Departments of the Planning Office ........................................................................15

Table 2: Degree of hardening............................................................................................18

**Chapter II: The Oued Eddahab Basin—Boucraa Deposit**

**Chapter III: Geological Study Following the Resumption of Operations in Mine B, Dragline Zone**

Table 3: Reserve Estimate for the Study Area (Mine B) ...............................................58

Table 4: Pre-stripping costs................................................................................................62

Table 5: Weighted grades of the projected ore grades for Mine B ..............................63

Table 6: Average distances for ore haulage from Mine B ............................................63

**Chapter IV: Exploration of Mine -G- Bulls Zone**

Table 7: Duration of exploration.......................................................................................73

Table 8: Condition of the drill during prospecting ........................................................73

Table 9: Statistical parameters of the drilling results for Mine G, Bulls Zone ............78

Table 11: Coordinates of the boundary points of the loose phosphate zone (area to be mined) ...................79

## *List of Abbreviations*

| Abbreviations | Meanings |
|---|---|
| OCP | Office Chérifien des Phosphates |
| IDB/EL/G | Boucraa Division/Laayoune Operations/Geology |
| C1 | Layer 1 |
| C2 | Layer 2 |
| Cd | Cadmium |
| SiO2 | Silica |
| Tsm | Dry and marketable tonnage |
| TNB | Boucraa North Silo |
| TSB | Boucraa South Hopper |
| BPL | Bone Phosphate of Lime |
| BPL/B | BPL on Raw |
| BPL/L | BPL on Washed |
| VKU | Volume per Unit Kilometer |
| TKU | Ton-Kilometer Unit |
| CM | Mining Cut |



# INTRODUCTION

The Boucraâ deposit has two phosphate-bearing levels: a main level, called Layer 1, and a secondary level, called Layer 2. This deposit is divided into two facies: the loose facies and the marginal facies, defined based on the degree of consolidation, BPL grades, and the thickness of the layer.

Prospecting was conducted at a 500 x 500 grid for BPL and 1000 x 1000 for other elements. This is insufficient for a better characterization and delineation of these two facies.

The Boucraâ mine focuses on the exploitation of Layer 1, which has a phosphate quality that meets customer requirements. In fact, mining began in the central zone (Mines A, B, and C). Once these mines were depleted, operations shifted northward (Mines D, E, and F), as the southern zone (Mines G, I, and H) has relatively high cadmium and silica contents.

Given customer demand and the issues with the thick overburden of Layer 1, it is necessary to transition to mining Layer 2. To this end, the research and development department conducted flotation tests that yielded an average BPL grade of 73.37%, with a concentrate grade of 54.18% BPL.

As part of the preparation for the 2012 mining program and the relocation of the 1370 W2 dragline to the south, the objective of my project is:

- ✓ Development of the lithological cross-section for the last two trenches, 26 and 27, at the B zone dragline.
- ✓ Interpolation of the lithological section and exploration pits in the unexploited areas.
- ✓ Preparation of isovalue maps for Mine B.
- ✓ Reserve assessments.
- ✓ Selection of mine B exits that allow for ore removal while minimizing haulage distance.
- ✓ Assessment of the infrastructure and costs required to resume operations at Mine B.
- ✓ Establishment of projected grades based on the 2012 mining sequences.
- ✓ Monitoring of prospecting in Mine G's Bulls zone using the PV 275.ùm sounder



# Chapter I

# <u>Overview of the Office Chérifien des Phosphates Group</u>



# I- Introduction :

The Office Chérifien des Phosphates (OCP) Group is a company with a structure that enables it to operate with the dynamism and efficiency of major international private enterprises.

The growth of the Office's activities and the scale of its projects have led to the establishment of a group structure that fosters synergy among the various entities within the same organization.

The OCP Group's mission is to extract, process, and vaporize phosphate, and to market it in its natural form or as derivative products such as phosphoric acid and fertilizers.

The group is an international operator in the phosphate and derivatives industry. It plays a very important role in Morocco's economic and social development. It ships to all five continents, and its exports account for 25 to 30% of the international trade in phosphates and their derivatives.

It comprises:

Three mining sites (Khouribga, Guantour, and Boucraa). Two chemical

processing plants (Safi and Jorf Lasfar).

Four shipping ports (Casablanca, Safi, Jorf Lasfar, and Laayoune)

Raw phosphate mined from the Moroccan subsoil is exported to the group's chemical plants in Safi or Jorf Lasfar to be processed into marketable derivatives, including phosphoric acid, purified phosphoric acid, and solid fertilizers.

Thus established, the group (OCP) consists, in addition to the Office, of a network of subsidiaries that work to provide the Office with the necessary resources to meet its needs:

(SOTREG, SMESI, IPSI, STAR, CERPHOS, IMSA, ..............................).

This gives the country its position in the global market: the 1st exporter of phosphate in all its forms,

the 1st exporter of phosphoric acid, and the 3rd largest producer worldwide.

## II- Some technical details :

- Company name: Office Chérifien des Phosphates (OCP)
- Legal form: semi-public entity
- Date of OCP's founding: August 7, 1920
- Date the group was established: 1975
- Headquarters location: Corner of Route d'El Jadida and Boulevard de la Grande Ceinture, Casablanca



- Board of Directors: the Prime Minister

- Foreign representative: OCP-Paris office

- Main             :               Extraction,   Processing,   Recovery,      processing
  and Marketing of Phosphates

- Mining sites: Khouribga, Guantour, and Boucraa.

- Mining processing sites: Khouribga, Laayoune, and Youssoufia.

- Chemical processing sites: Safi and Jorf Lasfar

- Shipping ports: Casablanca, Safi, Jorf Lasfar, and Laayoune

- Workforce (2004): 19,551 employees, including 850 engineers and related professionals

- Revenue (2004): nearly 19.3 billion MAD

## III-  's history:

Phosphate is Morocco's most abundant mineral resource. The company was founded in 1920 as the Office Chérifien du Phosphate (OCP) and became the OCP Group in 1975.

❖ 1920: Phosphate mining begins in Boujniba in the Khouribga region (March 1 1921). First phosphate export (July 23, 1921)

❖ 1930: Opening of a new phosphate production center: the Youssoufia center, then known as Louis-Gentil (1931).

❖ 1950: Implementation of the open-pit mining method in Khouribga (1958), reinforcing efforts that had been underway for decades in this area; followed by the creation of additional training and professional development units: the Boujniba Master's School (1965)

❖ 1960: Development of underground mechanization in Youssoufia

❖ Launch of Maroc Chimie in Safi for the production of phosphate derivatives: phosphoric acid and fertilizers (1965).

❖ 1970: Creation of the OCP Group. Organizational structure integrating OCP and its subsidiaries (1975), integration of a newly discovered mining center: the Phosboucraa Center (1976). Start-up of new processing units in Safi: Maroc Chimie II and Maroc Phosphore I (1976), followed by Maroc Phosphore II in 1981. Opening of a third production center at the newly discovered Ben Guerir site (1979).

❖ 1980: Industrial partnership in Belgium: Prayon (1981); launch of a new phosphate processing site: the Jorf Lassfar site, with Maroc Phosphore III-IV (1986).

❖ 1990: Exploration of new industrial partnership projects and capacity-building initiatives. Acceleration of the employee housing program (1993).

   Industrial partnerships with major players (1997), the EMAPHOS plant for purified phosphoric acid (Morocco/Belgium/Germany) in 1998, and the IMACID plant for phosphoric acid (Morocco/India) in 1999.

❖ 2000: Start-up of the phosphate flotation plant in Khouribga.

❖ 2004: Start-up of the phosphate flotation plant in Youssoufia



*Figure 1: Major Moroccan Phosphate Deposits.*

## IV- Geology Section:

The work of the Geology Department within the Office Chérifien generally focuses on the preparation of maps and reports on deposits for future exploitation.

All stages are carried out in collaboration with surveyors for the drilling grid and boreholes, as well as with exploration geologists to sample the facies for analysis and to draw the lithological cross-section of the mine.

In order to thoroughly study and collect all information on the deposit, it must be distributed to the relevant departments and sections to study the mining project.



*Figure 2: Organizational chart of the Geology Department within the OCP Group*

### Plans Office: IDB/EL/G

This Research Department consists of complementary sections that work together to carry out research and monitor site operations:

14

| Section | Terrain | Bureau |
|---|---|---|
| Topographie | <ul><li>Création points X, Y, Z.</li><li>Levé en plan coté du toit et du mur.</li><li>Détermination de tranchée, maille.</li><li>Levé des tranchées par rayonnement</li><li>Suivi d'état de chantier</li><li>Implantation des karkours de foration.</li><li>Implantation rails pour dragline et bulls (alignement)</li><li>Levé des stocks.</li><li>Travaux divers (profils en long, profils en travers, levé de détaille, levé de pistes…etc.)</li></ul> | <ul><li>Calcul des points X, Y, Z.</li><li>Calcul de dénivelés et cotes</li><li>Report sur plan à l'échelle 1/1000 et traçage de profils en travers.</li><li>Montage des profils en travers à grande échelle 1/500.</li><li>Calculs des surfaces et volumes.</li><li>Contrôle des calculs (graphique, planimétrage, les puissances et celles du parement)</li><li>Calcul de la cubature des stocks.</li></ul> |
| Géologie | <ul><li>Prospection</li><li>Sondages.</li><li>Puits de prospection.</li><li>Coupes lithologiques.</li><li>Echantillonnage.</li></ul> | <ul><li>Cartes d'iso valeurs (isopache, isorecovrement)</li><li>Rapports.</li></ul> |
| et Prospection | <ul><li>Suivi de Qualité : coupe lithologique, échantillonnage.</li><li>Suivi de récupération et pertes Projet d'exploitation et de puisement.</li></ul> | <ul><li>Listing</li><li>Saisie des données</li><li>Suivi d'allure du stock</li></ul> |
| Dessin | <ul><li>Etat de chantier hebdomadaire.</li><li>Plans des mines à l'échelle 1/1000, 1/5000, 1/10000, 1/20000, 1/25000.</li><li>Coupe lithologique de la trachée.</li><li>Dessin des travaux divers (constructions…).</li></ul> |  |
| Secrétariat | <ul><li>Pointage</li><li>Ecriture et envoi des demandes du besoin.</li><li>Attachements.</li><li>Ordre de mission.</li></ul> |  |

*Table 1: Sections of the Planning Office*

**Tasks performed by the Surveyor:**

a. Delimiting the mining area.

b. Stake out Box-Cute and mine exits.

c. Surveying drilling locations according to a grid

d. Surveying drilling boundaries and plotting them on the map

e. Blasting surveys and plotting on plans.

f. Layout of dragline tracks.

g. Stripping surveys.



h.  Preparation of longitudinal and cross-sectional profiles to calculate the volume of overburden removed.

i.  Tree clearing surveys and plotting on 1:1000 scale plans.

j.  Preparation of 1/500 scale profiles.

k.  Calculation of cleared volume.

l.  Preparation of monthly reports at month-end.

**Tasks performed by the prospector:**

The Prospector performs two types of work: intra-division and extra-division tasks, such as quality control, which is the primary objective of the prospecting section:

a.  Intra-division: includes sampling, monitoring of development work, defruiting, and post-screening. All of these tasks are carried out in collaboration with surveyors, drafters, and the site supervisor and safety officer.

b.  Extra-division: These are tasks involving coordination with the processing division (Laâyoune-Plage):



*Figure 3: Work of the Geology Section.*

## V - Phosphate geology :

### 1 - Definition :



Phosphate is a sandy product resulting from the decomposition of fish bones and other sediments on the seabed. It is the primary material used in phosphorus extraction, the production of phosphoric acid, and especially fertilizers.

*Photo 1: Phosphates*

16



**2- Origin :**

Two theories have long been at odds in explaining the source of the phosphorus necessary for the formation of phosphate minerals:

- The first theory traces phosphorus to the continent; this is the abiotic theory.
- Others, however, support the biogenic theory, which posits that phosphorus comes from the bones of fish that have decomposed on the seafloor and been carried by upwellings to the sedimentary basin.

**3- 's geological age:**

Morocco's phosphates, which are the most significant, were deposited over a very long period ranging from the end of the Cretaceous (Maastrichtian stage, approximately 80 million years ago) to the beginning of the Eocene (Lower Lutetian stage, 40 million years ago)

**4- Definitions and Terminology :**

➢ **Loose facies**:

By definition, the loose facies of Layer 1 is one that meets the three criteria regarding the degree of phosphate hardening, the total geological thickness of the phosphate layer, and its BPL content on a raw basis. This facies corresponds to a phosphate with a degree of hardening between 0 and 4, a BPL content on a raw basis greater than 65% BPL, and a total phosphate thickness greater than 1.00 m.

➢ **Edge facies:**

The edge facies, unlike the loose facies, is defined by phosphate with a degree of hardening of 5 to 10, a BPL content on a raw basis of 75% BPL or less, and a phosphate thickness of less than 1 m.

➢ **Degree of consolidation:**

The degree of consolidation is a criterion that indicates the degree to which phosphate grains—or rather, sediment—are released. Phosphate exhibits various degrees of consolidation or compaction; therefore, common descriptive terms such as "compact" or "consolidated" phosphate are used to characterize phosphate facies. However, these terms indicate a wide range of variation from one geologist to another, so it is essential to introduce more precise terms. The degree of cementation allows for the description of the phosphate facies based on descriptions of grain bonding and in-situ phosphate tests.

17

| Minerai | DEFINITIONS DES GROUPE D'INDURATION | Description et Tests Degré d'induration | Description des liaisons entre grains | Tests à vérifier |
|---|---|---|---|---|
| Meuble | Groupe I La rainure verticale est difficile à maintenir à cause des éboulements | | Grains complétement libres | Eboulement de la roche sous simple effet de la pesanteur |
| | | | Grains légérement liés | Simple grattage au doigt libère complétement les grains |
| | Groupe II La rainure garde une forme régulière et homogène | | Grains liés par simple compaction ou par la présence d'un liant | Possibilité de remplir le sac d'échantillonnage à la main |
| | | | Grains liés par ciment très diffus non perceptible | • Impossible de remplir le sac d'échantillonnage à la main. • Roche se débite en mottes qui séffritent ± difficilement à la main |
| | | | Grains liés par simple ciment non encore perceptible (texture jointive) | Roche se débite en blocs qui s'éffritent par simple petits coups de marteau |
| Consolidé | Groupe III le minerai se débite en blocs qui ne s'éffritent pas mais se cassent en petits blocs | | Grains cimentés par ciment perceptible (= début de texture flottante) | • Roche se débite en blocs qui ne s'éffritent pas mais se cassent en petits blocs |
| | | | Grains bien cimentés, le ciment est bien perceptible | • Eclats se brisent +- difficilementn Eclats ne se brisent à la main qu'au niveau de leur partie fine |
| | | | Grains silicifiés entre eux | Eclats tranchants, ne se brisent pas à la main |
| Silicifié | Groupe IV La rainure garde une forme régulière et homogène | | Phosphate très silicifié | • Les coups de marteau ne permettent de détacher que des éclats |
| | | | Silex phosphaté clair | |
| | | | SiLEX phosphaté sombre | • La roche ne se débite pas se brise |

*Table 2: Degree of hardening.*

> ➤ **Thickness of Layer 1:**

The total geological thickness of Layer 1 corresponds to the cumulative thickness of all the layers comprising the layer; this thickness includes loose, consolidated, or silicified levels and interbeds within the layer. It refers to the thickness between the wall and the roof of the layer in question. This thickness is independent of the lithology and the degree of consolidation of the layer's levels.

The total mining thickness equals the total geological thickness minus the silicified and/or consolidated levels toward the wall and roof of the layer.

The phosphate thickness corresponds to all loose phosphate levels, i.e., those with a degree of consolidation of 4 or less.



The sampled phosphate thickness is the total geological thickness minus the silicified levels (hardness greater than or equal to 8).

➢ **BPL content:**

Corresponds to the percentage of $Ca_3(PO_4)_2$ with the equivalence: $P_2O_5$ = 2.185 BPL.

➢ **Physical characteristics of the main layer**:

-Average "in situ" density: 1.67.

-Density of free phosphate: 1.46.

-Expansion coefficient: 1.16.

-Average thickness: 4 m.

Based on the BPL content in the raw material, the phosphate thicknesses, and the degree of hardening, the loose facies and the marginal facies can be delineated.

**\* Loose facies**

The loose facies is defined by a degree of consolidation of 0 to 4 and a gross BPL content greater than or equal to 75%.

The layer may be:

- Loose with a thick thickness.

- Entirely unconsolidated but of reduced thickness (less than or equal to 1 m).

- Loose with consolidated, clayey, or silicified layers.

**\* Marginal facies**

It is defined by its degree of consolidation ranging from 5 to 10 and its low organic matter content of 75% or less % BPL

The layer may be:

-Loose gypsum, with consolidated or silicified layers

-Of reduced thickness (less than 1 m)

-Consolidated, with or without silicified layers

-Silicified with consolidated layers

# Chapter II

# **The Oued Eddahab Basin – Boucraa Deposit**



## I- Introduction :

Discovered in 1917, Moroccan phosphate deposits, which have proven to be exceptionally rich both in terms of ore grade and the vastness of their reserves, constitute the most valuable sedimentary series in Morocco.

Morocco's phosphate deposits account for more than 75% of the world's reserves. These deposits are distributed across the sedimentary basins of Oulad Abdoun, Guantour, Meskala, and Oued Eddahab.

The Oued Eddahab phosphate basin was identified through geological surveys conducted between 1962 and 1965, as well as further surveys in 1988. It consists of a phosphate series comprising two main layers with intercalations, overlain by cover rocks (waste rock).

This basin contains several phosphate zones, of which the Boucraâ deposit is the largest in terms of both quantity and quality.

Phosphate mining in Boucraâ, managed by the Phosboucraâ Mining Division (IDB), is conducted via open-pit mining.

Optimal mining is ensured through the planning of mining pits, with prospecting being the critical phase leading to a well-defined layout of the mine.

## II-  's History:

The Oued Eddahab phosphate basin is one of Morocco's four phosphate basins. It stretches from southeast of Laâyoune to north of the city of Dakhla, covering a length of 650 km and a width of approximately 20 km. Its exploration was carried out during six geological surveys conducted between 1962 and 1965. Further exploration campaigns were conducted starting in 1988 to better characterize the deposit:

### 1- First campaign :

This campaign focused on the Izic area, located between Oued Saguia El Hamra, Oued Itgui, and Oued Al Khatt. The lithological section derived from the boreholes shows the presence of six phosphate-bearing levels: Level I, Level II, Level II-A, Level II-B, Level III, and Level IV.



### 2- Second campaign :

This campaign focused on the Oued Imesleguen and Oued Boucraâ regions. It led to the discovery of the Boucraâ deposit. This deposit consists of two phosphate layers, arranged from top to bottom as follows: the main layer (Layer 1), which is currently being mined, and the secondary layer (Layer 2), which is not yet being mined.

### 3- 's third campaign:

It covers two areas:

   -The first south of Boucraâ

   -The second south of Dakhla

   This campaign revealed mineralization in both of these areas.

### 4- Fourth campaign :

It also consists of two parts:

   - The first extends from Lehdab, located south of Boucraâ, to the vicinity of Bir Anzarane.

   - The second, located near Laâyoune, shows no signs of phosphate deposits.

### 5- 's fifth campaign:

It covers the Amuisirat region. This area contains a substantial phosphate reserve, though less concentrated than in neighboring sectors, particularly Boucraâ.

### 6- Sixth campaign :

It extends to the southernmost part of the country, reaching Laguira.

The Boucraâ deposit, the largest in the aforementioned basin, was discovered in March 1963 during the second and third geological exploration campaigns.

Exploration activities in Boucraâ began in 1972 with the acquisition of the first 1370 W1 dragline.

In 1973, another 1370 W2 dragline of the same type as the first was put into service.

Operations were suspended in April 1976 following the recovery of the Moroccan Saharan Provinces. In September 1982, operations resumed at the Boucraâ mine.

The phosphate deposit in the Laâyoune basin is located 50 km southeast of the city. The various zones comprising this deposit are:

- Itgui – Boucraâ – Izic – Meseta d'Izic – Laabadilla – Amuisirat – Imesleguen



*Figure 4: Geological exploration zones of six companies.*

## III- Geographical setting of the Oued Eddahab basin :

The Oued Eddahab Basin (formerly known as the Laâyoune Basin) is located in the Moroccan Sahara; it is part of the large Cretaceous basin bounded to the north by the Ifni Pole and to the east by the Paleozoic "Reguibat Ridge." It extends from the northeast to the southwest to the vicinity of Nouadhibou.

It is subdivided into four main sectors:

➢ The Izic sector

This sector was the first to be identified. It is located about 50 km southeast of Laâyoune and extends from Seguia El Hamra to the west of Oued Itgui.

➢ The Laabadila sector

This sector is located 15 km east of the Izic area; it is approximately rectangular and oriented east-west, with a length of 20 km and a width of 3 to 4 km.

➢ The Imesleguen sector

The Imesleguen sector is located 40 km east of the center of the Izic sector.

> ➤ The Boucraâ sector

This sector is the largest in terms of both its size and the thickness and richness of its phosphate layers.

It extends from the Imesleguen region in the north to the Ougranat region in the south, covering an area 5 to 10 km wide and 80 km long. However, the exploitable deposit is less extensive.



*Figure 5: Geographic location of the Oued EDDAHAB basin*

## IV- Geological setting of the Oued Eddahab Basin :

The Oued Eddahab Basin is part of the Mesozoic and Tertiary basins that form the Atlantic margin of North Africa. The Oued Eddahab phosphate series spans from the Maastrichtian to the Lutetian.

- **Upper Cretaceous:**

The Upper Cretaceous is dated by characteristic microfauna throughout the northern part of the basin. The Upper Cretaceous comprises layers 3, 2, and level 2/1.

- **Lower Paleocene:**

The Lower Paleocene is the most phosphate-rich stage. It comprises Layer 1 and its subunits.

- **Upper Paleocene:**

 

The Upper Paleocene is characterized by its microfauna rich in Frondicularia phosphatica. It is virtually sterile.

- **Upper Series:**

The Paleocene phosphate episode ends with an entirely siliceous series containing no trace of phosphate.

The sedimentary series of this basin consists of a set of sedimentary levels comprising the phosphate-bearing series and another set forming its overburden. The lithostratigraphy of this basin.

### 1- The Overlying Layers :

According to the standard lithological section, the following are distinguished from top to bottom:

➢ Quaternary alluvium consisting mainly of loose sands a few millimeters thick.

➢ Hamada slab formed of siliceous breccias bound by calcareous cement.

➢ A white siliceous-clay complex composed of silexites, silicified clays, plastic clays, gypsum, and white porous silica.

➢ A very hard layer consisting of phosphatic silexites approximately 20 centimeters thick.

➢ A dark silico-clay complex formed by the interlayering of silexites, plastic clay, and porous white silica.

➢ A semi-hardened phosphatic layer known as the Frondicularia layer, approximately 10 centimeters thick.

➢ A very white brecciated assemblage formed by poorly defined interbedding of siliceous elements, silexites, plastic clay, and white porous silica.

➢ A semi-hardened phosphatic silexite layer 15 centimeters thick.

➢ A level of marls and clays, generally consisting of clayey marls and plastic clays with interlayers of silica in the central part; below this lies a layer of coarse phosphate approximately 10 centimeters thick.

➢ A complex formed of flint and flintites with flint fragments, which always marks the top of the phosphate-bearing Layer I (reference level of Layer 1).

### 2- The phosphate series :

It consists of two phosphate levels separated by a flint interlayer.

- **Main Layer I:**



It is nearly horizontal. In general, the bedding is regular, although it occasionally exhibits localized undulations. The phosphate is clean, unconsolidated, and presents no problems for de-fruiting except in a few areas with local disturbance.

This layer also exhibits both positive and negative grain sorting, reflecting the transgressive and regressive conditions of its deposition.

A very important characteristic of the Boucraâ ore, which has a major influence on the mining method, is the distribution of phosphate grade; this grade increases with depth up to a maximum generally found between the 25- and 35-meter depth isoclines.==

- **The interlayers:**

This is a heterogeneous level of chert with intercalations of plastic clay.

- **Unmined Layer II:**

Formed by a fine phosphate layer approximately two meters thick, not yet exploitable because it is lower in BPL and has a very high silica content compared to Layer I.

# V- Boucraâ Field *:*

### 1- Location Geography:

The Boucraâ deposit, the largest in terms of both quantity and quality, is located within the Laâyoune Basin, 110 km from the city. It is bounded by:

-Saguia el Hamra to the north

-The extensions of the Tiguelelat Plain to the east

-Lehdeb to the south

-Oued el Khatt on the extensions of the Izic Meseta to the west. The

Boucraâ deposit is subdivided into three zones

- **The central zone,** consisting of three mines: A, B, and C. In this zone, the phosphate beneath overburden less than 30 m thick was fully recovered by around 2001.

- **The northern zone**, also consisting of three mines—D, E, and F—with the latter unable to be mined because its phosphate is entirely of the marginal facies; mines D and E are currently in operation.

- **The South Zone** consists of four mines: from north to south, these are mines G, H, I, and J. These mines will take over from the North Zone, which is expected to be depleted by around 2024.



*Figure 6: Geographic location of the Boucraâ deposit.*



*Figure 7: Site plan of the Boucraâ mine.*



## 2- Geological setting :

### 2-1- Typical cross-section of the Boucraâ deposit :

The typical lithological section of the Boucraâ deposit consists primarily of six geological formations above the main Layer 1 and an intercalation separating Layer 1 from Layer 2.

| Prof. en m | Niveau repère | Age | Coupe lithologique | % BPL | P₂0₅ | Description lithologique |
|---|---|---|---|---|---|---|
| 0 | | PALEOCENE SUPERIEUR | | | | Sables |
| 2 | HAMADA | | | | | Brèche d'éléments siliceux et à ciment calcaire |
| 4 6 8 | COMPLEXE SILICO-ARGILEUX BLANC | | | | | Silexite argile silicifié, argile plastique gypse, silices poreuse blanche |
| 10 | | | | | | Phosphate endurci et silexite phosphaté |
| 12 14 | ENSEMBLE SILICO-ARGILEUX FONCE | | | | | Inter stratification de niveau de silexite, argile plastique et silice poreuse blanche |
| 16 | | | | | | Niveau de phosphate semi endurci à tronducularia |
| 18 20 | ENSEMBLE BRECHIQUE TRES BLANC | PALEOCENE MOYEN INFERIEUR | | | | Inter stratification mal définie d'élément siliceux de silexite, d'argile plastique et silice poreuse blanche |
| | | | | | | Niveau de phosphate semi endurci à tronducularia |
| 22 24 | NIVEAU DES MARNES ET DES ARGILES | | | | | Marne argileuse argile plastique inter stratification de silice dans la partie centrale |
| 26 28 | COMPLEXE ONDULE A ROGNONS DE SILEX | | | | | Silex et silexite avec des rognons de silex |
| | | | | | | Toit d'argile plastique et silexite |
| 30 32 | COUCHE 1 PRINCIPALE | | | 75.73 | 34.66 | Couche 1 de phosphate avec endurcissement vers la partie inférieure et un niveau de tibia vers la partie supérieure |
| 34 | BANCS DE SILEX INTER C 1/C2 | | | | | Intercalaire C1/C2 formé par des bancs de silex et intercalaires de silexite et d'argile plastique |
| 36 38 | COUCHE 2 | | | 66.69 | 30.52 | Couche 2 de phosphate |
| | SILEX A LA BASE | | | | | Silex et silexite avec abondance d'argile plastique et marneuse |
| 42 | NIVEAU DES SABLES | | | | | Sable phosphate et des argiles sableuses |

*Figure 8: The typical section of the Boucraâ deposit.*



## 2-2- Overview of the Boucraâ phosphates :

Generally, phosphate types are distinguished by the content of the various constituents of the phosphate. Each zone of the Boucraâ deposit is characterized by its own content of BPL, $SiO_2$, $Al_2O_3$, $Fe_2O_3$, and Cd, as shown in the figure below:

In addition to phosphate, the mineralized layer contains barren grains that are either:

- Endogangues: a core around which the ore has formed
- Exoganges: barren grains mixed with the ore

However, after mining, the grade is always lower than the in-situ grade due to dilution. Therefore, the mining operation must ensure that the grade is preserved.

Knowing the grades of the various elements comprising the mineralized layer, one must take into account the stripping ratio (the ratio), which is the ratio between the volume of waste rock to be removed and the volume of ore located beneath it.

If    H = overburden height

h = height of the phosphate-bearing zone

The ratio:    d = H/h

This ratio varies depending on the Boucraâ zones and also within each zone:



*Figure 9: Phosphate quality by zone*

29



*Figure 10: Typical cross-section of the three Boucraâ zones*

### 2-3- Lithological description of the Boucraâ phosphate series :

The Boucraâ phosphate series is located in the Late Cretaceous (Maastrichtian) at the end of the Mesozoic Era and the Early Eocene (beginning of the Cenozoic Era). This series consists of two main phosphate levels: Layer I and Layer II, separated by an intercalation of flint approximately three meters thick.

### a- Stratigraphic sequence :

According to the standard lithological section, the following layers are distinguished from top to bottom:

-Quaternary alluvial deposits consisting mainly of loose sand a few millimeters thick.

-The Hamada slab, composed of siliceous breccias bound by calcareous cement.

-A white silico-clay complex composed of silexites, silicified clays, plastic clays, gypsum, and white porous silica.



-A very hard layer consisting of phosphatic silexite, approximately 20 centimeters thick.

-A dark silico-clay complex, formed by the interlayering of silexite, plastic clay, and white porous silica.

- A semi-hardened phosphatic layer known as the Frondicularia layer, approximately 10 centimeters thick.

-A very white bechic assemblage formed by a poorly defined interlayering of siliceous elements, silexites, plastic clay, and porous white silica.

- A semi-hardened phosphatic silexite layer 15 centimeters thick.

- A level of marls and clays, generally consisting of clayey marls and plastic clays with interlayers of silica in the central part.

-A complex formed of flint and silexites with flint nodules that always indicate the top of the phosphate layer (benchmark level). The base of this level is characterized by plastic clays.

-Main layer of phosphate with organic debris.

**Physical characteristics of the overburden:**

-In-situ density: 1.9.

-Bulk density: 1.5.

-Expansion coefficient: 1.25.

-Natural slope: 72 degrees.

-Angle of repose of waste rock: 40°

**b- Phosphate Series:**

It consists of two phosphate layers separated by a flint interlayer.

**-Main layer:**

It is nearly horizontal; its arrangement is generally regular, although it sometimes exhibits localized undulations. The phosphate is clean, free-flowing, and presents no problems during stripping except in a few areas with localized disturbances. This layer also exhibits positive grain sorting, explaining the transgressive conditions of its deposition.

A very important characteristic of the Boucraâ ore, which has a major influence on the mining method, is the distribution of phosphate grade. This grade increases with depth, reaching a maximum generally found between the 25- and 35-meter depth isoclines.

Layer 1 is subdivided into three main levels:

**Lower Layer 1A:**



This layer consists of friable to compact coprolithic phosphate, which may contain blocks of phosphatic flint.

### Lower Layer 1 B:

It consists of fine to medium-grained phosphate with coprolites,* which sometimes contains flint blocks. This layer is thicker, richer in phosphate, less siliceous, and contains less cadmium than the previous one.

Lower Layer 1 B is characterized, from bottom to top, by a vertical gradient: Increasing,

for BPL and CaO contents.

Decreasing for $SiO_2$, $Al_2O_3$, and $Fe_2O_3$ contents.

This layer is also subdivided into three units separated by intercalations:

-Lower Layer 1 B1.

-Lower Layer 1 B2.

-Lower Layer 1 B3.

### Upper Layer 1:

The upper Layer 1 consists of medium- to coarse-grained phosphate that may contain a layer of phosphatic chert; its top is marked by a siliceous-clayey bed.

These two layers (lower and upper) are separated by a level consisting of phosphatic clays or marls.

### - Interlayer C1/C2:

This is a heterogeneous layer of flint with intercalations of plastic clay.

### - Non-mineable Layer II:

Formed by a fine phosphate layer approximately two meters thick, not yet exploitable because it is less rich in BPL and highly concentrated in silica compared to Layer I.



*Figure 11: Typical lithological section illustrating the subdivisions of Layer 1.*

## 2-4- Stratigraphic summary of the entire basin :

The following conclusions can be drawn from the overall characteristics of the phosphate sedimentary basin:

- Phosphatogenesis occurred in this basin, as in other phosphate deposits in Morocco, during a geological period spanning nearly 65 million years, from the Maastrichtian (late Cretaceous) to the Lutetian (middle Eocene).

- The phosphate series is transgressive toward the southeast.

- There are two synchronous types of phosphate:

o   A deeper, dark, marly facies, with fish remains and calcite geodes.

o   Another coastal facies, friable, light-colored, clean, with a few fish remains.

33

**3- 's mining method:**

This involves open-pit mining of the main Layer 1.

The operational stages of the extraction process can be summarized as follows:



*Figure 12: Operational stages of the extraction line.*

34



### a) Drilling:

This involves drilling holes down to the top of the target layer.

This operation is performed using a PIT-VIPER-type electric or diesel drill with a nine-inch borehole diameter. Site preparation is carried out prior to drilling to create a platform for easy movement of the drill.

The drilling grid varies from 30 m² to 81 m² depending on the overburden depth, the hardness of the overburden, and the type of trench to be drilled.

### b)- Blasting:

The holes drilled by the drill rig are filled with Amonix-type explosives in a stepped configuration; the dosages used range from 500 g/m³ in exits and box-cuts to 200 g/m³ in standard trenches. This variation in the amount of explosives used depends on the hardness and depth of the drilling.

### c) Blasting :

Stripping is performed in two ways, depending on the depth of overburden

### c-1  dragline area:

Stripping is performed in 40-meter-wide trenches with overburden depths exceeding 10 meters, using a

1370 W walking dragline with an 80-meter

and a bucket capacity of 45 m³, with a throughput of 1,500

m³/h.

The overburden from the trench is placed in a bridge-like formation over the previous trench.

### c-2  bulldozer zone:

Stripping is performed by bulldozers in areas with low overburden (less than 10 m in height) and consists of pushing a portion of the overburden from the box-cut and transporting approximately 70% of the overburden volume to the outside.

After clearing the box-cut, the waste rock from the adjacent trench will be pushed entirely into the previous trench.

### d) De-stemming and transport:

The phosphate exposed by the dragline or bulldozers undergoes surface cleaning to remove the remaining waste rock. The phosphate is then loaded by 195B-type bucket-wheel excavators with a 9 m³ bucket capacity or by loaders into Wabco 120D-type trucks with a payload capacity of 120 tons.

The loaded phosphate is transported to the screening facilities. To prevent dust and improve transport conditions and productivity, watering is a necessary step performed by a sprinkler on the vehicle travel routes. Discharging involves loading the entire layer or just one of the two levels—either the upper or lower level—depending on their condition and quality.



*Figure 13: Summary of the extraction method.*

### e) Flow management :

To meet sales and value-added criteria, two main types of products are distinguished:

- Normal Product (high in Cd): this is phosphate with a Cd content greater than or equal to 37 ppm, a BPL on washed material of less than 80% BPL, and a SiO2 content greater than 3.5%.

- Low-Cd Product: This is phosphate with a Cd content below 37 ppm, a BPL on-wash content above 79%, and a $SiO_2$ content of 3.5% or less.

The product can also be classified as "insitec" when it is low in Cd and has a $SiO_2$ content of less than 2%.

### 4- ore processing:

- **Particle size processing (**de-stoning and screening**):**

The      of   processing   in   in Boucraâ includes      two      independent facilities      in      their operation.

-The old facilities (stone removal and screening plant).

-The new Trémie Nord Boucraâ (T.N.B.) facility. This facility is equipped with a receiving hopper with inclined screens. The steps in the particle size processing are:

- **Debris removal**:

The raw phosphate from the site is dumped into the hopper and de-stoned using a 90mm x 90mm

mm mesh. The de-stoned waste is fed to a crusher; the crushed waste is then conveyed to the waste dump (disposal of waste).

- **Screening:**

The de-rocked material is then screened through a 20mm x 20mm mesh.

 The rejects will also be conveyed via a conveyor chain to the waste dump.



*Figure 14: Ore processing.*

- **Waste dump:**



***Figure 15: Main waste dump at Boucraâ***

Stockpiling is carried out by several conveyors that transport the waste rock for storage.

- **Storage:**

The screened phosphate is transported via a 12.5-km-long conveyor line with a capacity of 510 t/h to the North and South storage yards, which have a total capacity of approximately 300,000 tons.

Finally, the phosphate stored in the Boucraâ stockpiles is then picked up by a bucket wheel and transported to the Laayoune processing plant via a conveyor system approximately 100 km long.

At the processing plant, the phosphate undergoes washing operations to separate the phosphate particles from the waste rock.

The washed phosphate is screened to obtain the commercial fractions specified by the customer (2.5 mm – 80 µm).

At the end of processing, the material is stored in two silos, A and B, in the form of:

- Stock of phosphate rinsed with fresh water.

- Stock of unwashed phosphate.

38



*Figure 16: Diagram summarizing the ore size classification process.*

# Chapter III

# Geological study following the resumption of operations in Mine B, Dragline Zone



## I- Study of Mine B – Dragline Zone :

### 1- Location of the study area :

The study area encompasses the central zone of the Boucraa Sud deposit. This central zone fits within a rectangle measuring approximately 10.5 km by 5.1 km, with a mineralized area in Layer 1 (dry facies) covering 4,547 ha. It includes Mines B, A, and C. Mines A and B are partially mined in Layer 1. More specifically, the study area corresponds to Mine B, which exhibits moderate to significant overburden. This area is bounded:

- ➤ To the north by the northern zone of the Boucraa deposit.
- ➤ To the south by National Highway No. 5, which separates Mine B from Mine A.
- ➤ To the northwest by the updated 30-meter overburden depth contour line for the roof of Layer 1.
- ➤ To the southeast by the updated contour line for the 25-meter overburden depth of the roof of Layer 1.

### 2- General overview of the phosphate series :

Using the typical lithological section of the central zone as a reference, the area studied in Mine B (Dragline zone) is distinguished by the absence of limestone levels within the phosphate series.

### 3- Physical and chemical characteristics of Layer 1 ( ):

#### a) Structure of the roof of Layer 1 ( ):

The roof structure of Layer 1 is generally undisturbed, but it exhibits slight gully erosion caused by dry wadis. The dip is generally north-northwest, with an average value of less than 1%.

#### b) Overburden thicknesses of the roof of Layer 1 :

Because the topography of Mine B features very gentle topographic variations with gentle slopes toward the south-southeast, the isoverburden contours follow the structural contours. Thus, the overburden thicknesses of the roof of Layer 1 increase steadily from the south-southeast toward the north-northwest.



### c) Phosphate thickness of Layer 1 :

In the well-mapped area of Mine B with the unexploited Layer 1, phosphate thicknesses range from a minimum of 1.30 m recorded in shaft CM 585 to a maximum of 7.75 m reached in shaft CM 473.

### d) Yield-ore-to-wash ratio :

In the marginal facies, the values are sometimes very low (the minimum is 26.22%) and exhibit significant lateral variations. This reflects the degree of silicification of the sampled portion of Layer 1.

In the rest of the area, the values are relatively high and show less fluctuation. The maximum of 84.11% is reached in shaft CM 448.



*Figure 17: General location of Mine B*





*Figure 18: Detailed location of Mine B.*



**e) BPL content in washed ore :**

As with phosphate thicknesses and BPL grades in the unprocessed material, BPL grades in washed ore are relatively low in the marginal facies and exhibit significant fluctuations there. In the rest of the sufficiently explored area, the values are quite high. The maximum of 83.18% BPL was reached in the non-core sample CM 405 in the transition zone.

Analysis of Layer 1 in Mine B reveals that:

✓ The BPL content in raw material, the BPL content in washed material, and the weight yield show similar trends within Mine B.

✓ The boundary facies exhibits the lowest values for phosphate thickness, on washed and raw material, and in weight yield, with significant local fluctuations.

✓ Phosphate thickness values increase from Mine C to Mine B; however, BPL grades (in raw and washed material) and the weight yield decrease in this direction.

It therefore appears that in the central zone, Layer 1 in Mine C is the richest in BPL but the thinnest, in Mine B the least rich in BPL but the thickest, while Mine A has a Layer 1 with intermediate characteristics.

## II- Subdivision and technical-economic study of Mine B, Dragline Zone :

The grid consists of a series of parallel trenches delineating the loose facies of the phosphate layer. Each trench is subdivided into 100 x 40 m grids. The whole constitutes a matrix to which information characterizing the phosphate layer is assigned.

**<u>Trenches:</u>**

These are either natural trenches or trenches established to gather more information about the study area.

The grid has two essential purposes: one prior to the start of mining operations in the grid area, and the other during mining operations.

In the first instance, the layout serves as a tool for calculating the reserves to be mined and the direction of mining. In the second case, it serves as a tool for monitoring, control, and comparison, as it allows for continuous monitoring of actual results against objectives.

45



- Implementation criteria:

To carry out a mining plan, several factors must be taken into account: Trench
width (40 m);

This choice is justified by:

✓ The dragline achieves better productivity at a width of 40 m;
✓ The maneuvering space required for the tree-clearing machines and trucks necessitates a trench width of at least 30 m;

✓ The pushing distance of the bulldozers must be 50 m or less; beyond 50 m, the bulldozers' efficiency drops significantly.

✓ Width of the first trench (50 m);
   The width of the first trench must be as wide as possible to accommodate the spoil

   from subsequent trenches.

✓ Begin mining outcrop areas (shallow overburden);
   Generally, mining begins with outcrop areas for the following reasons:

✓ A clear face is created for the dragline;
✓ It creates an area where the dragline will deposit the spoil from the first circuit;

   ➢ Mining outcrop areas does not require major infrastructure work (power lines, access roads, etc.);

   ➢ The dragline's first circuit is corrected by using a bulldozer to level out any unevenness;

   ➢ The overburden depth varies little along a trench;

   ➢ The dragline achieves better efficiency if the overburden depth varies little and exceeds a threshold of 15 meters.

   ➢ North-south wind.
   Ensure proper working conditions on the job site by avoiding a trench that runs north-south.

   ➢ The trench should be straight and as long as possible to:

      ✓ Ensure the normal operation of each step in the production process; avoid collisions.

      ✓ Since the dragline is a large machine, avoid unnecessary movements, particularly empty runs, as this affects

       and reliability.

   ➢ Maximize ore recovery.

46



*Figure 19: Layout of Mine B dragline area.*

**1- Preparation of a lithological section of the last two benches, 26 and 27 :**

To create a lithological section, it is essential to have the necessary equipment and personnel to ensure the mission proceeds smoothly:



*Photo 2: The surveyed area.*

✓  Equipment:

A measuring wheel, a sampling bucket, a hammer, sample bags, a field notebook, a vehicle.

- ✓ Human resources:
  - ▪ A prospector.
  - ▪ One prospecting assistant.
- ✓ Procedure for conducting the lithological section in the field:
  - + Locating the survey area using a topographic map.

  + Using a measuring wheel operated by the assistant prospector (at the top of the natural terrain), securely anchor the measuring wheel's tripod vertically against the wall of the mined Layer 1.

  + The prospector positioned on the wall of Layer 1 will begin the lithological section, determining the characteristics and, above all, the thicknesses of each level (Layer 1 and the overburden).

**The lithological section of trenches 26 and 27:**

The lithological section of trenches 26 and 27 in the dragline zone of Mine B is characterized by:

- ➢ S.SW-N.NE orientation.
- ➢ 11 stratigraphic logs completed.
- ➢ Average overburden is approximately 27.5 m.
- ➢ Average thickness of the main Layer 1: 4.8 m.
- ➢ Toward the west of the section, the absence of the Dalle Hamada level is evident due to pre-stripping.
- ➢ The main Layer 1 is characterized by gullies caused by dry wadis; the gullies are irregular depressions in the topographic surface, typically consisting of numerous small, steep-sided thalwegs cutting through loose material.
- ➢ The flint nodules are oriented in the same SW-NE direction.



Gullies

*Photo 3: The gullies.*



*Figure 20: Areas studied at Mine B (trenches 26 and 27).*



**Figure 21: Lithological section of trenches 26 and 27 after pre-stripping.**

50



*Figure 22: Lithological section of trenches 26 and 27 before pre-stripping.*



### 2- Creation of the isocoverage map :

To create the isocoverage map, we need the x, y, and z coordinates of the surveyed locations (in trenches 26 and 27) and the old shafts in the unexploited area.

These coordinates, provided by the surveyors, are converted into a file (table) using Surfer software, after which the Surfer file is exported to AutoCAD.

The overburden mapping allows us to determine the characteristics of the equipment (e.g., draglines for areas with high overburden and bulldozers for areas with low overburden) intended for mining the studied area.

The overburden isoclines increase from east to west, and this increase is similar across all the mines in Boucraa. This trend in overburden provides information on the direction of sea retreat, i.e., the direction of regression (E-W).



*Figure 23: Map of the isoverlay lines in the study area.*

### 3- Preparation of the isopach map (isopach map) :

This map is obtained by plotting curves connecting boreholes with the same thickness. The purpose of creating the isothickness map is to highlight the distribution of thicknesses within a layer in the study area.

The thickness curves are plotted using the same procedure as that used to plot the thickness distribution.

The isopower curves run from south to north and also from east to west, following the dip direction of Layer 1, with a dip of 1 m over a length of 100 m from south to north. (The dip value is approximately 1%).

Paleogeographically, the outcrops are mainly to the south, at the shoreline marked by the presence of disturbances caused by tidal movements.

Toward the shallows to the north, the environment is calm, characterized by a significant thickness compared to that of the outcrops; this level is also marked by the presence of flint and marl, indicating the low energy of the environment.



*Figure 24: Map of thickness contours for the study area.*



**4- Preparation of the BPL/L isoconcentration map:**

These maps show the distribution and variation of concentrations in the study area; concentrations are categorized into selected classes. Their purpose is:

- ✓ To highlight the variation in concentrations within the study area to facilitate interpretation.
- ✓ Determine the area suitable for exploitation by overlaying it with the other maps.

The BPL/L concentration curves increase from south to north and from west to east, in parallel with increasing depth; maximum BPL/L concentrations are found in the shallows, whereas at the shoreline they are lower, due to the activity of paleo-organisms or paleo-microorganisms, which is significant in the shallows.



*Figure 25: Map of BPL/L isoconcentrations in the study area.*



**5- Reserve assessment for the study area :**

**See Table 1 (Appendix)**

Mapping is a tool used to calculate exploitable reserves and determine the direction of mining operations.

Indeed, reserve assessment is a crucial step in conducting a technical-economic study, that is, in estimating the costs required for ore extraction and waste rock transportation.

This step is performed after determining the area, the overburden (waste rock), and the thickness of the phosphate layer for each block.

| Area of the study zone (m²) | Volume of waste rock (m³) | Tsm |
|---|---|---|
| 548,000 | 18,260,000 | 2,088,000 |

*Table 3: Reserve estimate for the study area (Mine B).*

**6- Ore Haulage :**

**Simulation for ore removal from Mine B Dragline area (of the study area)** It should be noted that currently Exit 5 is operational in Mine B, but Exits 1 and 6 are blocked by waste rock from previous mining operations.

To transport ore from Mine B to the North or South hopper, Exit 1 or 6 must be cleared to minimize the costs of this operation.

To select the most cost-effective exit to clear, the following scenarios were developed:

**Scenario 1: 2 Operational Exits**

| | Volume of phosphate to unblocked per exit (m³) | Transport distance km/ (TNB) | V, K, U | Unit Price Dh/km | Cost price |
|---|---|---|---|---|---|
| Output 5 | 1,690,560 | 7.34 | 12,408,710 | 1.47 | 18,240,804 |
| Exit 6 | 397,440 | 6.66 | 2,646,950 | 1.47 | 3,891,017 |
| **Total** | **2,088,000** | | **15,055,661** | | **22,131,821** |

| | Volume of phosphate to be released per discharge (m³) | Transport distance km/ (TSB) | V,K,U | Unit Price Dh/km | Cost price |
|---|---|---|---|---|---|
| Exit 5 | 1,690,560 | 8.13 | 13,744,253 | 1.47 | 20,204,052 |
| Exit 6 | 397,440 | 8.89 | 3,533,242 | 1.47 | 5,193,865 |

| Total | 2,088,000 | | 17,277,494 | | 25,397,917 |
|-------|-----------|--|------------|--|------------|

### Scenario 2: 3 Operational Outlets

| | Volume of phosphate to be unloaded per shipment (m³) | Transport distance km/ (TSB) | V, K, U | Unit price Dh/km | Cost price |
|---|---|---|---|---|---|
| Outlet 1 | 633,600 | 4.89 | 3,095,136 | 1.47 | 4,549,850 |
| Exit 5 | 1,056,960 | 8.03 | 8,487,389 | 1.47 | 12,476,462 |
| Exit 6 | 397,440 | 8.89 | 3,533,242 | 1.47 | 5,193,865 |
| Total | 2,088,000 | | 15,115,766 | | 22,220,177 |

### Scenario 3: 1 Operational Outlet

| | Volume of phosphate to be unloaded per shipment (m³) | Transport distance km/ (TNB) | V, K, U | Unit Price Dh/km | Cost price |
|---|---|---|---|---|---|
| Outlet 5 | 2,088,000 | 7.34 | 15,325,920 | 1.47 | 22,529,102 |
| Total | 2,088,000 | | 15,325,920 | | 22,529,102 |



*Figure 26: Status of the outlets in Mine B, Dragline Zone.*

59



| | Phosphate volume to be unblocked per haul (m³) | Transport distance km/ (TSB) | V, K, U | Unit Price Dh/km | Cost price |
|---|---|---|---|---|---|
| Outlet 5 | 2,088,000 | 7.68 | 16,035,840 | 1.47 | 23,572,685 |
| **Total** | **2,088,000** | | **16,035,840** | | **23,572,685** |

### Scenario 4: 2 Operational Output

| | Volume of phosphate to to be released per output (m³) | Transport distance km/ (TSB) | V, K, U | Unit price Dh/km | Cost price |
|---|---|---|---|---|---|
| Outbound 1 | 633,600 | 4.89 | 3,095,136 | 1.47 | 4,549,850 |
| Exit 5 | 1,454,400 | 8.33 | 12,115,152 | 1.47 | 17,809,273 |
| **Total** | **2,088,000** | | **15,210,288** | | **22,359,123** |

### Scenario 5: 2 Operational Outlets

| | Volume of phosphate to be extracted per output (m³) | Transport distance (km) S1(TSB) & S5(TNB) | V, K, U | Unit Price Dh/km | Cost price |
|---|---|---|---|---|---|
| Output 1 | 633,600 | 4.89 | 3,095,136 | 1.47 | 4,549,850 |
| Exit 5 | 1,454,400 | 7.34 | 10,675,296 | 1.47 | 15,692,685 |
| **Total** | **2,088,000** | | **13,770,432** | | **20,242,535** |

### Transport of waste rock from exits 1 and 6:

| | Volume of waste rock to be transported in (m³) | Transport distance (km) | Unit price Dh/km | Total Dh |
|---|---|---|---|---|
| Delivery 1 | 80,000 | 2.00 | 13.73 | 1,098,400 |
| Exit 6 | 120,000 | 2.00 | 13.73 | 1,647,600 |
| **Total** | **200,000** | | | **2,746,000** |

**Comparative tables of scenarios (taking into account the elimination of waste rock transportation costs), based on the choice between TNB and TSB, yield three cases:**

✓ **TNB**

| | Total Dhs |
|---|---|
| **Scenario 1 (S5, S6)** | **20,484,221** |
| **Scenario 3 (S5)** | **22,529,102** |



✓ **TSB**

|  | **Total Dhs** |
|---|---|
| **Scenario 1 (S5, S6)** | **21,925,085** |
| **Scenario 3 (S5)** | **23,572,685** |
| **Scenario 4 (S1, S5)** | **21,260,723** |

✓ **TNB and TSB**

|  | **Total Dhs** |
|---|---|
| **Scenario 5 (S5 TNB & S1 TSB)** | **19,144,135** |

Based on this comparison, it is evident that the third scenario is the most cost-effective for ore removal from Zone B (the Dragline zone, the area under study). It is also possible to proceed based on the fifth scenario, with the unblocking of Exit 1.

### 7- Assessment of the required infrastructure and costs for resuming operations at Mine B:

Mine B (Dragline Zone) is characterized by a change in overburden depth exceeding the capacity limit of the draglines, which perform the waste rock stripping operation. When the overburden depth exceeds the dragline's capacity, it is necessary to reduce this depth prior to the stripping phase. This is known as pre-stripping. The overburden is removed by another machine and transported by dump trucks.

Given this situation, pre-stripping is the only feasible operation for loading and transporting the excess waste rock to meet the production schedule, as other options are ruled out due to the deposit parameters and available equipment.



*Figure 27: The process flow for C1 extraction using the pre-stripping method.*

| Total pre-stripping volume (in m³) | Pre-stripping volume at Mine B according to the 2012 sequences (in m³) | Unit price for transport and loading of waste rock (in Dhs) | Total pre-stripping cost for Mine B (in Dhs) | Pre-stripping cost at Mine B according to the 2012 sequences (in Dhs) |
|---|---|---|---|---|
| 4,560,000 | 482,000 | 13.73 | 62,608,800 | 6,617,860 |

*Table 4: Pre-stripping costs.*

The decision to operate exits 1 and 6 (both exits are blocked by waste rock) costs us 1,098,400 Dhs for exit 1 and 1,647,600 Dhs for exit 6.

Moving the draglines requires track layout adjustments, so the following factors must be managed: the minimum distance to minimize the costs of this operation, the topographic nature of the terrain, excavated and backfilled material (to be avoided), land grading, land watering, the movement of the power cable, and the relocation of the power station to supply the dragline.

## 8- Establishment of projected grades based on the 2012 mining sequences :

Each mine has its own production rates based on the annual mining sequences. For Mine B, the projected production rates based on the 2012 mining sequences are approximately 370,080 metric tons.

Based on this approach, mining will proceed through trenches 26, 27, and 28, depending on the dragline's movement.



*Figure 28: Planned mining sequence for Mine B.*

The weighted grades of the projected ore grades for Mine B during the 2012 mining sequences are presented in the table below

Below:

|  | Grade Weighted |
|---|---|
| T/L(%) | 79.77 |
| Cd(%) | 28.90 |
| SiO$_2$(%) | 2.36 |
| Fe$_2$O$_3$(%) | 0.10 |

*Table 5: Weighted grades of the projected grades for Mine B.*

Average distances in km for ore haulage from Mine B

| Avg. TNB Dist. (in km) | Avg. Dist. TSB (in km) |
|---|---|
| 7,382.31 | 8,172.31 |

*ne B.*

## Chapter IV

# <u>Mine Exploration -G- Bulls Zone</u>

## I- The concept of prospecting :

Prospecting refers to all fieldwork, which is generally preceded by the creation of a bibliographic database on the area that is the subject of the investigative missions. The review should focus on geological studies.

First, an analysis of existing structures must be conducted, and all documents relevant to the project must be gathered. A cartographic survey of the work area must also be carried out. This survey should enable the updating and synthesis of all previously collected data. All of this geological and cartographic data will be plotted on overview maps that will serve as a guide during fieldwork.

In general, fieldwork primarily focuses on:

✓ Delimiting the area that is the subject of the fieldwork.

✓ Preparing a sufficient number of topographic maps of the area. The choice of scales depends on the work to be carried out. For certain sectors and for the study of geological structures, large-scale topographic maps must be prepared.

✓ The preparation of a comprehensive review of previous geological reports and the identification of mineral indications and substances of interest that have already been identified during previous missions.

✓ Preparation of the materials and all the equipment necessary for fieldwork.
Mine prospecting is carried out using percussion drilling. This involves determining the boundaries of the loose rock formation and the location of the box-cut.

## II- Study of Mine G – Bulls Zone: 1-

### Location of the study area:

The study area corresponds to the part of Mine G, Bulls Zone, with shallow overburden. It is bounded:

✓ To the northwest by the updated 30-meter overburden depth contour of the roof of Seam 1.

✓ To the northeast and southwest by the conventional boundaries of Mine G with Mine C and Mine H, respectively.

✓ To the southeast by the outcrop line or the mineralization boundary, depending on the level under study.



*Figure 29: Location of Mine G, Bulls Zone.*



*Figure 30: Studied (Prospected) Area at Mine G, Bulls Zone.*

**2- General overview of the phosphate series at the G Mine ( ):**

Using the typical lithological section of the central zone (Mines A, B, C) as a reference. The area studied in Mine G, Bulls Zone, is distinguished by:

> ➢ The absence of the two lower phosphate levels
> ➢ The absence of the intermediate phosphate level within the interlayer between layers 2 and 1.
>
> ➢ A significant reduction in the total thickness of the Layer 2–Layer 1 intercalation

**3- Physical and chemical characteristics of Layer 1 in Mine G ( , Bulls zone):**

67



**a) Structure of the roof of Layer 1 ( ):**

The roof structure of Layer 1 is generally stable; it exhibits only slight disturbances in the form of a depression at the site of the recent CM 942 shaft. The dip is generally low (1.15% toward the northwest).

**b) Overburden thickness :**

Since the topographic surface of the study area in Mine G, Bulls Zone, is virtually flat, the overburden isoclines of the roof of Layer 1 follow the structural isoclines. Consequently, overburden thicknesses increase steadily from southeast to northwest, i.e., in the direction of dip.

**c) Phosphate Thickness*:***

It is equal to the cumulative thickness of the loose phosphate layers (hardness grades 1–2–3 and 4).

**d) Yield-weight of ore on washed product :**

It should be noted that the yield-weight of the washed product is determined relative to the 20 mm screen size and not relative to the loose phosphate as in Mines A, B, and C.
Furthermore, the washed product corresponds to the 2.5 mm–80 micron size range for the newer pits and the 2.362 mm–74 micron range for the older pits. It is also impossible to use the same size cut-off meshes because the two sets of screens used adhere to different standards (AFNOR and TYLER).

**e) BPL content in washed material :**

As with BPL content in the unwashed material, the "edge facies" zone exhibits relatively very low BPL content in the washed material.
With the exception of the three pits CM 1114, 1115, and 1116, the high values (greater than 80% BPL) form a continuous band that runs along the contours of the high overburden in the loose facies area.
On average, the BPL grades in washed ore from the G Mine (Bulls Zone) are very close to those of the C Mine for the three overburden trenches.



### 4- Update of the 500m x 500m wide-mesh survey:

This grid enabled the delineation of several mines within the Boucraâ deposit and provided their physical and chemical characteristics of Layer 1 as well as the existing facies.

### 5- 50m x 50m fine-mesh survey:

#### a- Objective of the exploration :

The need to explore other sites due to global market conditions and the need to maintain high standards in terms of the quality and quantity of phosphates at Phosboucraa has led to plans to open a replacement mine, namely the G Zone Bulls mine.

This mine has been identified through exploration shafts and boreholes at a 500-meter grid spacing; however, this grid is insufficient for the physicochemical characterization of the mine and for delineating the extent of the exploitable zones.

It is within this framework that we carried out prospecting using percussion drilling to determine the box-cut and delineate the exploitable zone in order to avoid economic loss of phosphate, facilitate the opening work, and ensure better exploitation.

#### b- Estimated and descriptive details of the G Zone mine exploration bulls:



*Figure 31: Map of the study area at the G Mine in the Bulls Zone.*

➢ **Survey grid:**

The proposed prospecting grid is 50 m × 50 m beyond the theoretical boundary of the delineation to distinguish loose phosphate from consolidated phosphate. This grid may be modified during prospecting depending on the location of the test pits. To confirm the presence of loose phosphate toward the center of the area, a 100m x 100m grid and a 25m x 25m grid are planned to minimize disturbance.

➢ **Survey equipment:**

The choice of equipment depends primarily on the nature and duration of the mission, as well as the number of personnel involved in the work.

To dig an exploration trench, a sample bag and a compass for grid orientation are sufficient.

➢ **Survey equipment**:

PIT-VIPER-type probe.



*Photo 4: PIT-VIPER-type probe*

➢ **Prospecting method:**

Prospecting will be conducted using percussion drilling, with boreholes located beyond the boundary delineated from the 500-meter wide-mesh prospecting data; this boundary must be confirmed or refuted by the fine-mesh prospecting boreholes; the latter is of great importance for delineating the two facies and establishing the location of the first trench, combined with the updating of the theoretical delineation at Layer 1.

Prospecting test pits are surveyed by surveyors following the regular layout proposed by the prospector; these test pits are located in such a way as to explore areas outside the theoretical grid and sometimes within it. This exploration procedure allows us to:

- Interpret the test pits, describe them, develop lithological sections, and collect samples.
- Determine the thicknesses and nature of the overburden.

71



*Figure 32: Prospecting.*

➢ **Survey length:**

The prospecting test pits are distributed over a length of 1,130 m in a regular pattern so as to explore areas outside the theoretical boundary and sometimes within it.

➢ **Duration of prospecting:**

The machine operates 8 hours per day, and the estimated linear length will be drilled over a period of 8 days

| Date | Duration of the shutdown | | | |
|---|---|---|---|---|
| | From | To | From | To |
| May 15, 2012 | 11:30 a.m. | 12:00 a.m. | * | * |
| May 16, 2012 | 12:00 a.m. | 12:00 AM | * | * |
| May 17, 2012 | 12:00 AM | 12:00 AM | * | * |
| May 18, 2012 | 1:45 PM | 12:00 AM | * | * |
| May 19, 2012 | 11:50 a.m. | 12:25 PM | 2:30 PM | 3:00 PM |
| May 20, 2012 | 4:30 PM | 6:30 PM | * | * |
| May 21, 2012 | 12:00 PM | 1:00 PM | 2:30 PM | 3:00 PM |
| May 22, 2012 | * | * | * | * |

*Table 7: Duration of prospecting.*

| stop (time) | Observations |
|---|---|
| 12.5 | Mechanical problem |
| 24 | mechanical problem |
| 24 | mechanical problem |
| 10.55 | drill rod failure |
| 1.25 | overheating |
| 2.2 | warm-up |
| 1.5 | jumping |
| 0 | Drilling work is completed at 6:00 PM |
| Total | |
| 76 | |

*Table 8: Status of the drill rig during the survey.*

➢ **Number of transects:**

There will be 25 transects, spaced 50 meters apart along the boundary.

➢ **Number of test pits:**

For each alignment, at least 5 boreholes are planned. Therefore, the total number of boreholes planned is 125.

73

➢ **Sampling method:**

✓ **Cutting recovery method**:

As the tricone bit penetrates the phosphate layer, cuttings are collected symmetrically on both sides of the borehole in a superimposed manner for each stratum, using pneumatic blowing synchronized with the advance of the drill string, but in



in reverse stratigraphic order, described from the lower level to the upper level.

The drill string

The cuttings

***Photo 5: Drilling.***

✓ **Sampling method**:

The sampling method consists of the following steps:

- Digging a vertical groove in the cuttings to clearly distinguish the phosphate-bearing layers and their lithological characteristics.

- Cleaning above the recovered layer by removing flint and flintite grains to prevent contamination.

- Taking a composite sample of the phosphate-bearing unit obtained up to the sterile-phosphate interface.

- Store the sample in a plastic bag labeled with the survey number using permanent markers.

- Divide the sample into quarters, placing each symmetrical portion into a separate bag. One sample is for the control, and the other is for laboratory analysis.

- The weight of the samples is approximately 500 g.

74



*Figure 33: Method for collecting cuttings.*

- Both samples bear the same number on two tags placed inside the bags.
- Preparation of the sample data sheet.
- The samples are ultimately sent to the analysis laboratory in Laayoune, and the control samples are retained in case they are needed.

### ✓ Sample quality:

The collected sample demonstrates relative representativeness due to the following factors: 1-

Alteration of physical properties by:

> ➢ A change in the original particle size distribution during the grinding of phosphate with the rational tricone.
> ➢ Loss of certain fractions due to wind action in a desert climate.
> ➢ A low weight yield.

2- Changes in chemical properties due to:

> ➢ Contamination resulting from the mixing of silexite or topsoil grains with phosphate cuttings when the roof or wall is reached.

The variations mentioned above demonstrate that the sample is probabilistic, with a contamination rate quantified at 2% based on empirical tests from previous prospecting campaigns.

### ➢ Analysis methods and number of determinations:

The samples were sent to the analytical laboratory and analyzed using atomic absorption spectroscopy.

The parameters analyzed are of two types:

-Physical parameters:

* moisture ($H_2O$%).

* % of fractions less than or equal to 2.5 mm

* % of fractions greater than or equal to 20 mm

* Yield by weight.

-Chemical parameters:



* % BPL on raw material.

 * % BPL on washed material.

 * % $SiO_2$ on washed material.

 * % Cd on washed.

* % $Al_2O_3$ on washed material and % $Fe_2O_3$ on washed material.

### 6- Survey execution and data analysis phase: (Appendix 2)

The exploration of the G Mine in the Bulls zone was completed in 9 days, with 123 drill holes totaling 1,130 m in length.





*Figure 34: Test pits dug at the G Mine, Bulls Zone.*



**7- Statistical parameters:**

| Average overlap (in m) | 4.4043 m |
|---|---|
| Average thickness (in m) | 3.35 m |
| Overhang/Power (m/m) (Ratio) | 1.31 |
| Standard deviations | 1.26171282 |
| Variance | 1.591919 |

*Table 9: Statistical parameters of the survey results from the G mine in the Bulls area.*

|  |  | Mean | Max | Min |
|---|---|---|---|---|
| Physical analyses | % $H_2O$ | 5.81 | 13.2 | 2.79 |
|  | % > 2 mm | 5.97 | 37.45 | 0.14 |
|  | % > 25 mm | - | - | - |
|  | RP (%) | 81.87 | 93.8 | 51.02 |
| Chemical analyses | % BPL /B | 66.11 | 78.2 | 9.2 |
|  | % BPL/L | 73.33 | 83.1 | 16.4 |
|  | % $SiO_2$/L | 9.16 | 50.2 | 1.7 |
|  | Cd/L (ppm) | 62.44 | 140 | 21 |
|  | % $Fe_2O_3$ | 0.24 | 1.33 | 0.06 |

*Table 10: Static parameters of the physical and chemical analysis results from the G Mine Bulls Zone drill holes.*

**8- Interpretation of the data :**

The results of the chemical analyses of samples from boreholes drilled in the G-Zone Bulls mine showed consistency and a certain degree of homogeneity with the lithological descriptions and field observations.

- The loose facies (Cd values are high and SiO2 values are low).
- The boundary facies (the opposite: $SiO_2$ values are very high).

These analyses allow us to delineate the area to be mined and thus determine the boundary coordinates of the loose phosphate zones.

| No. of Points | X | Y |
|---|---|---|
| 1 | 714148.75 | 2,903,675.87 |
| 2 | 714,436.1130 | 2,903,828.1358 |
| 3 | 714492.2987 | 2903722.1020 |
| 4 | 714580.6602 | 2903768.9234 |
| 5 | 714622.7996 | 2903689.3978 |
| 6 | 714799.5229 | 2903783.0400 |
| 7 | 714766.7482 | 2903844.8932 |
| 8 | 714855.1096 | 2903891.7141 |
| 9 | 714845.7450 | 2903909.3863 |
| 10 | 714501.3250 | 2904224.8529 |
| 11 | 714212.8824 | 2904071.9983 |
| 12 | 714104.0961 | 2903797.6567 |
| 13 | 714127.1452 | 2903781.7589 |

*Table 11: Coordinates of the boundary points of the area containing mobile phosphates*

*(area to be mined).*



*Figure 35: The area to be mined in the G zone of the Bulls Mine.*



# Conclusion

In general, trends in BPL/L grades, thicknesses, and overburden depths increase in the same direction from south to north, due to the geography of the Oued Eddahab basin.

At greater depths (north), an increase in these parameters is observed.

It is also worth noting the trend in Cd, characterized by maximum values in the south and minimum values in the north. This trend can be explained by the density of the element (Cd).

At the end of the Cretaceous and the beginning of the Paleocene, a major Atlantic transgression occurred, giving rise to the Moroccan Phosphates. During this transgression, cadmium settled directly along the shorelines (south) due to its high density. This explains the maximum values at the outcrops.

The gully erosion in Layer 1 is caused by dry wadis, which triggered chemical reactions such as dissolution, calcification, and silicification; this explains the V-shaped forms along the lithological section.

According to the technical-economic study, it is evident that unblocking Exit 1 is cost-effective for the removal of ore from Mine B, and that pre-stripping is a critical phase for the operation of mines characterized by significant overburden (> 25 m).

The results of the description of the 50×50 m high-density prospecting surveys allow us to delineate the excavated portion of the loose soil located outside the provisional 500 m square grid.

They also made it possible to delineate phosphate zones with an altered upper layer or siliceous concretions. These zones can be mined through selective mining.

Drilling remains one of the most time- and cost-intensive prospecting methods.

We recommend using modern geophysical methods, namely electrical tomography and ground-penetrating radar, which are more effective in prospecting for phosphate deposits and yield good results, as demonstrated by the Khouribga deposit.



# Bibliographic References

- **Moumni, A. April 1989: Geological Report No. 356, General Information, Study of Layer 1 in Mine G: pp. 1–20.**

- **Monograph of Boucraa. 1989: Internal Report.**

- **Geological mapping data. 1989: Internal report.**

- **Geological data for mines A-B-C-D-E-F-G-H-I-J (layer 1 and layer 2) (x, y, and z coordinates). 08/02/1991: Internal report.**

- **Boucraa, old structures survey and classification of wells and boreholes. 1989: Internal report.**

- **Moumni, A. April 1989: Geological Report No. 335, Oued EDDAHAB Basin, Boucraa Deposit, central zone (mines A, B, and C): pp. 1–43.**

- **Moumni, A. Staifa. 01/06/1989: 2D Map: Geol. /A330, map of BPL concentrations in the washed material from Layer 1.**

- **Wadjinny, M. 1989: Attempt at characterization, nomenclature, and codification of phosphate rocks and associated facies.**



# Appendix . 1

**Reserve assessment for the B mine, Dragline zone (area to be mined)**

| Tranchet | Area (m²) | | Recvrt | V, Waste rock (m³) | | Well | Tsm | | T/L (BPL%) | | Cd | SiO2 | Fe2O3 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cell | Part, | Cumulative, | (m) | Partial | Cumulative | (m) | Partial | Cumulative | Partial | (total) | Partial | Partial | Partial | (total) |
| 26 24 | 4,000 | 4000 | 29.00 | 116,000 | 116,000 | 5.00 | 14,400 | 14,400 | 80.00 | 1,152,000.00 | 29 | 2.20 | 0.11 | 1,584 |
| 26 25 | 4,000 | 8,000 | 29.00 | 116,000 | 232,000 | 5.00 | 14,400 | 28,800 | 80.50 | 1,159,200.00 | 34 | 2.80 | 0.13 | 3,744 |
| 26 26 | 4,000 | 12,000 | 29.50 | 118,000 | 350,000 | 5.00 | 14,400 | 43,200 | 80.50 | 1,159,200.00 | 27 | 2.50 | 0.08 | 3,456 |
| 26 27 | 4,000 | 16,000 | 30.00 | 120,000 | 470,000 | 5.00 | 14,400 | 57,600 | 80.00 | 1,152,000.00 | 25 | 2.20 | 0.1 | 5,760 |
| 26 28 | 4,000 | 20,000 | 30.00 | 120,000 | 590,000 | 5.50 | 15,840 | 73,440 | 80.00 | 1,267,200.00 | 31 | 3.10 | 0.1 | 7,344 |
| 27 17 | 4,000 | 24,000 | 28.50 | 114,000 | 704,000 | 4.50 | 12,960 | 86,400 | 79.50 | 1,030,320.00 | 31 | 2.00 | 0.11 | 9504 |
| 27 18 | 4,000 | 28,000 | 29.00 | 116,000 | 820,000 | 4.50 | 12,960 | 99,360 | 79.50 | 1,030,320.00 | 28 | 1.80 | 0.1 | 9936 |
| 27 19 | 4,000 | 32,000 | 30.50 | 122,000 | 942,000 | 4.50 | 12,960 | 112,320 | 79.50 | 1,030,320.00 | 30 | 2.30 | 0.1 | 11,232 |
| 27 20 | 4,000 | 36,000 | 30.50 | 122,000 | 1,064,000 | 4.50 | 12,960 | 125,280 | 79.50 | 1,030,320.00 | 31 | 2.10 | 0.09 | 11,275 |
| 27 21 | 4,000 | 40,000 | 29.00 | 116,000 | 1,180,000 | 4.50 | 12,960 | 138,240 | 80.00 | 1,036,800.00 | 25 | 2.30 | 0.1 | 13,824 |
| 27 22 | 4,000 | 44,000 | 29.00 | 116,000 | 1,296,000 | 5.00 | 14,400 | 152,640 | 80.00 | 1,152,000.00 | 27 | 2.20 | 0.1 | 15,264 |
| 27 23 | 4,000 | 48,000 | 29.00 | 116,000 | 1,412,000 | 5.00 | 14,400 | 167,040 | 79.50 | 1,144,800.00 | 26 | 2.40 | 0.09 | 15,034 |
| 27 24 | 4,000 | 52,000 | 29.50 | 118,000 | 1,530,000 | 5.00 | 14,400 | 181,440 | 79.50 | 1,144,800.00 | 29 | 2.20 | 0.1 | 18,144 |
| 27 25 | 4,000 | 56,000 | 30.00 | 120,000 | 1,650,000 | 5.00 | 14,400 | 195,840 | 79.50 | 1,144,800.00 | 34 | 2.80 | 0.13 | 25,459 |
| 27 26 | 4,000 | 60,000 | 30.50 | 122,000 | 1,772,000 | 5.00 | 14,400 | 210,240 | 80.00 | 1,152,000.00 | 27 | 2.50 | 0.08 | 16,819 |
| 27 27 | 4,000 | 64,000 | 30.50 | 122,000 | 1,894,000 | 5.00 | 14,400 | 224,640 | 79.50 | 1,144,800.00 | 25 | 2.20 | 0.11 | 24,710 |
| 27 28 | 4,000 | 68,000 | 30.50 | 122,000 | 2,016,000 | 5.50 | 15,840 | 240,480 | 79.50 | 1,259,280.00 | 31 | 3.10 | 0.1 | 24,048 |





| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 17 | 4,000 | 72,000 | 28.00 | 112,000 | 2,128,000 | 5.00 | 14,400 | 254,880 | 79.50 | 1,144,800.00 | 30 | 2.20 | 0.1 | 25,488 |
| 28 18 | 4,000 | 76,000 | 29.00 | 116,000 | 2,244,000 | 5.00 | 14,400 | 269,280 | 80.00 | 1,152,000.00 | 29 | 2.00 | 0.11 | 29,621 |
| 28 19 | 4,000 | 80,000 | 30.50 | 122,000 | 2,366,000 | 5.00 | 14,400 | 283,680 | 80.00 | 1,152,000.00 | 30 | 2.30 | 0.1 | 28,368 |
| 28 20 | 4,000 | 84,000 | 30.50 | 122,000 | 2,488,000 | 5.00 | 14,400 | 298,080 | 80.00 | 1,152,000.00 | 31 | 2.10 | 0.09 | 26,827 |
| 28 21 | 4,000 | 88,000 | 29.00 | 116,000 | 2,604,000 | 5.00 | 14,400 | 312,480 | 80.00 | 1,152,000.00 | 25 | 2.30 | 0.1 | 31,248 |
| 28 22 | 4,000 | 92,000 | 29.00 | 116,000 | 2,720,000 | 5.00 | 14,400 | 326,880 | 80.00 | 1,152,000.00 | 27 | 2.20 | 0.1 | 32,688 |
| 28 23 | 4,000 | 96,000 | 29.00 | 116,000 | 2,836,000 | 5.00 | 14,400 | 341,280 | 79.50 | 1,144,800.00 | 26 | 2.40 | 0.09 | 30,715 |
| 28 24 | 4,000 | 100,000 | 30.50 | 122,000 | 2,958,000 | 5.00 | 14,400 | 355,680 | 79.50 | 1,144,800.00 | 29 | 2.20 | 0.1 | 35,568 |
| 28 25 | 4,000 | 104,000 | 31.00 | 124,000 | 3,082,000 | 5.00 | 14,400 | 370,080 | 79.00 | 1,137,600.00 | 34 | 2.80 | 0.13 | 48,110 |
| 28 26 | 4,000 | 108,000 | 30.50 | 122,000 | 3,204,000 | 5.00 | 14,400 | 384,480 | 78.50 | 1,130,400.00 | 27 | 2.50 | 0.08 | 30,758 |
| 28 27 | 4,000 | 112,000 | 31.00 | 124,000 | 3,328,000 | 5.50 | 15,840 | 400,320 | 79.00 | 1,251,360.00 | 25 | 2.20 | 0.1 | 40032 |
| 28 28 | 4000 | 116,000 | 31.00 | 124,000 | 3,452,000 | 6.00 | 17,280 | 417,600 | 79.00 | 1,365,120.00 | 31 | 3.10 | 0.1 | 41,760 |
| 29 17 | 4,000 | 120,000 | 30.00 | 120,000 | 3,572,000 | 5.00 | 14,400 | 432,000 | 79.50 | 1,144,800.00 | 30 | 2.20 | 0.1 | 43,200 |
| 29 18 | 4,000 | 124,000 | 30.00 | 120,000 | 3,692,000 | 5.00 | 14,400 | 446,400 | 79.50 | 1,144,800.00 | 29 | 2.00 | 0.11 | 49,104 |
| 29 19 | 4,000 | 128,000 | 31.50 | 126,000 | 3,818,000 | 5.00 | 14,400 | 460,800 | 79.50 | 1,144,800.00 | 30 | 2.30 | 0.1 | 46,080 |
| 29 20 | 4,000 | 132,000 | 31.50 | 126,000 | 3,944,000 | 5.00 | 14,400 | 475,200 | 79.50 | 1,144,800.00 | 31 | 2.10 | 0.09 | 42,768 |
| 29 21 | 4,000 | 136,000 | 31.00 | 124,000 | 4,068,000 | 5.00 | 14,400 | 489,600 | 79.50 | 1,144,800.00 | 25 | 2.30 | 0.1 | 48,960 |
| 29 22 | 4,000 | 140,000 | 31.00 | 124,000 | 4,192,000 | 5.00 | 14,400 | 504,000 | 80.00 | 1,152,000.00 | 27 | 2.20 | 0.1 | 50,400 |
| 29 23 | 4,000 | 144,000 | 31.00 | 124,000 | 4,316,000 | 5.00 | 14,400 | 518,400 | 80.00 | 1,152,000.00 | 26 | 2.40 | 0.09 | 46,656 |
| 29 24 | 4,000 | 148,000 | 31.00 | 124,000 | 4,440,000 | 5.00 | 14,400 | 532,800 | 79.50 | 1,144,800.00 | 29 | 2.20 | 0.1 | 53,280 |
| 29 25 | 4,000 | 152,000 | 31.50 | 126,000 | 4,566,000 | 5.00 | 14,400 | 547,200 | 78.50 | 1,130,400.00 | 34 | 2.80 | 0.13 | 71,136 |
| 29 26 | 4,000 | 156,000 | 31.50 | 126,000 | 4,692,000 | 5.50 | 15,840 | 563,040 | 78.50 | 1,243,440.00 | 27 | 2.50 | 0.08 | 45043 |
| 29 27 | 4,000 | 160,000 | 31.50 | 126,000 | 4,818,000 | 6.00 | 17,280 | 580,320 | 79.00 | 1,365,120.00 | 25 | 2.20 | 0.1 | 58,032 |
| 29 28 | 4,000 | 164,000 | 32.00 | 128,000 | 4,946,000 | 6.00 | 17,280 | 597,600 | 79.50 | 1,373,760.00 | 31 | 3.10 | 0.1 | 59,760 |
| 30 17 | 4,000 | 168,000 | 30.00 | 120,000 | 5,066,000 | 5.00 | 14,400 | 612,000 | 79.50 | 1,144,800.00 | 31 | 2.20 | 0.1 | 61,200 |
| 30 18 | 4,000 | 172,000 | 30.50 | 122,000 | 5,188,000 | 5.00 | 14,400 | 626,400 | 79.50 | 1,144,800.00 | 28 | 1.80 | 0.1 | 62,640 |




| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 19 | 4,000 | 176,000 | 32.00 | 128,000 | 5,316,000 | 5.00 | 14,400 | 640,800 | 79.50 | 1,144,800.00 | 27 | 2.20 | 0.1 | 64,080 |
| 30 20 | 4,000 | 180,000 | 32.00 | 128,000 | 5,444,000 | 5.00 | 14,400 | 655,200 | 79.50 | 1,144,800.00 | 31 | 2.10 | 0.09 | 58,968 |
| 30 21 | 4,000 | 184,000 | 31.00 | 124,000 | 5,568,000 | 5.00 | 14,400 | 669,600 | 79.50 | 1,144,800.00 | 25 | 2.30 | 0.1 | 66,960 |
| 30 22 | 4,000 | 188,000 | 31.00 | 124,000 | 5,692,000 | $5.00 | 14,400 | 684,000 | 80.00 | 1,152,000.00 | 27 | 2.20 | 0.1 | 68,400 |
| 30 23 | 4,000 | 192,000 | 30.50 | 122,000 | 5,814,000 | 5.50 | 15,840 | 699,840 | 80.00 | 1,267,200.00 | 26 | 2.40 | 0.09 | 62,986 |
| 30 24 | 4,000 | 196,000 | 30.00 | 120,000 | 5,934,000 | 5.50 | 15,840 | 715,680 | 79.50 | 1,259,280.00 | 29 | 2.20 | 0.1 | 71,568 |
| 30 25 | 4,000 | 200,000 | 32.00 | 128,000 | 6,062,000 | 5.50 | 15,840 | 731,520 | 78.50 | 1,243,440.00 | 34 | 2.80 | 0.13 | 95,098 |
| 30 26 | 4,000 | 204,000 | 33.00 | 132,000 | 6,194,000 | 5.50 | 15,840 | 747,360 | 78.50 | 1,243,440.00 | 27 | 2.50 | 0.08 | 59,789 |
| 30 27 | 4,000 | 208,000 | 33.00 | 132,000 | 6,326,000 | 5.50 | 15,840 | 763,200 | 79.00 | 1,251,360.00 | 25 | 2.20 | 0.1 | 76,320 |
| 30 28 | 4,000 | 212,000 | 33.50 | 134,000 | 6,460,000 | 6.00 | 17,280 | 780,480 | 79.50 | 1,373,760.00 | 31 | 3.10 | 0.1 | 78,048 |
| 31 17 | 4,000 | 216,000 | 32.00 | 128,000 | 6,588,000 | 5.00 | 14,400 | 794,880 | 79.50 | 1,144,800.00 | 31 | 2.20 | 0.1 | 79488 |
| 31 18 | 4,000 | 220,000 | 32.00 | 128,000 | 6,716,000 | 5.00 | 14,400 | 809,280 | 79.50 | 1,144,800.00 | 28 | 1.80 | 0.1 | 80,928 |
| 31 19 | 4,000 | 224,000 | 33.00 | 132,000 | 6,848,000 | 5.00 | 14,400 | 823,680 | 79.50 | 1,144,800.00 | 27 | 2.20 | 0.1 | 82,368 |
| 31 20 | 4,000 | 228,000 | 33.50 | 134,000 | 6,982,000 | 5.00 | 14,400 | 838,080 | 79.50 | 1,144,800.00 | 31 | 2.10 | 0.09 | 75,427 |
| 31 21 | 4,000 | 232,000 | 32.00 | 128,000 | 7,110,000 | 5.00 | 14,400 | 852,480 | 80.00 | 1,152,000.00 | 25 | 2.30 | 0.1 | 85,248 |
| 31 22 | 4,000 | 236,000 | 32.00 | 128,000 | 7,238,000 | 5.00 | 14,400 | 866,880 | 80.00 | 1,152,000.00 | 27 | 2.20 | 0.1 | 86,688 |
| 31 23 | 4,000 | 240,000 | 31.50 | 126,000 | 7,364,000 | 5.50 | 15,840 | 882,720 | 80.00 | 1,267,200.00 | 26 | 2.40 | 0.09 | 79,445 |
| 31 24 | 4000 | 244,000 | 31.50 | 126,000 | 7,490,000 | 5.50 | 15,840 | 898,560 | 80.00 | 1,267,200.00 | 29 | 2.20 | 0.1 | 89,856 |
| 31 25 | 4,000 | 248,000 | 32.00 | 128,000 | 7,618,000 | 5.50 | 15,840 | 914,400 | 78.50 | 1,243,440.00 | 34 | 2.80 | 0.13 | 118,872 |
| 31 26 | 4,000 | 252,000 | 33.50 | 134,000 | 7,752,000 | 5.50 | 15,840 | 930,240 | 78.50 | 1,243,440.00 | 27 | 2.50 | 0.08 | 74,419 |
| 31 27 | 4,000 | 256,000 | 43.00 | 172,000 | 7,924,000 | 5.50 | 15,840 | 946,080 | 79.00 | 1,251,360.00 | 25 | 2.20 | 0.1 | 94,608 |
| 31 28 | 4,000 | 260,000 | 34.50 | 138,000 | 8,062,000 | 6.00 | 17,280 | 963,360 | 79.50 | 1,373,760.00 | 31 | 3.10 | 0.1 | 96,336 |
| 32 17 | 4,000 | 264,000 | 33.00 | 132,000 | 8,194,000 | 5.00 | 14,400 | 977,760 | 79.50 | 1,144,800.00 | 29 | 2.20 | 0.1 | 97,776 |
| 32 18 | 4,000 | 268,000 | 33.50 | 134,000 | 8,328,000 | 5.00 | 14,400 | 992,160 | 79.50 | 1,144,800.00 | 28 | 1.80 | 0.1 | 99,216 |
| 32 19 | 4,000 | 272,000 | 34.00 | 136,000 | 8,464,000 | 5.00 | 14,400 | 1,006,560 | 79.50 | 1,144,800.00 | 26 | 2.40 | 0.1 | 100,656 |
| 32 20 | 4000 | 276,000 | 34.00 | 136,000 | 8,600,000 | 5.00 | 14,400 | 1,020,960 | 79.50 | 1,144,800.00 | 31 | 2.20 | 0.09 | 91,886 |

 

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 21 | 4,000 | 280,000 | 33.00 | 132,000 | 8,732,000 | 5.00 | 14,400 | 1,035,360 | 80.00 | 1,152,000.00 | 25 | 2.30 | 0.1 | 103,536 |
| 32 22 | 4,000 | 284,000 | 32.50 | 130,000 | 8,862,000 | 5.50 | 15,840 | 1,051,200 | 80.00 | 1,267,200.00 | 27 | 2.20 | 0.1 | 105,120 |
| 32 23 | 4,000 | 288,000 | 32.00 | 128,000 | 8,990,000 | 5.50 | 15,840 | 1,067,040 | 80.00 | 1,267,200.00 | 26 | 2.40 | 0.09 | 96,034 |
| 32 24 | 4,000 | 292,000 | 32.00 | 128,000 | 9,118,000 | 5.50 | 15,840 | 1,082,880 | 80.00 | 1,267,200.00 | 29 | 2.20 | 0.1 | 108,288 |
| 32 25 | 4,000 | 296,000 | 33.00 | 132,000 | 9,250,000 | 5.50 | 15,840 | 1,098,720 | 79.00 | 1,251,360.00 | 34 | 2.80 | 0.13 | 142,834 |
| 32 26 | 4,000 | 300,000 | 34.00 | 136,000 | 9,386,000 | 5.50 | 15,840 | 1,114,560 | 79.00 | 1,251,360.00 | 27 | 2.50 | 0.08 | 89,165 |
| 32 27 | 4,000 | 304,000 | 34.00 | 136,000 | 9,522,000 | 5.50 | 15,840 | 1,130,400 | 79.00 | 1,251,360.00 | 25 | 2.20 | 0.1 | 113,040 |
| 32 28 | 4000 | 308,000 | 35.00 | 140,000 | 9,662,000 | 6.00 | 17,280 | 1,147,680 | 79.50 | 1,373,760.00 | 31 | 3.10 | 0.1 | 114,768 |
| 33 17 | 4,000 | 312,000 | 34.00 | 136,000 | 9,798,000 | 5.00 | 14,400 | 1,162,080 | 79.50 | 1,144,800.00 | 29 | 2.20 | 0.1 | 116,208 |
| 33 18 | 4000 | 316,000 | 34.50 | 138,000 | 9,936,000 | 5.00 | 14,400 | 1,176,480 | 79.50 | 1,144,800.00 | 28 | 1.80 | 0.1 | 117,648 |
| 33 19 | 4,000 | 320,000 | 35.00 | 140,000 | 10,076,000 | 5.00 | 14,400 | 1,190,880 | 79.50 | 1,144,800.00 | 26 | 2.40 | 0.1 | 119,088 |
| 33 20 | 4,000 | 324,000 | 34.50 | 138,000 | 10,214,000 | 5.00 | 14,400 | 1,205,280 | 79.50 | 1,144,800.00 | 31 | 2.20 | 0.09 | 108,475 |
| 33 21 | 4,000 | 328,000 | 34.50 | 138,000 | 10,352,000 | 5.50 | 15,840 | 1,221,120 | 80.00 | 1,267,200.00 | 25 | 2.30 | 0.1 | 122112 |
| 33 22 | 4,000 | 332,000 | 34.00 | 136,000 | 10,488,000 | 5.50 | 15,840 | 1,236,960 | 80.00 | 1,267,200.00 | 27 | 2.20 | 0.1 | 123,696 |
| 33 23 | 4,000 | 336,000 | 33.00 | 132,000 | 10,620,000 | 5.50 | 15,840 | 1,252,800 | 80.00 | 1,267,200.00 | 26 | 2.40 | 0.09 | 112,752 |
| 33 24 | 4,000 | 340,000 | 32.00 | 128,000 | 10,748,000 | 5.50 | 15,840 | 1,268,640 | 80.00 | 1,267,200.00 | 29 | 2.20 | 0.1 | 126864 |
| 33 25 | 4,000 | 344,000 | 34.00 | 136,000 | 10,884,000 | 5.50 | 15,840 | 1,284,480 | 79.00 | 1,251,360.00 | 34 | 2.80 | 0.13 | 166,982 |
| 33 26 | 4,000 | 348,000 | 35.00 | 140,000 | 11,024,000 | 5.50 | 15,840 | 1,300,320 | 79.00 | 1,251,360.00 | 27 | 2.50 | 0.08 | 104,026 |
| 33 27 | 4000 | 352,000 | 36.00 | 144,000 | 11,168,000 | 5.50 | 15,840 | 1,316,160 | 79.50 | 1,259,280.00 | 25 | 2.20 | 0.1 | 131,616 |
| 33 28 | 4,000 | 356,000 | 36.50 | 146,000 | 11,314,000 | 6.00 | 17,280 | 1,333,440 | 79.50 | 1,373,760.00 | 31 | 3.10 | 0.1 | 133,344 |
| 34 17 | 4,000 | 360,000 | 34.50 | 138,000 | 11,452,000 | 5.00 | 14,400 | 1,347,840 | 78.50 | 1,130,400.00 | 31 | 3.10 | 0.1 | 134,784 |
| 34 18 | 4,000 | 364,000 | 35.50 | 142,000 | 11,594,000 | 5.00 | 14,400 | 1,362,240 | 78.50 | 1,130,400.00 | 25 | 2.20 | 0.1 | 136,224 |
| 34 19 | 4,000 | 368,000 | $36.00 | 144,000 | 11,738,000 | 5.00 | 14,400 | 1,376,640 | 79.00 | 1,137,600.00 | 27 | 2.50 | 0.08 | 110131 |
| 34 20 | 4,000 | 372,000 | 36.00 | 144,000 | 11,882,000 | 5.50 | 15,840 | 1,392,480 | 79.50 | 1,259,280.00 | 34 | 2.80 | 0.1 | 139,248 |
| 34 21 | 4,000 | 376,000 | 35.00 | 140,000 | 12,022,000 | 5.50 | 15,840 | 1,408,320 | 79.50 | 1,259,280.00 | 29 | 2.20 | 0.1 | 140,832 |
| 34 22 | 4,000 | 380,000 | 34.00 | 136,000 | 12,158,000 | 5.50 | 15,840 | 1,424,160 | 80.00 | 1,267,200.00 | 26 | 2.40 | 0.09 | 128,174 |




| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 23 | 4,000 | 384,000 | 33.00 | 132,000 | 12,290,000 | 5.50 | 15,840 | 1,440,000 | 80.00 | 1,267,200.00 | 27 | 2.20 | 0.1 | 144,000 |
| 34 24 | 4,000 | 388,000 | 33.00 | 132,000 | 12,422,000 | 5.50 | 15,840 | 1,455,840 | 80.00 | 1,267,200.00 | 25 | 2.30 | 0.1 | 145,584 |
| 34 25 | 4,000 | 392,000 | 34.50 | 138,000 | 12,560,000 | 5.50 | 15,840 | 1,471,680 | 79.50 | 1,259,280.00 | 31 | 2.20 | 0.1 | 147,168 |
| 34 26 | 4,000 | 396,000 | 35.00 | 140,000 | 12,700,000 | 5.50 | 15,840 | 1,487,520 | 79.50 | 1,259,280.00 | 26 | 2.40 | 0.09 | 133,877 |
| 34 27 | 4,000 | 400,000 | 36.00 | 144,000 | 12,844,000 | 5.50 | 15,840 | 1,503,360 | 79.50 | 1,259,280.00 | 28 | 1.80 | 0.1 | 150,336 |
| 34 28 | 4000 | 404,000 | 38.00 | 152,000 | 12,996,000 | 6.00 | 17,280 | 1,520,640 | 79.50 | 1,373,760.00 | 29 | 2.20 | 0.1 | 152,064 |
| 35 17 | 4,000 | 408,000 | 36.00 | 144,000 | 13,140,000 | 5.00 | 14,400 | 1,535,040 | 78.50 | 1,130,400.00 | 31 | 3.10 | 0.1 | 153,504 |
| 35 18 | 4,000 | 412,000 | 36.00 | 144,000 | 13,284,000 | 5.00 | 14,400 | 1,549,440 | 78.50 | 1,130,400.00 | 25 | 2.20 | 0.1 | 154,944 |
| 35 19 | 4,000 | 416,000 | 36.00 | 144,000 | 13,428,000 | 5.00 | 14,400 | 1,563,840 | 78.50 | 1,130,400.00 | 27 | 2.50 | 0.08 | 125,107 |
| 35 20 | 4,000 | 420,000 | 36.00 | 144,000 | 13,572,000 | 5.50 | 15,840 | 1,579,680 | 79.50 | 1,259,280.00 | 34 | 2.80 | 0.1 | 157,968 |
| 35 21 | 4,000 | 424,000 | 36.00 | 144,000 | 13,716,000 | 5.50 | 15,840 | 1,595,520 | 79.50 | 1,259,280.00 | 29 | 2.20 | 0.1 | 159,552 |
| 35 22 | 4,000 | 428,000 | 35.00 | 140,000 | 13,856,000 | 5.50 | 15,840 | 1,611,360 | 80.00 | 1,267,200.00 | 26 | 2.40 | 0.09 | 145022 |
| 35 23 | 4,000 | 432,000 | 34.00 | 136,000 | 13,992,000 | 5.50 | 15,840 | 1,627,200 | 80.00 | 1,267,200.00 | 27 | 2.20 | 0.1 | 162,720 |
| 35 24 | 4,000 | 436,000 | 34.00 | 136,000 | 14,128,000 | 5.50 | 15,840 | 1,643,040 | 80.00 | 1,267,200.00 | 25 | 2.30 | 0.1 | 164,304 |
| 35 25 | 4,000 | 440,000 | 34.50 | 138,000 | 14,266,000 | 5.50 | 15,840 | 1,658,880 | 79.50 | 1,259,280.00 | 31 | 2.20 | 0.1 | 165,888 |
| 35 26 | 4,000 | 444,000 | 36.00 | 144,000 | 14,410,000 | 5.50 | 15,840 | 1,674,720 | 79.50 | 1,259,280.00 | 26 | 2.40 | 0.09 | 150,725 |
| 35 27 | 4,000 | 448,000 | 37.50 | 150,000 | 14,560,000 | 6.00 | 17,280 | 1,692,000 | 79.50 | 1,373,760.00 | 28 | 1.80 | 0.1 | 169,200 |
| 35 28 | 4,000 | 452,000 | 38.00 | 152,000 | 14,712,000 | 6.00 | 17,280 | 1,709,280 | 79.50 | 1,373,760.00 | 29 | 2.20 | 0.1 | 170928 |
| 36 17 | 4,000 | 456,000 | 37.00 | 148,000 | 14,860,000 | 5.00 | 14,400 | 1,723,680 | 78.50 | 1,130,400.00 | 25 | 2.20 | 0.1 | 172,368 |
| 36 18 | 4,000 | 460,000 | 37.00 | 148,000 | 15,008,000 | 5.00 | 14,400 | 1,738,080 | 78.50 | 1,130,400.00 | 27 | 2.50 | 0.1 | 173,808 |
| 36 19 | 4,000 | 464,000 | 36.50 | 146,000 | 15,154,000 | 5.00 | 14,400 | 1,752,480 | 78.50 | 1,130,400.00 | 31 | 3.10 | 0.08 | 140,198 |
| 36 20 | 4,000 | 468,000 | 36.50 | 146,000 | 15,300,000 | 5.50 | 15,840 | 1,768,320 | 79.50 | 1,259,280.00 | 34 | 2.80 | 0.1 | 176,832 |
| 36 21 | 4,000 | 472,000 | 36.00 | 144,000 | 15,444,000 | 5.50 | 15,840 | 1,784,160 | 79.50 | 1,259,280.00 | 26 | 2.20 | 0.1 | 178,416 |
| 36 22 | 4,000 | 476,000 | 35.50 | 142,000 | 15,586,000 | 5.50 | 15,840 | 1,800,000 | 79.50 | 1,259,280.00 | 29 | 2.20 | 0.09 | 162,000 |
| 36 23 | 4,000 | 480,000 | 35.00 | 140,000 | 15,726,000 | 5.50 | 15,840 | 1,815,840 | 79.50 | 1,259,280.00 | 31 | 2.30 | 0.1 | 181,584 |
| 36 24 | 4,000 | 484,000 | 35.00 | 140,000 | 15,866,000 | 5.50 | 15,840 | 1,831,680 | 79.50 | 1,259,280.00 | 25 | 2.20 | 0.1 | 183,168 |





| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 25 | 4,000 | 488,000 | 36.00 | 144,000 | 16,010,000 | 5.50 | 15,840 | 1,847,520 | 79.50 | 1,259,280.00 | 27 | 2.40 | 0.1 | 184,752 |
| 36 26 | 4,000 | 492,000 | 37.00 | 148,000 | 16,158,000 | 5.50 | 15,840 | 1,863,360 | 79.50 | 1,259,280.00 | 26 | 2.40 | 0.09 | 167,702 |
| 36 27 | 4,000 | 496,000 | 38.00 | 152,000 | 16,310,000 | 6.00 | 17,280 | 1,880,640 | 79.50 | 1,373,760.00 | 28 | 1.80 | 0.1 | 188,064 |
| 36 28 | 4,000 | 500,000 | 39.00 | 156,000 | 16,466,000 | 6.00 | 17,280 | 1,897,920 | 79.50 | 1,373,760.00 | 29 | 2.20 | 0.1 | 189,792 |
| 37 17 | 4,000 | 504,000 | 38.50 | 154,000 | 16,620,000 | 5.00 | 14,400 | 1,912,320 | 78.50 | 1,130,400.00 | 25 | 2.20 | 0.1 | 191,232 |
| 37 18 | 4,000 | 508,000 | 38.00 | 152,000 | 16,772,000 | 5.00 | 14,400 | 1,926,720 | 78.50 | 1,130,400.00 | 27 | 2.50 | 0.1 | 192,672 |
| 37 19 | 4,000 | 512,000 | 38.00 | 152,000 | 16,924,000 | 5.00 | 14,400 | 1,941,120 | 78.50 | 1,130,400.00 | 31 | 3.10 | 0.08 | 155,290 |
| 37 20 | 4,000 | 516,000 | 37.00 | 148,000 | 17,072,000 | 5.50 | 15,840 | 1,956,960 | 79.50 | 1,259,280.00 | 34 | 2.80 | 0.1 | 195,696 |
| 37 21 | 4,000 | 520,000 | 37.00 | 148,000 | 17,220,000 | 5.50 | 15,840 | 1,972,800 | 79.50 | 1,259,280.00 | 26 | 2.20 | 0.1 | 197,280 |
| 37 22 | 4,000 | 524,000 | 36.00 | 144,000 | 17,364,000 | 5.50 | 15,840 | 1,988,640 | 79.50 | 1,259,280.00 | 29 | 2.20 | 0.09 | 178,978 |
| 37 23 | 4,000 | 528,000 | 36.00 | 144,000 | 17,508,000 | 5.50 | 15,840 | 2,004,480 | 79.50 | 1,259,280.00 | 31 | 2.30 | 0.1 | 200,448 |
| 37 24 | 4,000 | 532,000 | 36.00 | 144,000 | 17,652,000 | 5.50 | 15,840 | 2,020,320 | 79.50 | 1,259,280.00 | 25 | 2.20 | 0.1 | 202032 |
| 37 25 | 4,000 | 536,000 | 36.50 | 146,000 | 17,798,000 | 5.50 | 15,840 | 2,036,160 | 79.50 | 1,259,280.00 | 27 | 2.40 | 0.1 | 203,616 |
| 37 26 | 4,000 | 540,000 | 37.00 | 148,000 | 17,946,000 | 6.00 | 17,280 | 2,053,440 | 79.50 | 1,373,760.00 | 26 | 2.40 | 0.09 | 184,810 |
| 37 27 | 4,000 | 544,000 | 38.50 | 154,000 | 18,100,000 | 6.00 | 17,280 | 2,070,720 | 79.50 | 1,373,760.00 | 28 | 1.80 | 0.1 | 207,072 |
| 37 28 | 4,000 | **548,000** | 40.00 | 160,000 | **18,260,000** | 6.00 | 17,280 | **2,088,000** | 79.50 | 1,373,760.00 | 29 | 2.20 | 0.1 | 208,800 |
| Total | | 548,000 | | | 18,260,000 | | | 2,088,000 | | 165,912,480 | | | | |
| | | | | | | | | | | 79.46 | | | | |

33.32116788

2,900,000

| Ratio | 6.30 |
|---|---|




# Appendix e 2

**Results of lithological observations and physical and chemical analyses of core samples taken at the G Mine in the Bulls area.**

## MONTH OF May 2012

| Borehole No. | Rect C1 in (m) | Thickness in (m) | Observations | Physical analyses | | | | Chemical analyses | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | % H$_2$O | % > 2 mm | % > 25 mm | RP (%) | % BPL /L | % BPL/ L | % SiO2/ L | Cd /L (ppm) | % Fe$_2$O$_3$ |
| 1 | 5.7 | 4.7 | phosphate with siliceous concretions | 6.39 | 6.27 | * | 82.65 | 52.2 | 62.7 | 17.2 | 64 | 0.1 |
| 2 | 6.2 | 2.4 | hard phosphate in blocks | non-recoverable | | | | | | | | |
| 3 | 5 | 2.4 | hard phosphate in blocks | | | | | | | | | |
| 4 | 5 | 3.4 | hard phosphate in blocks | 4.61 | 6.57 | * | 82.68 | 51.6 | 57.4 | 23.6 | 45 | 0.63 |
| 5 | 4 | 3.4 | hard phosphate in blocks | 7.44 | 24.94 | * | 62.42 | 41.1 | 50.7 | 27 | 79 | 1.33 |
| 6 | 4.8 | 2.8 | dark yellow loose phosphate | 6.05 | 10.85 | * | 67.59 | 66.4 | 70.6 | 11.1 | 52 | 0.63 |
| 7 | 6 | 2.4 | 50 cm phosphate in blocks greater than 6.5 Coarse, dark gray phosphate with a sandy appearance | 3.61 | 7.85 | * | 85.49 | 9.2 | 16.4 | 50.2 | 21 | 0.91 |
| 8 | 8 | 3.8 | gray and dark beige loose phosphate | 5.56 | 13.62 | * | 77.76 | 66.4 | 78.6 | 5.2 | 57 | 0.19 |
| 9 | 7.4 | 2.6 | dark loose phosphate | 5.98 | 2.41 | * | 87.43 | 74.8 | 79.2 | 4.3 | 58 | 0.13 |
| 10 | | | 80 cm divider with 2 levels of loose phosphate | 3.22 | 0.3 | * | 91.29 | 51.9 | 58.8 | 28.7 | 74 | 0.14 |
| | 3.6 | 2.7 | | 5.88 | 2.16 | * | 84.11 | 48.2 | 53 | 40.2 | 62 | 0.42 |
| 11 | 7 | 3 | loose phosphate: degree of hardening = 4 | 2.79 | 2.85 | * | 91.6 | 47.6 | 51 | 36.8 | 55 | 0.36 |
| 12 | 7.4 | 4.2 | hardened, sanded, and clear phosphate | 3.04 | 4.4 | * | 88.45 | 38.2 | 44.3 | 42.5 | 49 | 0.38 |
| 13 | 4.8 | 3 | an 80 cm spacer separates a loose layer from a consolidated one | 4.85 | 5.9 | * | 79.45 | 32.8 | 40.4 | 44.3 | 41 | 0.92 |
| 14 | 2.2 | 1.4 | grayish calcified phosphate | unrecoverable | | | | | | | | |

89

 

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 3 | 2.6 | total and calcium phosphate | | | | | | | | | |
| 16 | 3.6 | 4 | consolidated and calcified phosphate | | | | | | | | | |
| 17 | 3.2 | 4.4 | upper calcified layer and lower concretion layer | 4.56 | 3.26 | * | 82.01 | 61.5 | 72.6 | 12.3 | 51 | 0.33 |
| 18 | 5.2 | 3.4 | loose phosphate with concretions | 3.86 | 1.63 | * | 77.72 | | | | | |
| 19 | 6 | 2.7 | loose phosphate with concretions | 6.1 | 2.94 | * | 78.3 | 72.3 | 79.5 | 4.1 | 66 | 0.09 |
| 20 | 6 | 2.8 | grayish loose phosphate | 5.17 | 2.6 | * | 87.59 | | | | | |
| 21 | 5.7 | 2.7 | loose grayish phosphate | 5.06 | 4.38 | * | 82.6 | 70.3 | 77.2 | 5.2 | 78 | 0.18 |
| 22 | 4.2 | 2.8 | concreted phosphate layer and loose phosphate layer | 4.43 | 1.48 | * | 87.83 | | | | | |
| 23 | 3.8 | 3.2 | consolidated calcium phosphate | 5.81 | 37.45 | * | 51.02 | 50.8 | 73.1 | 6.9 | 65 | 0.52 |
| 24 | 3 | 3 | consolidated calcium phosphate | 8.22 | 26.36 | * | 55.74 | | | | | |
| 25 | 3.8 | 3.1 | calcified and silicified phosphate | | | | | | | | | |
| 26 | 4.2 | 3.1 | calcified and consolidated phosphate | 5.84 | 19.59 | * | 71.59 | 49.2 | 65.4 | 11.5 | 64 | 0.99 |
| 27 | 4.1 | 3.7 | calcified grayish phosphate with concretions | 5.05 | 0.92 | * | 89.33 | | | | | |
| 28 | 5.8 | 2.6 | Upper level: compacted (1.3 m) and lower level: loose | 5.55 | 0.53 | * | 82.96 | 74.2 | 80.4 | 4.4 | 65 | 0.12 |
| 29 | 6.6 | 2.4 | grayish loose phosphate | 12.2 | 0.73 | * | 90.78 | | | | | |
| 30 | 6.2 | 3.6 | grayish loose phosphate | 6.59 | 1.71 | | 81.26 | 76.3 | 79.6 | 4 | 70 | 0.09 |
| 31 | 6 | 3.2 | grayish loose phosphate | 5.81 | 0.14 | * | 89.36 | 78.1 | 82.4 | 1.8 | 49 | 0.07 |
| 32 | 6 | 1 | grayish loose phosphate, low potency (1 m) | 5.18 | 0.2 | * | 93.8 | 77.8 | 82.4 | 1.8 | 62 | 0.09 |
| 33 | 5.2 | 3.6 | grayish loose phosphate with a 20 cm layer in between | 5.54 | 0.3 | * | 87.71 | 75.6 | 81.5 | 2.2 | 63 | 0.09 |
| 34 | 6 | 3 | grayish loose phosphate | 6.94 | 0.28 | * | 91.19 | 75.8 | 82.1 | 1.8 | 58 | 0.09 |
| 35 | 3.6 | 4.8 | loose phosphate with a thin interlayer | 5.76 | 0.76 | * | 85.83 | 74.3 | 79.6 | 4 | 64 | 0.1 |
| 36 | 3.4 | 4.6 | available phosphate | 5.44 | 3.11 | * | 77.25 | 71.9 | 78.3 | 4.4 | 61 | 0.14 |
| 37 | 3.2 | 4.6 | loose grayish phosphate | 5.21 | 1.14 | * | 81.47 | 72.3 | 78.1 | 3.9 | 59 | 0.13 |
| 38 | 3 | 4.8 | loose grayish phosphate | 7.06 | 1.56 | * | 76.15 | 71.8 | 77.3 | 3.9 | 60 | 0.14 |




| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | 2.6 | 4.4 | grayish consolidated phosphate | 7.47 | 3.69 | * | 78.62 | 71.1 | 77.5 | 3.9 | 140 | 0.08 |
| 40 | 3.6 | 4.8 | available phosphate | 5.12 | 0.24 | * | 91.52 | 77 | 82.4 | 1.7 | 70 | 0.07 |
| 41 | 3.8 | 5.3 | loose grayish phosphate | 6.45 | 1.1 | * | 87.99 | 75.9 | 81 | 2.5 | 73 | 0.07 |
| 42 | 4.8 | 5.4 | loose grayish-yellow phosphate | 6.38 | 0.69 | * | 82.38 | 74.7 | 81.4 | 2.6 | 66 | 0.06 |
| 43 | 4.3 | 4 | 1st level: loose gray phosphate, 2nd level: consolidated phosphate, 3rd level: loose with siliceous concretions. | 5.44 | 0.42 | * | 90.54 | 76.6 | 81.6 | 2.4 | 74 | 0.08 |
| 44 | 3.8 | 4.4 | spacer separates 2 levels of siliceous concretion furniture | 5.11 | 1.2 | - | 88.15 | 76.9 | 80.3 | 3.8 | 84 | 0.09 |
| 45 | 5.2 | 2.6 | loose phosphate with siliceous concretions | 6.5 | 5.78 | - | 83.88 | 75.6 | 79.7 | 4.3 | 74 | 0.12 |
| 46 | 5 | 2.4 | separator separates 2 layers: 1st layer of loose phosphate with concretions, 2nd layer of loose phosphate | 5.74 | 0.78 | - | 84.51 | 73.5 | 79.4 | 4.40 | 88 | 0.11 |
| 47 | 4.9 | 2.3 | intercalary layer separates loose phosphate from siliceous concretions | 6.92 | 6.08 | - | 76.99 | 74.1 | 78.9 | 4.70 | 69 | 0.12 |
| 48 | 4.8 | 2.2 | 1st level: loose phosphate with concretions, 2nd level: loose gray | 5.36 | 1.71 | - | 75.88 | 73.6 | 79 | 4.60 | 91 | 0.08 |
| 49 | 4 | 3.8 | divider separates 2 levels: 1st level gray loose phosphate, 2nd level concretion | 5.51 | 1 | - | 81.12 | 77.8 | 82.5 | 1.70 | 69 | 0.07 |
| 50 | 4.6 | 3.6 | loose phosphate with siliceous concretions | 5.43 | 1.17 | - | 90.26 | 78.1 | 82 | 1.90 | 71 | 0.08 |
| 51 | 4.4 | 3.2 | loose phosphate with siliceous concretions | 5.07 | 0.76 | - | 92.38 | 78.2 | 81.8 | 2.30 | 67 | 0.08 |
| 52 | 4 | 3.6 | loose phosphate with siliceous concretions | 4.86 | 2.54 | - | 89.9 | 70.2 | 75.9 | 7.70 | 73 | 0.11 |
| 53 | 4 | 3.8 | loose phosphate with siliceous concretions | 4.49 | 1.48 | - | 86.85 | 73.8 | 79.4 | 4.10 | 68 | 0.2 |
| 54 | 3.8 | 3.4 | loose phosphate with siliceous concretions | 5.34 | 4.43 | - | 88.13 | 72.5 | 79.3 | 4.10 | 73 | 0.2 |
| 55 | 3.6 | 3.8 | loose phosphate with siliceous concretions | 5.67 | 2.67 | - | 88.95 | 75.4 | 83.1 | 1.80 | 65 | 0.12 |
| 56 | 3.7 | 4.1 | loose phosphate with siliceous concretions | 5.14 | 0.73 | - | 85.46 | 73.6 | 79.8 | 3.20 | 62 | 0.15 |
| 57 | 3.8 | 3.8 | calcified phosphate | 6.26 | 3.68 | - | 85 | 69.8 | 75.9 | 7.60 | 72 | 0.19 |
| 58 | 3.8 | 3.6 | calcified phosphate | 6.3 | 21.17 | - | 71.15 | 67.1 | 74.2 | 9.00 | 64 | 0.43 |
| 59 | 3.6 | 4.2 | Upper layer loose phosphate, lower layer consolidated | 5.5 | 1.3 | - | 90.69 | 75.3 | 80.2 | 3.30 | 67 | 0.19 |



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 3.8 | 3.5 | Upper level loose phosphate, lower level consolidated | 4.79 | 8.35 | - | 79.58 | 72.2 | 78.3 | 4.60 | 72 | 0.16 |
| 61 | 3.8 | 3.4 | Upper layer loose phosphate, lower layer consolidated | 4.17 | 7.59 | - | 86.72 | 74.3 | 79.9 | 3.90 | 67 | 0.14 |
| 62 | 4 | 3.4 | Upper level: loose phosphate; lower level: consolidated | 3.91 | 7.61 | - | 81.79 | 70.2 | 76.4 | 5.80 | 62 | 0.33 |
| 63 | 4 | 3.4 | grayish loose phosphate | 5.41 | 3.49 | - | 87.46 | 75.6 | 80.8 | 2.9 | 54 | 0.14 |
| 64 | 4.4 | 3.4 | Upper layer: consolidated phosphate; lower layer: grayish loose material | 5.4 | 0.51 | - | 91.01 | 76.1 | 80.8 | 2.9 | 69 | 0.12 |
| 65 | 4.5 | 3.9 | consolidated phosphate | | | | | | | | | |
| 66 | 5 | 3.6 | grayish consolidated phosphate | 5.61 | 0.67 | - | 91.26 | 70.8 | 78.2 | 4.6 | 46 | 0.19 |
| 67 | 5.2 | 3.56 | calcified phosphate | | | | | | | | | |
| 68 | 4.8 | 2.2 | calcified phosphate | | | | | | | | | |
| 69 | 4.6 | 2.8 | calcified phosphate | | | | | | | | | |
| 70 | 5 | 4.7 | calcified phosphate | | | | | | | | | |
| 71 | 5.2 | 4.2 | calcified phosphate | | | | | | | | | |
| 72 | 4.8 | 2.7 | calcified phosphate | 11.1 | 22.99 | - | 58.71 | 61.3 | 76.5 | 3.1 | 29 | 0.16 |
| 73 | 4.6 | 2.6 | calcified phosphate | | | | | | | | | |
| 74 | 4.8 | 2.2 | calcified phosphate | | | | | | | | | |
| 75 | 4.8 | 2 | calcified phosphate | | | | | | | | | |
| 76 | 4 | 2.2 | calcified phosphate | | | | | | | | | |
| 77 | 3.6 | 2.8 | calcified phosphate | | | | | | | | | |
| 78 | 3.8 | 2.4 | calcified phosphate | 13.2 | 7.57 | - | 74.47 | 70.9 | 77.9 | 2.5 | 22 | 0.13 |
| 79 | 3.4 | 2.8 | Gray layer between two calcified layers | 6.81 | 16.07 | - | 61.13 | 63.2 | 80 | 4.2 | 45 | 0.26 |
| 80 | 3.6 | 2.4 | Gray layer between two calcified layers | | | | | | | | | |
| 81 | 3.8 | 2.1 | calcified phosphate | | | | | | | | | |
| 82 | 5.8 | 4 | calcified and consolidated phosphate | 5.42 | 15.08 | - | 74.28 | 61.9 | 67 | 10.3 | 67 | 0.46 |
| 83 | 6 | 3.6 | calcified phosphate | | | | | | | | | |
| 84 | 4.6 | 2.6 | calcified phosphate and consolidated | 4.6 | 7.43 | - | 86.79 | 56.8 | 64.6 | 14.4 | 64 | 0.59 |
| 85 | 3 | 3.9 | calcified and consolidated phosphate | | | | | | | | | |
| 86 | 3 | 3.2 | calcified and consolidated phosphate | | | | | | | | | |




| 87 | 2.9 | 3 | calcified and consolidated phosphate | 5.99 | 12.2 | - | 80.53 | 69.4 | 75.9 | 11.1 | 51 | 0.3 |
| 88 | 2.9 | 2.9 | calcified phosphate | 7.18 | 27.56 | - | 62.71 | 66 | 75.1 | 7.9 | 58 | 0.51 |
| 89 | 3 | 3 | calcified phosphate | | | | | | | | | |
| 90 | 3 | 3.1 | calcified phosphate | | | | | | | | | |
| 91 | 3.1 | 3 | calcified phosphate | | | | | | | | | |
| 92 | 4 | 2.7 | calcified phosphate | | | | | | | | | |
| 93 | 5.2 | 2.2 | Calcified layer between two levels Grayish deposits | 5.37 | 9.09 | | 79.47 | 30.4 | 37.9 | 30.3 | 55 | |
| 94 | 5.8 | 1.6 | Upper layer calcified, lower layer loose and gray | 4.6 | 4.9 | | 85.09 | 40.3 | 49.8 | 21.5 | 61 | |
| 95 | 6 | 1.4 | Upper layer calcified, lower layer loose and gray | 5.65 | 20.5 | | 71.28 | 30.2 | 44.2 | 25.2 | 50 | |
| 96 | 5.2 | 2.2 | total and calcium phosphate | | | | | | | | | |
| 97 | 4.6 | 3 | consolidated phosphate | | | | | | | | | |
| 98 | 3.9 | 3.5 | consolidated phosphate | | | | | | | | | |
| 99 | 3.7 | 3.9 | consolidated phosphate | | | | | | | | | |
| 100 | 3.6 | 4 | consolidated phosphate | | | | | | | | | |
| 101 | 4.2 | 4.2 | consolidated phosphate | | | | | | | | | |
| 102 | 4.6 | 3.4 | consolidated and calcified phosphate | | | | | | | | | |
| 103 | 3.8 | 4.4 | consolidated phosphate | | | | | | | | | |
| 104 | 4.8 | 4 | consolidated phosphate | | | | | | | | | |
| 105 | 4.6 | 3 | consolidated phosphate | | | | | | | | | |
| 106 | 7.5 | 4.1 | loose gray phosphate | 4.22 | 2.11 | - | 81.99 | 73.1 | 81.1 | 2.5 | 82 | 0.1 |
| 107 | 7.4 | 4.4 | loose gray phosphate | 5.66 | 2.03 | - | 83.72 | 71.6 | 80.6 | 3.1 | 65 | 0.14 |
| 108 | 4 | 3.8 | loose gray phosphate | 5.47 | 1.6 | | 82.29 | 70.4 | 79.6 | 4 | 64 | 0.17 |
| 109 | 3.4 | 3 | loose gray phosphate | 5.21 | 1.09 | | 86.58 | 72.2 | 80.5 | 3.3 | 53 | 0.12 |
| 110 | 2.5 | 5.1 | Upper layer calcified, lower layer loose and gray | 5.94 | 5.32 | | 84.55 | 69.3 | 77.4 | 5.7 | 62 | 0.29 |
| 111 | 2.5 | 4.5 | Upper layer calcified, lower layer loose and gray | 7.28 | 5.07 | | 82.19 | 68.6 | 78.2 | 5 | 51 | 0.21 |
| 112 | 2.4 | 4.5 | calcified and silicified phosphate | 9.21 | 18.44 | | 66.06 | 60.9 | 70.1 | 9.8 | 40 | 0.47 |
| 113 | 2.4 | 3.6 | calcified phosphate | | | | | | | | | |





| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 2.5 | 4.3 | loose phosphate with siliceous concretions | 6.02 | 10.19 | | 78.18 | 70.3 | 79.2 | 4.1 | 52 | 0.16 |
| 115 | 2.9 | 4.3 | loose gray phosphate | 5.95 | 0.37 | | 86.7 | 72.2 | 80.7 | 3.2 | 49 | 0.12 |
| 116 | 2.9 | 4.5 | loose gray phosphate | 4.74 | 0.53 | | 89.47 | 73.6 | 81.2 | 2.7 | 60 | 0.08 |
| 117 | 4.1 | 3.5 | loose phosphate with siliceous concretions | 6.69 | 3.61 | | 84.58 | 72.9 | 80.3 | 3.6 | 61 | 0.11 |
| 118 | 2.5 | 4.2 | calcified phosphate | | | | | | | | | |
| 119 | 2.6 | 3 | calcified phosphate | | | | | | | | | |
| 120 | 2.7 | 2.9 | calcified phosphate | | | | | | | | | |
| 121 | 2.6 | 2.8 | calcified phosphate | | | | | | | | | |
| 122 | 2.5 | 3.4 | calcified phosphate | | | | | | | | | |
| 123 | 2.8 | 2.9 | Gray loose layer between two calcified layers | | | | | | | | | |
| average | 4.32 | 3.35 | | 5.81 | 5.97 | - | 81.87 | 66.11 | 73.33 | 9.16 | 62.44 | 0.24 |
| Max | 8 | 5.4 | | 13.2 | 37.45 | - | 93.8 | 78.2 | 83.1 | 50.2 | 140 | 1.33 |
| Min | 2.2 | 1 | | 2.79 | 0.14 | - | 51.02 | 9.2 | 16.4 | 1.7 | 21 | 0.06 |

| 4.317 | 3.35 | 1.29 |
|---|---|---|
| avg. rec. c1.en (m) | avg. power c1.in (m) | coverage/power |

94



# Attachment 2
# Ma'aden Annual Report 2019
# (Excerpt)



**Ma'aden**
**Annual Report**
**2019**

# GETTING STRONGER
## in the
# DOWNTURN

**11th Anniversary**



| | | | | |
|---|---|---|---|---|
| Introduction: Growing Along the Way | **15** | Searching for Harmony with Environment | **76** |
| Board of Directors | **18** | Local Content Plan to Reach Excellence | **78** |
| Corporate Management | **20** | Driven by Efficiency. Guided by Progress. | **80** |
| Table of Contents | **22** | Embracing Diversity to Build Community | **82** |
| | | | |
| **01 Start of the Journey** | **25** | **05 Exploration: Found Underground** | **85** |
| Ma'aden numbers in 2019 | **27** | Safety and environmental stewardship | **86** |
| Where We Reached: Key Industrial Milestones | **28** | | |
| Ma'aden World Wide started in Saudi Arabia | **30** | **06 Mineral Resources and Ore Reserves: Showing Earth's True Value** | **89** |
| Empowering Our People | **32** | Ma'aden's Growing Resource and Reserve Base | **90** |
| Ras Al-Khair, the Phosphate and Bauxite Ores Superhub | **34** | JORC Code Definitions | **94** |
| Wa'ad Al-Shamal, the Big National Ambition | **36** | International Public Reporting Standards | **116** |
| | | A Global Phosphate Power | **123** |
| | | Sepping up Performance | **127** |
| **02 Ownership of Leadership** | **39** | | |
| Chairman Statement: Our Eyes Are Fixed on the Horizon | **40** | **07 Enhancing Competitiveness** | **131** |
| Exhibiting the Future's Bigger Picture | **42** | Ad-Duwayhi Mine Excels, While Plans for New Projects Make Headway | **135** |
| | | Growing Reputation as a Copper Producer and Exporter | **140** |
| **03 The Bigger Picture** | **51** | | |
| A Larger Strategy to Include Digitisation and Lean Management Throughout 2025 | **52** | **08 Governance, Risk and Compliance Safety and Sustainability: Our Greater Focus** | **143** |
| **04 Sustainability Within People** | **59** | Risk Management: The Knowhow of the Unknown | **154** |
| Board of Directors: The Quest of Inner Aspiration | **61** | | |
| Our Sustainability Initiatives | **62** | **09 Consolidated Financial Statements: Earth's Hard-Core Liquidity** | **161** |
| Unlocking the Power Within | **66** | | |
| Absolute Safety | **70** | CFO's review of financial statements | **170** |
| | | **Financial Statement** | **190** |

SAUDI ARABIAN MINING COMPANY (MA'ADEN) (A Saudi Joint Stock Company)
**Notes to the consolidated financial statements for the year ended 31 December 2019**
(All amounts in Saudi Riyals unless otherwise stated)

on management's understanding of the current legal requirements in the Kingdom of Saudi Arabia, terms of the license agreements and engineering estimates.

Provision is made for decommissioning as soon as the obligation arises. Actual costs incurred in future years could differ materially from the amounts provided. Additionally, future changes to environmental laws and regulations and life-of-mine estimates could affect the carrying amount of this provision.

### Allowances for obsolete and slow moving spare parts

The Group also creates an allowance for obsolete and slow-moving spare parts. At 31 December 2019, the allowance for obsolete slow-moving items amounted to SAR 93,103,074 (31 December 2018: SAR 92,692,378). These estimates take into consideration fluctuations of price or cost directly relating to events occurring subsequent to the consolidated statement of financial position date to the extent that such events confirm conditions existing at the end of the year (Note 29.1).

### Non-controlling interest put options

The fair value of non-controlling interest call and put options are recognized at the present value of redemption amount based on the discounted cash flow analysis. The Group estimates the non-controlling interest call and put options price at each reporting period in accordance with the formula defined in the shareholders agreement between Ma'aden and Meridian. Further details are explained in Note 43.3 of these consolidated financial statements.

### Contingencies

By their nature, contingencies will only be resolved when one or more future events occur or fail to occur. The assessment of such contingencies inherently involves the exercise of significant judgement and estimates of the outcome of future events.

### 7 Segmental information

### Segment reporting

Operating business segments are reported in a manner consistent with the internal reporting provided to the Chief Operating Decision Maker (CODM).

The Group has appointed a committee (the Management Committee) which assesses the financial performance and position of the Group, and makes strategic decisions. The Management Committee comprises the President and Chief Executive Officer and other senior management personnel.

### 7.1 Business segment

A business segment is a component of the Group:

- that engages in business activities from which it may earn revenues and incur expenses,

- the results of its operations are continuously analyzed by management in order to make decisions related to resource allocation and performance assessment and
- for which discrete financial information is available.

Transactions between segments are carried out at arm's length and are eliminated on consolidation. The revenue from external parties is measured in the same way as in the consolidated statement of profit or loss.

The accounting policies used by the Group in reporting business segments internally are the same as those contained in Note 4 of the consolidated financial statements.

The Group's operations consist of the following business segments:

- **Phosphate Strategic Business Unit Segment,** consist of operations related to:

- 

- *MPC* – the mining and beneficiation of phosphate concentrated rock at Al-Jalamid. The utilization of natural gas and sulphur to produce phosphate fertilizers as well as ammonia products at Ras-Al-Khair.

- *IMC* – the mining of industrial minerals at a kaolin and low grade bauxite mine in the central zone of Az-Zabirah and a high grade magnesite mine at Al-Ghazallah, Multiple Hearth Furnace (MHF) processing plant and a Vertical Shaft Kiln (VSK) processing plant at Al-Madinah Al Munawarah.

- *MWSPC* – the development of a mine to exploit the Al-Khabra phosphate deposit. The company declared commercial production on 2 December 2018, except for the ammonia plant for which commercial production was declared on 1 January 2017.

- *MMDC* – a vehicle for Ma'aden to build a fertilizer distribution business in the most important global fertilizer markets.

- *Phosphate and Industrial Minerals division under Corporate* – related cost and exploration expenses in Ma'aden Corporate has been allocated to this segment.

- *MIC* – is responsible for the development, construction and delivery of services to Ma'aden entities in the Ras Al Khair area and other mining and industrial locations in the Kingdom of Saudi Arabia. Therefore, a 33% proportionate share of MIC's revenues, costs and assets have been allocated to this segment.

- **Aluminium Strategic Business Unit Segment**, consists of the operations related to:

- *MBAC* – the mining of bauxite at the Al-Ba'itha mine and the transportation thereof to its refinery at Ras Al Khair. The alumina from MBAC is then processed at Ma'aden Aluminum Company (MAC). The refinery declared commercial production on 1 October 2016.

- *MAC* – operates the smelter at Ras-Al-Khair and it currently processes the alumina feedstock that it purchases from MBAC and produces primary aluminium products. Ma'aden Aluminum Company (MAC) declared commercial production on 1 September 2014.

- *MRC* – the construction of the rolling mill has been completed and the company has declared



**Notes to the consolidated financial statements for the year ended 31 December 2019**
(All amounts in Saudi Riyals unless otherwise stated)

commercial production on 9 December 2018. MRC also include automotive sheet project which comprise of automotive heat treated and non-treated sheet, building and construction sheet and foil stock sheet. The project commenced commercial production on 1 September 2019.

- *Aluminium division under Corporate* – related cost and external sales revenue have been allocated to this segment.
- *MIC* – is responsible for the development, construction and delivery of services to Ma'aden entities in the Ras Al Khair area and other mining and industrial locations in the Kingdom of Saudi Arabia. Therefore, a 67% proportionate share of MIC's revenues, costs and assets have been allocated to this segment.

- **Precious and Base Metals Strategic Business Unit Segment**, consists of operations related to:
- *MGBM* – that operates five gold mines, i.e. Mahd Ad-Dahab, Al-Amar, Bulghah, As-Suq and Ad-Duwayhi and a processing plant at Sukhaybarat which are located in different geographical areas in the Kingdom of Saudi Arabia.

- *MBCC* – a joint venture that produces copper concentrate and associated minerals located in the southeast of Al Madinah Al Munawarah. MBCC started commercial production on 1 July 2016.

- *Precious and base metals division under Corporate*

– related cost and exploration expenses in Ma'aden Corporate has been allocated to this segment.

- **Corporate**
Is responsible for effective management and governance including funding of subsidiaries and joint ventures that carry out various projects related to all stages of the mining industry, including development, advancement and improvement of the mineral industry, mineral products and by-products. The presentation of Corporate information does not represent an operating segment.



SAUDI ARABIAN MINING COMPANY (MA'ADEN) (A Saudi Joint Stock Company)
Notes to the consolidated financial statements for the year ended 31 December 2019
(All amounts in Saudi Riyals unless otherwise stated)

**7.2 Business segment financial information**

|  | Notes | Phosphate |
|---|---|---|
| **31 December 2019** | | |
| Sales of goods and services to external customers | 7.3,8 | **8,250,311,335** |
| Gross profit | | **757,821,970** |
| | | |
| **Net (loss) / profit before zakat and income tax** | | **(973,439,404)** |
| Less: Income from time deposits | 14 | **(40,942,146)** |
| Add: Finance cost | 15 | **1,174,201,067** |
| **Net profit / (loss) before net finance income / (cost), zakat and income tax** | | **159,819,517** |
| Operating special items and re-measurements: | | |
| Add: Impairment of non-current assets, net | 13 | **-** |
| Add: Non-operating other (income) / expenses, net | 16 | **(16,841,408)** |
| Less: Share in net loss / (profit) of joint ventures | 23.2.3 ,23.1.3 | **-** |
| **Underlying EBIT** | | **142,978,109** |
| Add: Depreciation and amortization | | **2,389,717,798** |
| **Underlying EBITDA** | | **2,532,695,907** |
| | | |
| Net (loss) / profit attributable to ordinary shareholders of the parent company | | **(508,617,112)** |
| | | |
| Mine properties | 18 | **5,875,299,566** |
| Property, plant and equipment | 19 | **33,435,100,376** |
| Right-of-use assets | 20 | **252,605,378** |
| Capital work-in-progress | 21 | **1,079,730,014** |
| Intangible assets | 22 | **248,137,485** |
| Investment in joint ventures | 23 | **-** |
| Total assets | | **48,238,876,523** |
| | | |
| Long-term borrowings | 38 | **28,037,439,188** |
| Lease liability | 40 | **196,094,050** |
| **Total liabilities** | | **32,285,237,755** |

Notes to the consolidated financial statements for the year ended 31 December 2019
(All amounts in Saudi Riyals unless otherwise stated)

| | Aluminum | Precious and base metals | Corporate | Total |
|---|---|---|---|---|
| | 7,399,762,355 | 2,086,204,896 | - | 17,736,278,586 |
| | 841,764,092 | 704,132,524 | - | 2,303,718,586 |
| | (496,664,178) | 592,628,523 | (233,377,933) | (1,110,852,992) |
| | (23,953,695) | - | (140,507,659) | (205,403,500) |
| | 1,102,326,490 | 43,315,988 | 81,520,369 | 2,401,363,914 |
| | 581,708,617 | 635,944,511 | (292,365,223) | 1,085,107,422 |
| | - | 35,245,038 | - | 35,245,038 |
| | (59,062,468) | (11,341,637) | (144,737) | (87,390,250) |
| | 77,177,820 | (189,255,551) | - | (112,077,731) |
| | 599,823,969 | 470,592,361 | (292,509,960) | 920,884,479 |
| | 1,670,493,292 | 505,514,305 | 70,740,350 | 4,636,465,745 |
| | 2,270,317,261 | 976,106,666 | (221,769,610) | 5,557,350,224 |
| | (490,682,219) | 581,697,221 | (321,861,828) | (739,463,938) |
| | 1,409,389,363 | 2,760,640,902 | - | 10,045,329,831 |
| | 30,939,408,549 | 2,867,279 | 119,062,452 | 64,496,438,656 |
| | 1,136,370,715 | 24,122,709 | 3,641,052 | 1,416,739,854 |
| | 1,655,192,054 | 370,500 | 12,282,782 | 2,747,575,350 |
| | 52,796,645 | 7,128,537 | 48,034,865 | 356,097,532 |
| | 190,008,000 | 926,708,693 | - | 1,116,716,693 |
| | 40,370,153,946 | 4,370,102,108 | 4,678,464,471 | 97,657,597,048 |
| | 20,726,122,968 | 829,930,447 | - | 49,593,492,603 |
| | 1,042,155,639 | 24,667,434 | 3,683,187 | 1,266,600,310 |
| | 24,479,614,121 | 1,619,015,365 | 880,797,042 | 59,264,664,283 |

SAUDI ARABIAN MINING COMPANY (MA'ADEN) (A Saudi Joint Stock Company)
Notes to the consolidated financial statements for the year ended 31 December 2019
(All amounts in Saudi Riyals unless otherwise stated)

**7.2 Business segment financial information (continued)**

|  | Notes | Phosphate |
|---|---|---|
| **31 December 2018** | | |
| Sales of goods and services to external customers | 7.3,8 | 6,526,171,154 |
| Gross profit | | 2,249,787,473 |
| | | |
| **Net profit / (loss) before zakat and income tax** | | 1,411,641,219 |
| Less: Income from time deposits | 14 | (1,868,678) |
| Add: Finance cost | 15 | 567,155,579 |
| **Net profit / (loss) before net finance income / (cost), zakat and income tax** | | 1,976,928,120 |
| Operating special items and re-measurements: | | |
| Less: (Reversal) / impairment of non-current assets, net | 13 | - |
| Add: Non-operating other expenses / (income), net | 16 | 4,533,631 |
| Less: Share in net profit of joint ventures | 23.2.3 ,23.1.3 | - |
| **Underlying EBIT** | | 1,981,461,751 |
| Add: Depreciation and amortization | | 1,308,644,406 |
| **Underlying EBITDA** | | 3,290,106,157 |
| | | |
| Net profit / (loss) attributable to ordinary shareholders of the parent company | | 984,613,329 |
| | | |
| Mine properties | 18 | 6,058,767,989 |
| Property, plant and equipment | 19 | 34,878,050,706 |
| Capital work-in-progress | 21 | 798,186,784 |
| Intangible assets | 22 | 79,112,741 |
| Investment in joint ventures | 23 | - |
| Total assets | | 48,319,810,255 |
| | | |
| Long-term borrowings | 38 | 29,524,991,096 |
| Finance lease liability | 40 | - |
| Total liabilities | | 32,712,777,659 |

| | Aluminum | Precious and base metals | Corporate | Total |
|---|---|---|---|---|
| | 5,668,251,288 | 1,976,337,478 | - | 14,170,759,920 |
| | 1,962,791,410 | 674,401,183 | - | 4,886,980,066 |
| | 750,229,795 | 604,412,378 | (231,889,246) | 2,534,394,146 |
| | (3,132,770) | - | (118,940,674) | (123,942,122) |
| | 1,095,315,896 | 51,175,867 | 39,756,278 | 1,753,403,620 |
| | 1,842,412,921 | 655,588,245 | (311,073,642) | 4,163,855,644 |
| | (65,059,239) | 18,579,156 | - | (46,480,083) |
| | (12,705,194) | 9,930,355 | 1,566,818 | 3,325,610 |
| | - | (143,535,306) | - | (143,535,306) |
| | 1,764,648,488 | 540,562,450 | (309,506,824) | 3,977,165,865 |
| | 1,421,577,773 | 442,332,758 | 20,676,499 | 3,193,231,436 |
| | 3,186,226,261 | 982,895,208 | (288,830,325) | 7,170,397,301 |
| | 632,241,436 | 590,810,902 | (359,748,587) | 1,847,917,080 |
| | 1,456,889,667 | 2,529,385,198 | - | 10,045,042,854 |
| | 31,472,799,563 | 6,941,191 | 124,561,684 | 66,482,353,144 |
| | 1,380,055,843 | 1,799,378 | 16,987,280 | 2,197,029,285 |
| | 199,861,130 | 15,938,223 | 45,275,788 | 340,187,882 |
| | 345,934,239 | 1,077,591,845 | - | 1,423,526,084 |
| | 39,655,652,814 | 4,150,514,327 | 6,012,276,032 | 98,138,253,428 |
| | 24,040,406,366 | 1,001,090,866 | - | 54,566,488,328 |
| | - | 27,183,780 | - | 27,183,780 |
| | 26,654,979,891 | 1,612,290,003 | 463,779,627 | 61,443,827,180 |

SAUDI ARABIAN MINING COMPANY (MA'ADEN) (A Saudi Joint Stock Company)
Notes to the consolidated financial statements for the year ended 31 December 2019
(All amounts in Saudi Riyals unless otherwise stated)

**7.3 Geographical segment**

A geographical segment is a group of assets, operations or entities engaged in revenue producing activities within a particular economic environment that are subject to risks and returns different from those operating in other economic environments. The Group's operations are conducted in the Kingdom of Saudi Arabia and East Africa (Note 2) and therefore all the non-current assets of the Group are located within the Kingdom of Saudi Arabia and East Africa.

**The Group's geographical distribution of revenue generation by destination for the year ended is as follows:**

|  | Notes |  |
|---|---|---|
| **31 December 2019** |  |  |
| **International** |  |  |
| Indian subcontinent and Asia-pacific |  |  |
| Brazil, Singapore, GCC MENA, Africa, Europe, Latin America and North America |  |  |
| Switzerland and others |  |  |
| **Sub-total** |  |  |
| **Domestic** |  |  |
| **Total** | 7.2,8 |  |
| **31 December 2018** |  |  |
| **International** |  |  |
| Indian subcontinent and Asia-pacific |  |  |
| Brazil, Singapore, GCC MENA, Africa, Europe, Latin America and North America |  |  |
| Switzerland and others |  |  |
| **Sub-total** |  |  |
| **Domestic** |  |  |
| **Total** | 7.2,8 |  |

**The Group's geographical distribution of external revenue by major customers and by destination for the year ended are as follows:**

|  | Notes |  |
|---|---|---|
| **31 December 2019** |  |  |
| Customer No. 1 – Switzerland |  |  |
| Customer No. 2 – Indian subcontinent |  |  |
| Customer No. 3 – Spain |  |  |
| **31 December 2018** |  |  |
| Customer No. 1 – Switzerland |  |  |
| Customer No. 2 – Spain |  |  |
| Customer No. 3 – Indian subcontinent |  |  |



MA'ADEN – MINING (MA'ADEN) – A Saudi Arabian joint stock company
Notes to the consolidated financial statements for the year ended 31 December 2019
(All amounts in Saudi Riyals unless otherwise stated)

| | Phosphate | Aluminium | Precious and base metals | Corporate | Total |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | 4,696,572,388 | 906,668,770 | - | - | 5,603,241,158 |
| | 2,195,660,321 | 4,142,722,119 | 3,372,485 | - | 6,341,754,925 |
| | 1,289,339,757 | 1,096,695,005 | 2,082,832,411 | - | 4,468,867,173 |
| | 8,181,572,466 | 6,146,085,894 | 2,086,204,896 | - | 16,413,863,256 |
| | 68,738,869 | 1,253,676,461 | - | - | 1,322,415,330 |
| | 8,250,311,335 | 7,399,762,355 | 2,086,204,896 | - | 17,736,278,586 |

| | Phosphate | Aluminium | Precious and base metals | Corporate | Total |
|---|---|---|---|---|---|
| | | | | | |
| | 4,608,663,724 | 1,319,894,504 | - | - | 5,928,558,228 |
| | 879,535,863 | 2,834,019,786 | 7,742,530 | - | 3,721,298,179 |
| | 994,632,486 | 749,495,298 | 1,968,594,948 | - | 3,712,722,732 |
| | 6,482,832,073 | 4,903,409,588 | 1,976,337,478 | - | 13,362,579,139 |
| | 43,339,081 | 764,841,700 | - | - | 808,180,781 |
| | 6,526,171,154 | 5,668,251,288 | 1,976,337,478 | - | 14,170,759,920 |

| | Phosphate | Aluminium | Precious and base metals | Corporate | Total |
|---|---|---|---|---|---|
| | | | | | |
| | - | - | 2,007,245,243 | - | 2,007,245,243 |
| | 1,195,608,750 | - | - | - | 1,195,608,750 |
| | - | 957,813,474 | - | - | 957,813,474 |
| | | | | | |
| | - | - | 1,845,612,416 | - | 1,845,612,416 |
| | - | 1,165,530,810 | - | - | 1,165,530,810 |
| | 916,534,000 | - | - | - | 916,534,000 |

SAUDI ARABIAN MINING COMPANY (MA'ADEN) (A Saudi Joint Stock Company)
Notes to the consolidated financial statements for the year ended 31 December 2019
(All amounts in Saudi Riyals unless otherwise stated)

**7.3    Geographical segment (continued)**

**The Group's revenue generation by product for the year ended are as follows:**

| | Notes | |
|---|---|---|
| **31 December 2019** | | |
| Ammonia phosphate fertilizer and ammonia | | |
| Low grade bauxite, caustic calcined magnesia, dead burned magnesia and monolithic | | |
| Primary aluminium | | |
| Alumina | | |
| Flat rolled products | | |
| Gold | | |
| Infrastructure (rendering of services) | | |
| Others | | |
| **Total** | 7.2,8 | |

**The Group's revenue generation by product for the year ended are as follows:**

| | Notes | |
|---|---|---|
| **31 December 2018** | | |
| Ammonia phosphate fertilizer and ammonia | | |
| Low grade bauxite, caustic calcined magnesia, dead burned magnesia and monolithic | | |
| Primary aluminium | | |
| Alumina | | |
| Flat rolled products | | |
| Gold | | |
| Infrastructure (rendering of services) | | |
| **Total** | 7.2,8 | |

All the subsidiaries and joint venture entities listed in Notes 2 and 7.1, are incorporated in the Kingdom of Saudi Arabia and East Africa.

# Attachment 3
# Foskor Annual Report
# FY 2020
# (Excerpt)

**FOSKOR**

# INTEGRATED REPORT 2020
## FOR THE YEAR ENDED 31 MARCH

# CONTENTS



## 3 THIS IS FOSKOR

3 About this report
4 How we performed
6 Who we are
7 How we are structured
8 Where we operate and sell to
9 How we create value
12 Our business model
14 Our key stakeholders
24 Value-added statement

## 26 OUR STRATEGY

26 Our strategic approach

## 30 LEADERSHIP REVIEWS

30 Chairman's statement
32 CEO's review

## 36 DETERMINING OUR MATERIAL MATTERS

38 How we manage risk

## 52 GOVERNANCE AND REMUNERATION

52 Governance framework
52 The board and its governance structures
54 The role and function of the board
64 Who leads us
66 Remuneration
70 Executive pay composition

## 74 FINANCIAL PERFORMANCE

79 Summary of financial statements

## 86 OPERATIONAL PERFORMANCE

86 Mining division
93 Mine resources and ore reserves
96 Acid division
106 Our people
110 Social

**The 8 streams of Foskor's Business Turnaround Plan.**



1 ACID DIVISION

2 MINING DIVISION

3 CAPEX & PROJECTS MANAGEMENT

4 PROCUREMENT & CONTRACT MANAGEMENT

5 LOGISTICS

6 SALES & MARKETING

7 HUMAN CAPITAL & CHANGE MANAGEMENT

8 FINANCE

# SELECTED EXPLANATORY NOTES
# TO THE ABRIDGED GROUP ANNUAL FINANCIAL STATEMENTS

| R'000 | GROUP 2020 | Restated 2019 |
|---|---|---|
| **1. Inventories** | | |
| Phosphate rock | **169 829** | 207 622 |
| Raw materials | **242 264** | 342 859 |
| Finished goods | **751 206** | 702 615 |
| Spares and consumable stores | **470 595** | 509 473 |
| **Total inventories** | **1 633 894** | 1 762 570 |

The value of inventory write-down to net realisable value in the current year is R13.3 million (2019: R5.2 million).

Finished goods include magnetite which has been brought in due to a change in accounting policy.

| R'000 | GROUP 2020 | Restated 2019 |
|---|---|---|
| **2. Cash and cash equivalents** | | |
| Cash at bank and on hand | **357 673** | 324 887 |
| Cash and cash equivalents | **357 673** | 324 887 |

## 3. Commitments

**Capital commitments**

Capital expenditure contracted for at the end of the reporting period but not yet incurred is as follows:

| R'000 | GROUP 2020 | Restated 2019 |
|---|---|---|
| Property, plant and equipment | **49 016** | 95 349 |
| **Total capital commitments** | **49 016** | 95 349 |

**Operating lease commitments**

The future minimum lease payments payable under non-cancellable leases are as follows:

| R'000 | GROUP 2020 | Restated 2019 |
|---|---|---|
| Payable not later than one year | **–** | 300 |
| Payable later than one year and not later than five years | **–** | – |
| **Total lease commitments** | **–** | 300 |

Operating leases have been capitalised on adoption of IFRS 16 leases.

# SELECTED EXPLANATORY NOTES
# TO THE ABRIDGED GROUP ANNUAL FINANCIAL STATEMENTS continued

## 4. Group segmental reporting

### 4.1 Segment information

Management has determined the operating segments based on the reports reviewed by the Executive Committee that are used to make strategic decisions. The Executive Committee considers the business primarily from a product perspective. The products are segmented into phosphate rock and magnetite (Phalaborwa) and phosphoric acid and granular fertiliser.

Segment assets consist primarily of property, plant and equipment, intangible assets, inventories, trade and other receivables, and cash and cash equivalents. Segment liabilities comprise of borrowings, trade and other payables, and provisions.

Capital expenditure comprises additions to property, plant and equipment (refer to note 4) and intangible assets (refer to note 5 of the full set of annual financial statements).

| | PHALABORWA | | RICHARDS BAY | | |
| | Phosphate rock 2020 | Magnetite 2020 | Phosphoric acid 2020 | Granular 2020 | Total |
| R'000 | | | | | |
|---|---|---|---|---|---|
| Total segment revenue | 2 985 208 | 15 386 | 1 643 368 | 1 310 544 | 5 954 506 |
| Local revenue | 2 074 719 | 15 386 | 1 150 681 | 1 310 544 | 4 551 330 |
| Export revenue | 910 489 | – | 492 687 | – | 1 403 176 |
| Inter-segment revenue | (1 957 997) | – | – | – | (1 957 997) |
| Revenue from external customers* | 1 027 211 | 15 386 | 1 643 368 | 1 310 544 | 3 996 509 |
| Earnings before interest and tax (EBIT) | (38 950) | (5 900) | (1 287 093) | – | (1 331 943) |
| Depreciation and amortisation | (242 512) | – | (117 880) | – | (360 392) |
| Impairment charge | (599 381) | – | – | – | (599 381) |
| Reportable segment assets | 4 275 713 | – | 3 001 064 | – | 7 276 776 |
| Capital expenditure for reportable segment non-current assets | 176 100 | – | 99 611 | – | 275 711 |
| Reportable segment liabilities | 739 408 | – | 1 244 011 | – | 1 983 419 |

*Revenue from unreported segments amounts to R2.3 million and included in Phosphoric Acid.*

### 4.2 Reconciliation of reportable segment EBIT to Group profit before tax is provided as follows:

The Executive Committee assesses the performance of the operating segments based on a measure of adjusted earnings before interest and tax (EBIT). Segment EBIT equals segment revenue less segment expenses, which include costs of sales and other operating costs. This measurement basis excludes the effects of allocated corporate expenditure. Interest income and expenditure, as well as foreign exchange gains and losses, are not allocated to segments as this type of activity is driven by the central treasury function, which manages the cash position of the Group.

The revenue from external parties reported to the Executive Committee is measured in a manner consistent with that of the statements of comprehensive income and there were no reconciling items. Sales of phosphate rock between operating segments (Rock and Acid Divisions) are carried out at arm's length.

| R'000 | 2020 | 2019 |
|---|---|---|
| Segmental earnings before interest and tax (EBIT) | (1 331 943) | (14 237) |
| Net corporate and subsidiaries expenses | (746 536) | (141 145) |
| Finance income | 40 024 | 33 145 |
| Finance costs | (249 703) | (131 263) |
| Net foreign exchange gain/(losses) | 20 587 | (127 765) |
| **Group loss before tax** | **(2 267 571)** | **(381 265)** |

## 4. Group segmental reporting continued

### 4.3 Reportable segment assets are reconciled to total Group assets as follows:

The amounts provided to the Executive Committee with respect to the total assets are measured in a manner consistent with that of the financial statements. Derivative financial instruments held by the Group are not considered to be segment assets but rather are managed by the central treasury function.

| R'000 | GROUP 2020 | 2019 |
|---|---|---|
| **Segment assets for reportable segments** | **7 276 776** | 7 519 240 |
| **Unallocated:** | | |
| Deferred tax asset | **1 060 122** | 509 261 |
| Derivative financial instruments | **8 460** | – |
| Other assets | **(146 607)** | 371 796 |
| **Total group assets per the statement of financial position** | **8 198 751** | 8 400 297 |

### 4.4 Reportable segment liabilities are reconciled to total liabilities as follows:

The amounts provided to the Executive Committee with respect to the total liabilities are measured in a manner consistent with that of the financial statements. Deferred tax and derivative financial instruments are not considered to be segment assets but rather are managed by the central treasury function.

| | 2020 | 2019 |
|---|---|---|
| **Segment liabilities for reportable segments** | **1 983 419** | 1 871 751 |
| **Unallocated:** | | |
| Corporate and subsidiary liabilities | **2 637 203** | 1 391 786 |
| **Total Group liabilities per the statement of financial position** | **4 620 622** | 3 263 537 |